**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Maine

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an
    amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | Artstock d/b/a Artist & Craftsman Supply |
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | Artist & Craftsman Supply |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 01-0486772 |

4. **Debtor's address**

**Principal place of business**

540 Deering Avenue
Number        Street

_____

Portland                    ME    04103
City                        State   ZIP Code

Cumberland County
County

**Mailing address, if different from principal place of business**

_____
Number        Street

_____
P.O. Box

_____
City            State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____

_____
City            State    ZIP Code

| | |
|---|---|
| 5. **Debtor's website** (URL) | www.artistcraftsman.com |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding  LLP) <br> ☐ Other. Specify: _____ |

| Debtor | Artstock d/b/a Artist & Craftsman Supply | Case number (if known) _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

4591

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                            MM / DD / YYYY

           District _____  When _____  Case number _____
                                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

           District _____  When _____
                                       MM / DD / YYYY

           Case number, if known _____

| Debtor | Artstock d/b/a Artist & Craftsman Supply | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____

| Number | Street |
|---|---|

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| Debtor | Artstock d/b/a Artist & Craftsman Supply | Case number (if known)_____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/21/2025
MM / DD / YYYY

✗ /s/ Robert Landry                          Robert Landry
Signature of authorized representative of debtor      Printed name

Title  Authorized Party

**18. Signature of attorney**

✗ /s/ Sam Anderson                     Date  12/21/2025
Signature of attorney for debtor            MM / DD / YYYY

Sam Anderson
Printed name

Bernstein Shur Sawyer & Nelson, P.A.
Firm name

100 Middle Street P.O. Box 9729
Number        Street

Portland                                      ME        04101
City                                          State     ZIP Code

2077741200                                    sanderson@bernsteinshur.com
Contact phone                                 Email address

9809                                          ME
Bar number                                    State

---

**ARTSTOCK**

## ACTIONS TAKEN BY UNANIMOUS WRITTEN CONSENT OF
## BOARD OF DIRECTORS WITHOUT MEETING

The undersigned, being all of the directors serving on the Board of Directors (the "**Board**") of ARTSTOCK D/B/A ARTIST & CRAFTSMAN SUPPLY, a Maine business corporation (the "**Corporation**"), pursuant to, and in accordance with, 13-C M.R.S. § 822, hereby consent to the taking of, and hereby take, the following actions without holding a meeting, such actions being stated in the form of, and to be as fully effective as if taken by, resolution of such directors serving on the Board at a meeting thereof, duly called and held on the date hereof, at which they were present and acting throughout:

## BACKGROUND

**WHEREAS**, upon due consideration of the financial and operating condition of the Corporation, which includes, without limitation, the historical performance of the Corporation, the assets of the Corporation and the market for such assets, the current, short-term, and long-term liabilities of the Corporation, credit market conditions, and macroeconomic conditions impacting the Corporation, the Board, having been apprised of the efforts of the Corporation to reorganize, has determined that it is desirable and in the best interests of the Corporation and its shareholder(s), creditors, and other interested parties for the Corporation to file a voluntary petition for relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") and to pursue, among other things, if necessary, debtor-in-possession financing, the sale, assignment, transfer, or other disposition of all or any of its assets, and/or reorganization in connection therewith; <u>and</u>

**WHEREAS**, in connection with the foregoing recitals, the Board desires for the officers of the Corporation to take all such further action necessary or convenient to otherwise give effect to the transactions contemplated thereby.

**NOW, THEREFORE**, be it:

### Approval of Voluntary Filing of Petition for Relief under Chapter 11 of Bankruptcy Code

RESOLVED:          That the Corporation be, and hereby is, authorized and empowered to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code, to cause the same to be filed in the United States Bankruptcy Court for the District of Maine or any other appropriate bankruptcy court at such time as the Corporation shall determine and in such form or forms as the Corporation may approve, and to pursue debtor-in-possession financing, the sale, assignment, transfer, or other disposition of all or any of its assets, and/or a reorganization in connection therewith;

RESOLVED:          That Robert Landry, in his capacity as President of the Corporation and Glenn Davis, in his capacity as Chief Financial Officer of the Corporation (each, an "**Authorized Party**" and, together, the "**Authorized Parties**"), be, and each acting singly or jointly hereby is, authorized and empowered on behalf of, and in the name of, the Corporation, to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, to take any and all such other and further action that the Corporation or its legal counsel may deem necessary or appropriate to file the voluntary petition for relief under the provisions of Chapter 11 of the Bankruptcy Code, and to take and perform any and all further acts and deeds that

Artstock d/b/a Artist & Craftsman Supply
Actions Taken by Unanimous Written Consent of Board of Directors without Meeting
Page 1

such Authorized Party deems necessary, proper, or desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case, including, without limitation, seeking authority to borrow under a pre- or post-petition credit facility, to grant liens and other security therefor, to sell any or all assets, and to file and prosecute a plan of reorganization or liquidation;

**RESOLVED:**    That the Corporation be, and hereby is, authorized and empowered to retain and compensate the law firm of Bernstein, Shur, Sawyer & Nelson, P.A. ("**BSSN**") as general bankruptcy counsel to the Corporation in connection with the Chapter 11 case, if the Corporation determines that the filing of a voluntary petition for relief under the provisions of Chapter 11 of the Bankruptcy Code is appropriate, to pay BSSN at its standard hourly rates in connection therewith, to provide BSSN with a retainer in an amount to be agreed by and between BSSN and the Corporation in connection therewith, and to reimburse BSSN for any actual expenses incurred by BSSN in connection therewith, and that the Corporation be, and hereby is, authorized and empowered to retain and compensate such other professionals in addition to BSSN in connection with the Chapter 11 case, as may be determined by the Corporation;

**Omnibus Actions**

**RESOLVED:**    That the Authorized Party be, and hereby is, authorized and empowered to execute and deliver such additional agreements, documents, instruments, and certificates, and to take such additional action, for and on behalf of the Corporation, as the Authorized Party may deem necessary or convenient to consummate the transactions contemplated by the foregoing resolutions, all in forms approved by such Authorized Party, such approval to be evidenced conclusively by such Authorized Party's execution and delivery thereof; and

**RESOLVED:**    That all other actions taken by the Authorized Party, for and on behalf of the Corporation, up to and including the date hereof, to give effect to the foregoing resolutions, be, and hereby are, ratified, confirmed, and approved in all respects.

**EFFECTIVE DATE:**   December 17, 2025.

*[Signature Page Follows.]*

Artstock d/b/a Artist & Craftsman Supply
Actions Taken by Unanimous Written Consent of Board of Directors without Meeting
Page 2

IN WITNESS WHEREOF, the undersigned persons have executed and delivered this Actions Taken by Unanimous Written Consent of Directors as of the Effective Date.

**BOARD OF DIRECTORS:**

_____

Name:   Benjamin Clay

Title:   Director

*Robert Landry*

_____

Name:   Robert Landry

Title:   Director

*Marjorie Kaufman*
MarjorieKaufman (Dec 17, 2025 11:47:17 EST)

_____

Name:   Marjorie Kaufman

Title:   Director

Artstock d/b/a Artist & Craftsman Supply
Actions Taken by Unanimous Written Consent of Board of Directors without Meeting
Signature Page

# Artstock - Actions Taken by Unanimous Written Consent of Board of Directors without Meeting - Ch. 11 Bankruptcy Filing - 12-16-25 - BSSN DRAFT

Final Audit Report                                                              2025-12-17

| | |
|---|---|
| Created: | 2025-12-17 |
| By: | Robert Landry (landry@newenglandbenefits.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAnx9xMWtRVQiAILd9iGRaZd-hBxtkZySA |

## "Artstock - Actions Taken by Unanimous Written Consent of Board of Directors without Meeting - Ch. 11 Bankruptcy Filing - 12-16-25 - BSSN DRAFT" History

Document created by Robert Landry (landry@newenglandbenefits.com)
2025-12-17 - 2:00:38 PM GMT- IP address: 24.147.96.65

Document emailed to Margie Kaufman (mkaufman@kcpadvisory.com) for signature
2025-12-17 - 2:00:43 PM GMT

Email viewed by Margie Kaufman (mkaufman@kcpadvisory.com)
2025-12-17 - 4:45:30 PM GMT- IP address: 98.208.159.2

Signer Margie Kaufman (mkaufman@kcpadvisory.com) entered name at signing as MarjorieKaufman
2025-12-17 - 4:47:15 PM GMT- IP address: 98.208.159.2

Document e-signed by MarjorieKaufman (mkaufman@kcpadvisory.com)
Signature Date: 2025-12-17 - 4:47:17 PM GMT - Time Source: server- IP address: 98.208.159.2

Document emailed to Ben Clay (bclayimages@gmail.com) for signature
2025-12-17 - 4:47:19 PM GMT

Email viewed by Ben Clay (bclayimages@gmail.com)
2025-12-17 - 4:58:56 PM GMT- IP address: 172.226.144.42

Document e-signed by Ben Clay (bclayimages@gmail.com)
Signature Date: 2025-12-17 - 5:07:02 PM GMT - Time Source: server- IP address: 71.181.47.14

Adobe Acrobat Sign

✅ Agreement completed.

2025-12-17 - 5:07:02 PM GMT

Adobe Acrobat Sign

**United States Bankruptcy Court**

**IN RE:**                                                          Case No._____

Artstock d/b/a Artist & Craftsman Supply
_____ Chapter _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Artstock Holding Company Inc. 540 Deering Avenue, Portland, ME 04103 | 100 | Common stockholder |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Fill in this information to identify the case and this filing:</b></td></tr>
</table>

| | |
|---|---|
| Debtor Name | Artstock d/b/a Artist & Craftsman Supply |
| United States Bankruptcy Court for the: | District of Maine |
| Case number (*If known*): | |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/21/2025        ✖ */s/ Glenn Davis*
MM / DD / YYYY           Signature of individual signing on behalf of debtor

                    Glenn Davis
                    Printed name

                    Authorized Party
                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Artstock d/b/a Artist & Craftsman Supply___

United States Bankruptcy Court for the: ___District of Maine___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.[1]

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Golden Artist Colors, Inc. 188 Bell Road New Berlin, NY, 13411 | accountsreceivable@goldenpaints .com; | Suppliers or Vendors | | | | 156,585.41 |
| 2 | Dixon Ticonderoga Company P.O. Box 735391 New Orleans, LA, 70123 | armailbox@dixonusa.com; | Suppliers or Vendors | | | | 119,009.70 |
| 3 | SLS Arts 5524 Mounes Street New Orleans, LA, 70123 | sydnee@slsarts.com; | Suppliers or Vendors | | | | 118,959.41 |
| 4 | American Express P.O. Box 650448 Dallas, TX, 650448 | mirage-bankruptcyteam1@aexp.c om; | Credit card used to cover numerous types of payments | | | | 96,078.38 |
| 5 | Royal Talens North America Inc. 30 Industrial Drive Northampton, MA, 01060 | receipts.rtna@royaltalens.com; | Suppliers or Vendors | | | | 88,798.76 |
| 6 | Colart 11 Constitution Avenue P.O. Box 1396 Piscataway, NJ, 08855-1396 | pamela.gamboa@colart.com | Suppliers or Vendors | | | | 70,771.44 |
| 7 | Richeson & Co, Inc P.O. Box 160 Kimberly, WI, 54136-0160 | ar@decoart.com; | Suppliers or Vendors | | | | 54,014.64 |
| 8 | A.W. Faber-Castell USA, INC P.O. Box 634500 Cincinnati, OH, 45263-4500 | victoria.georgussis@fabercastell.c om; | Suppliers or Vendors | | | | 44,831.64 |

1
Sales tax claims have been excluded from Official Form 204 as the tax money held by the debtor is likely to be held in trust for the benefit of the states.

Debtor    Artstock d/b/a Artist & Craftsman Supply

Name

Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Craft Time LLC 7916 Drew Circle Unit 5 Fort Myers, FL, 33967 | collections@multicraft.ca | Suppliers or Vendors | | | | 41,138.25 |
| 10 | Gamblin Artist Colors 2734 Se Raymond Street Portland, OR, 97202 | cassie@gamblincolors.com; | Suppliers or Vendors | | | | 38,240.02 |
| 11 | American Easel, LLC 340 Thelma Lane NE Salem, OR, 97301 | tammy@americaneasel.com; | Suppliers or Vendors | | | | 36,806.50 |
| 12 | Masterpiece Artist Canvas LLC 826 Orange Avenue #111 Coronado, CA, 92118 | sia@masterpiecearts.com; | Suppliers or Vendors | | | | 32,504.27 |
| 13 | Lighthouse Publications, Inc. 10 New Maple Avenue Suite 300 Pine Brook, NJ, 07058 | nicole.payne@lighthouse.us | Suppliers or Vendors | | | | 30,251.03 |
| 14 | Royal Brush Mfg. Inc. 515 W 45th Street Munster, IN, 46321 | accounts.usa@royalbrush.com; | Suppliers or Vendors | | | | 29,409.71 |
| 15 | Kikkerland Design c/o JP Morgan Chase Lockbox Service P.O. Box 30892 New York, NY, 10087 | nora@kikkerland.com; | Suppliers or Vendors | | | | 28,471.75 |
| 16 | Speedball Art Products Lockbox Number 232957 2957 Momentum Place Chicago, IL, 60689 | tammyknight@speedballart.com; | Suppliers or Vendors | | | | 22,907.29 |
| 17 | Itoya Profolio 20725 S Western Avenue Suite 136 Torrance, CA, 90501 | accountsreceivable@itoya.com; | Suppliers or Vendors | | | | 22,867.56 |
| 18 | Exaclair Inc. 143 West 29th Street Suite 1000 New York, NY, 10001 | accounting@exclair.com; | Suppliers or Vendors | | | | 20,471.37 |
| 19 | Red Cap Cards P.O. Box 412019 Los Angeles, CA, 90041 | info@redcapcards.com; | Suppliers or Vendors | | | | 19,993.43 |
| 20 | Pomegranate Communications, Inc. Attn: Accounts Receivable 105 SE 18th Avenue Portland, OR, 97214 | receivables@pomegranate.com; | Suppliers or Vendors | | | | 19,840.96 |

United States Bankruptcy Court

District of Maine

In re:   Artstock d/b/a Artist & Craftsman Supply

Case No.

Chapter    11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____12/21/2025_____          /s/ *Robert Landry*          Robert Landry
                                    Signature of Individual signing on behalf of debtor

                                    Authorized Party
                                    Position or relationship to debtor

100 Larrabee, LLC
110 Marginal Way
Suite 292
Portland, ME 04101


1000Bulbs.com
2140 Merritt Drive
Garland, TX 75041


1-10 Bush Terminal Owner Lp
220-36Th Street
Suite 2A
Brooklyn, NY 11232


1-800-Got-Junk?
FILE 2429 1001 W Olympic BLVD
Pasadena, CA 91199-2429


4Imprint
101 Commerce Street
Oshkosh, WI 4901


613 South LLC
PO Box 184
Dresher, PA 19025


A&L LLC
667 W 70th Street
Kansas City, MO 64113


A.W. Faber-Castell USA, INC
PO Box 634500
Cincinnati, OH 45263-4500


Accoutrements
10915 47Th Avenue W
Mukilteo, WA 98275


Ace Eight Calling LLC
5611 NE Columbia BLVD
Portland, OR 97218

Alarm Grid, Inc
2510 NE 47th Street
Lighthouse Point, FL 33064


Amazon
440 Terry Ave N
Seattle WA, 98109


Amazon
410 Terry Ave N
Seattle, WA 98109


American Easel, LLC
340 Thelma Lane NE
Salem, OR 97301


American Express
PO Box 650448
Dallas, TX 650448


American Kusa Corporation d/b/a Yasutomo
3740 Skypark Drive
Torrance, CA 90505


American Tombow Inc.
355 Satelite Blvd NE
Suite 300
Suwanee, GA 30024


Angelus Shoe Polish Co. Inc
PO Box 3066
Cerritos, CA 90703


Armadillo Art & Craft
PO Box A
Belle Mead, NJ 08502


Artresin, Inc
2300 Apollo Circle

Carrollton, TX 75006


Asmodee
1995 West County Road B2
Roseville, MN 55113


Baggu
Attn: AR
2415 3RD ST Suite 239
San Francisco, CA
94107


Balance Building LLC
12 W Willow Grove Avenue
Philadelphia, PA
191118


Bavvy Milliman
18295 Capitol Avenue
Suite 400
Omaha NE, 68022


BC USA
1551 MINNESOTA Street
San Francisco, CA 94107


Beadalon / Artistic Wire
440 Highlands Blvd
Coatsville PA, 19320


Benjamin Clay
4 Province Avenue
Falmouth, ME 04105


BGE
PO Box 13070
Philadelphia PA, 19101


Bigcommerce
11305 Four Points Drive
Building II 3rd Floor

Austin, TX 78726


Blackwing
2385 Arch Airport Road
Suite 500
Stockton, CA 95206


Blick Art Materials
P.O. Box 1267
Galesburg, IL 61402-1267


Blue Q
703 West Housatonic Street
Pittsfield, MA 01201


Blue Ridge Esop Associates
PO Box 220074
Chantilly, VA
20153-0074


Board of Equalization
PO Box 942879
Sacramento, CA
94279-8022


Bob's Fine Vine Charcoal
24525 Ervin Road
Philomath, OR 97370


Braintree c/o PayPal, Inc.
2211 North First Street
San Jose, CA 95131


Brewer Sewing Supplies
25341 Network Place
Chicago, IL 60673


Broadway Realty Holdings LLC
143 Division Avenue
Brooklyn, NY 11211

Cambridge Savings Bank
Attn: John D. Bobbin
81 Wyman Street
Waltham, MA 02451


Canwil Textiles
1520 University Drive
Auburn, GA 30011-3386


Cavallini Papers & Co
401 Forbes Boulevard
South San Francisco, CA 94080


Celerant Technology Corp
4830 Arthur Kill Road
Staten Island, NY 10309


Central Maine Power Co.
PO Box 847810
Boston, MA 02284-7810


Charleston County Treasurer
PO Box 878
Charleston, SC 29402-0863


Charleston Water System
PO Box 568
Charleston, SC 29402-0568


Charter Communications
Box 223085
Pittsburgh, PA 15251-2085


Chartpak
PO Box 712119
Philadelphia, PA 19171-2119


Chestnut Hill Business Association
10 E Springfield Avenue
Philadelphia, PA 19118

Cigna Healthcare
C/O Wells Fargo Bank
DEPT 59
Denver, CO 80291


City of Madison Treasurer
PO Box 20
Madison, WI 53701


City of Portland
Revenue Division
PO Box 8038
Portland, OR 97207-8038


City of Portland
PO Box 4216
Portland, OR 97208


City of Seattle
PO Box 35178
Seattle, WA 98124


City of Tacoma
PO Box 11010
Tacoma, WA 98411-1010


City Treasurer
Public Utilities Dept Cust Care Ctr
PO Box 129020
San Diego, CA 92112-9020


Colart
11 Constitution Avenue
PO Box 1396
Piscataway, NJ 08855-1396


Colonial Supplemental Insurance
Premium Processing
PO Box 903
Columbia, SC 29202-0903

Color Aid
38 Lafayette Street
Hudson Falls, NY 12839


Commonwealth of MA
Ma Dept Of Revenue
PO Box 419272
Boston, MA 02241-9272


Commuter Benefit Solutions
Edenred Benefits LLC
265 Winter Street 3rd Floor
Waltham, MA 02451


Comptroller of Maryland
PO Box 8888
Annapolis, MD 21401-8888


Consolidated Edison Company
Jaf Station
PO Box 1702
New York, NY 10116-1702


Constellation Newenergy - Gas Division
PO Box 5471
Carol Stream, IL 60197-5471


Copernicus Toys
PO Box 2307
Charlottesville, VA 22902


Craft Time LLC
7916 Drew Circle
Unit 5
Fort Myers, FL 33967


Crazy Aaron's Enterprises, Inc
PO Box 4944
Lancaster, PA 17604

Creative Art Materials Lt
1214 River Hwy
Unit G
Mooresville, NC 28117


Crescent Brands
100 W Willow Road
Wheeling, IL 60090


Dead River
PO Box 70354
Philadelphia, PA 19178-0354


Dear Hancock
PO Box 4258
Richmond, VA 23220


Dimension
PO Box 208089
Dallas, TX 75320-8089


Dispatchit Inc
PO Box 88832
Milwaukee, WI 53288-8832


Dixon Ticonderoga Company
PO Box 735391
Chicago, IL 60673-5391


Djeco-Us
PO Box 600
Grantsville, MD 21536


Dominion Energy
PO Box 100255
Columbia, SC 29202-3255


Dover Publications
PO Box 830319
Philadelphia, PA 19182-0319

Dri Printing Services
8000 Haskell Avenue
Los Angeles, CA 91406


Drop Box Inc
1800 Owens Street
San Francisco, CA 94158


Duquesne Light Company
Payment Processing Center
PO Box 10
Pittsburgh, PA 15230-0010


Edward C Lyons
3646 White Plains Road
Bronx, NY 10467


Eeboo
170 West 74Th Street
Suite 102
New York, NY 10023


Energy Savers Inc.
PO Box 2829
Oregon City, OR 97045


Eversource
PO Box 660369
Dallas, TX 75266-0369


Exaclair Inc.
143 West 29Th Street
Suite 1000
New York, NY 10001


Excel Blades Corporation
481 Getty Avenue
Paterson, NJ 07503

Fascinations
19224 Des Moines Way South
Suite 100
Seattle, WA 98148


Firstlight Fiber
PO Box 1301
Williston, VT 05495


Fish Window Cleaning
2 Lehner Rd
Saco, ME 04072


Fisher & Phillips LLP
1200 Abernathy Road
Suite 950
Atlanta, GA 30328


Fletcher - Terry Co
91 Clark Drive
East Berlin, CT 06023


Flexcut Tool Company
8105 Hawthorne Drive
Erie, PA 16509


Flipside Products
Lockbox 639048
Cincinnati, OH 45263-9048


Folkmanis Inc
PO Box 99471
Emeryville, CA 94662-9471


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531


Gamblin Artist Colors
2734 Se Raymond Street
Portland, OR 97202

Gelli Arts LLC
525 S 4Th Street
Suite 246
Philadelphia, PA 19147


Generation 3 Electric & Hvac
1257 S 26Th Street
Philadelphia, PA 19146


Geocentral
6049 HI TEK COURT
Mason, OH 45040


Github Software Company
88 Colin P Kelly Jr Street
San Francisco, CA 94107


Global Solutions
PO Box 27576
Seattle, WA 98165


Golden Artist Colors, Inc.
188 Bell Road
New Berlin, NY 13411


Google HQ
1600 Amphitheatre Parkway
Mountain View, CA 94043


Gorham Properties LLC
5702 Claredon Drive
Madison, WI 53711


Grafix Arts Systems
5800 Pennsylvania Avenue
Maple Heights, OH 44137


Granite Telecommunications
PO Box 983119

Boston, MA 02298-3119


Graphic Products Corporation
455 Maple Avenue
Carpentersville, IL 60110-3004


Gregory Daniels Fine Arts, Inc.
PO Box 320014
San Francisco, CA 94132


Gw Helfrich Realty LLC
2516 Maryland Avenue
Baltimore, MD 21218


Hachette Book Group
PO Box 8828
JFK STATION
Boston, MA 02114


Handy Art
365 Sunnyside Drive
Milton, WI 53563


Hk Holbein Inc
PO Box 555
Wiliston, VT 05495


Hobart Wightman Associates
1823 Penn Avenue
Pittsburgh, PA 15221


House of Marbles
PO Box 5814
Hillsborough, NJ 08844


HP Investments, LLC
922 Franklin Street
Louisville, KY 40206


Hybrid Heating & Air Conditioning

PO Box 329
Cornelius, OR 97113


Indeed, Inc
Mail Code 5160
PO Box 660367
Dallas, TX 75266-0367


Internal Revenue Service
1111 Constitution Avenue NW
Washington, DC 20224


Ishiico, Inc. dba Midwest Products Co
400 S Indiana Street
Hobart, IN 46342


Itoya Profolio
20725 S Western Avenue
Suite 136
Torrance, CA 90501


Iwata Medea
2730 Nw 31St Avenue
Portland, OR 97210


J.J. Keller & Associates, Inc.
PO Box 735492
Chicago, IL 60673-5492


Jet Messenger Service, Inc.
PO Box 95271
Pittsburgh, PA 15223


JJC Industries LLC
PO Box 24009
Seattle, WA 98124


John Bead USA Corp
4271 Lake Avenue
Hamburg, NY 14219

Jotform Inc
1700 Montgomery Street
San Francisco, CA 94111


Jsf Realty LLC
62-70 Fresh Pond Road
Ridgewood, NY 11385


K&S Precision metals
6911 W. 59th Street
Chicago, IL 60638


Kcmo Water Services Dept
PO Box 807045
Kansas City, MO 64180


KCP&L
PO Box 219330
Kansas City, MO 64121


Kemper Tools
PO Box 2047
Chino, CA 91708


Kentucky State Treasurer
Dept Of Revenue
Frankfort, KY 40619


Kikkerland Design
C/O JP Morgan Chase Lockbox Service
PO Box 30892
New York, NY 10087


Kilpatrick Townsend & Stockton LLP
Attn: Alan D. Leib
500 West Madison Street, Suite 3700
Chicago, Illinois 60661


King County Treasury
201 S Jackson Street #710

Seattle, WA 98104-2340


Kyocera Document Solutions New England
PO Box 830421
Philadelphia, PA 19182-0421


La Dept. of Water & Power
PO Box 30808
Los Angeles, CA 90030-0808


Le Puzz
53 Scott Avenue Unit 403
Brooklyn, NY 11237


Legion Paper Corporation
38 East 32ND Street
5th Floor
New York, NY 10016


Les Encadrements Apollon
320 Calixa-Lavallee
Vercheres, Quebec J0L 2R0


LG&E
PO Box 9001960
Louisville, KY 40290


Libeco
230 5TH Avenue
Suite 1300
New York, NY 10001


Lighthouse Publications, Inc
10 New Maple Avenue
Suite 300
Pine Brook, NJ 07058


Logan Graphic Products
1100 Brown Street
Wauconda, IL 60084

Los Angeles County Tax Collector
PO Box 54027
Los Angeles, CA 90054-0027


Luxury Brands of America
132 Leah Lane
Troutman, NC 28166


Mailchimp
675 Pance De Leon Avenue Ne
Suite 5000
Atlanta, GA 30308


Maine Revenue Services
PO Box 9101
Augusta, ME 04332-9101


Marjorie E Kaufman
41 Juniper Lane
Newton Center, MA 02459


Mass Dept of Revenue
PO Box 7039
Boston MA, 02204-7039


Masterpiece Artist Canvas LLC
826 Orange Avenue #111
San Diego, CA 92118


MCS Industries
2280 Newlins Mill Road
Easton, PA 18045


MGE
PO Box 1231
Madison, WI 53701-1231


Michael David Kaplan d/b/a Kaplan 540 LLC
49 Ocean Avenue
Portland, ME 04103-5722

Missouri Department of Revenue
Taxation Division
PO Box 840
Jefferson City, MO 65105


Mood Media
2100 S. IH 35
Suite 200
Austin, TX 78704


Mrt Bwr, Corp
73-10 Edsall Avenue
Glendale, NY 11385-8220


Mutual of Omaha Insurance Company
Payment Processing Center
PO Box 2147
Omaha, NE 68103-2147


National Grid
PO Box 11741
Newark, NJ 07101-4741


Nature Print Paper
PO Box 591234
Houston, TX 77259


Netwolves Network Services LLC
Lbx 2317 PO Box 95000
Philadelphia, PA 19195-0001


New England Graphics & Me
312 Danbury Road
New Milford, CT 06776


New Wave LLC
2965 E High Street Unit 2
Pottstown, PA 19464

Nortech Graphics, Inc.
14950 Industrial Park Avenue
Lead Hill, AR 72644


Notion Labs
685 Market Street
Suite 300
San Francisco, CA 94105


Notions Marketing
517 Crofton SE
Grand Rapids, MI 49507


NW Natural
PO Box 6017
Portland, OR 97228


NYC Department of Finance
PO Box 2307 Peck Slip Station
New York, NY 10272-2307


NYC Water Board
PO Box 11863
Newark, NJ 07101-8163


NYS Dept of Taxation & Finance
Corp-V
PO Box 15163
Albany, NY 12212-5163


Nys Sales Tax Processing
General Post Office
PO Box 5464
New York, NY 10087-5464


Old Dominion Freight Line Inc
PO Box 415202
Boston, MA 02241-5202


OOK Industrial
PO Box 534524

Atlanta, GA 30353-4524


Oregon Department of Revenue
P.O. Box 14790
Salem, OR 97309-0470


Orkin
662-Seattle Commercial WA
PO Box 740300
Cincinnati, OH 45274-0300


Orkin
PO Box 740300
Cincinnati, OH 45274-0300


Orkin
126 Lakefront Drive
Cockeysville, MD 21030-2215


Orkin
315-New York City Commercial NY
PO Box 740847
Cincinnati, OH 45274-0847


Orkin
43-32 Ditmars Blvd
Queens, NY 11105


Orkin
4995 Lacross Road
Suite 1150
Charleston, SC 29406-6542


Orkin
10805 Bluegrass Pkwy
Louisville, KY 40299-2215


Orkin
608-Madison WI
PO Box 740589
Cincinnati, OH 45274-0589

Orkin
43-32 Ditmars Blvd
Queens, NY 11105


Orkin
989-Portland ME
PO Box 740847
Cincinnati, OH 45274-0847


PA Bureau of Corp Taxes
PO Box 280502
Harrisburg, PA 17128-0502


PA Department of Revenue
PO Box 280405
Harrisburg, PA 17128-0502


Paasche Airbrush Co
9511 58Th Place
Kenosha, WI 53144


Pacific Arc, Inc.
1020 Agnes Road
Richmond, TX 77469


Paoli Clay Co
6879 Paoli Road
Paoli, WI 53508-9743


PayPal, Inc. Deposit into BofA
Attn: Legal Specialists, RE Notices
P.O. Box 45950
Omaha, NE 68145-0950


PECO Energy Co
PO Box 37629
Philadelphia, PA 19101


PECO Energy Co

PO Box 13608
Philadelphia, PA 19101


Penguin Random House LLC
Dept CH 10401
Palatine, IL 60055


Pentel of America
2715 Columbia Street
Torrance, CA 90503


Philadelphia Gas Works
PO Box 11700
Newark, NJ 07101


Playmonster, LLC
PO Box 772889
Detroit, MI 48277-2889


Plus-Plus USA
1801 Rutherford Road
Greenville, SC 29609


Plymouth Yarn Company
500 Lafayette Street
Bristol, PA 19007


Vortex Industries LLC
P.O. Box 846952
Los Angeles, CA 90084-6952


Pomegranate Communications, Inc
Attn: Accounts Receivable
105 SE 18TH Avenue
Portland, OR 97214


Portland General Electric
PO Box 4438
Portland, OR 97208

Portland General Electric
PO Box 997300
Sacramento, CA 95899-7300


Portland Water Bureau
City Of Portland
PO Box 4216
Portland, OR 97208


Portland Water District
PO Box 6800
Lewiston, ME 04243-6800


Puget Sound Energy
PO Box 91269
Bellevue, WA 98009


Puppet Company
100 Church Street
PO Box 6
Millersburg, PA 17061


Purcor Pest Solutions
PO Box 35019
Seattle, WA 98124-3419


Quench Usa, Inc.
PO Box 735777
Dallas, TX 75373-5777


R&F Handmade Paints, Inc.
84 Ten Broeck Avenue
Kingston, NY 12401


Rainier Northwest Group
1200 Fifth Avenue
Suite 1925
Seattle, WA 98101


Red Cap Cards
PO Box 412019

Los Angeles, CA 90041


Richeson & Co, Inc
PO Box 160
Kimberly, WI 54136-0160


Ringcentral, Inc.
1400 Fashion Island Blvd
7th Floor
San Mateo, CA 94404


Roadrunner Recycling, Inc
PO Box 6011
Hermitage, PA 16148


Robert Landry
540 Deering Avenue
Portland, ME 04103


Rockynook
1010 B Street
Suite 350
San Rafael, CA 94901


Royal Brush Mfg. Inc.
515 W 45th Street
Munster, IN 46321


Royal Talens North America Inc
30 Industrial Drive
Northampton, MA 01060


Royer Advisors & Accountants
Certified Public Accountants
6 Fundy Road Suite 100
Falmouth, ME 04105


Rupert, Gibbon & Spider
PO Box 425
Healdsburg, CA 95448

Safari Programs, Inc
PO Box 96529
Charlotte, NC 28296-0529


Sage Software, Inc
14855 Collection Center Dr
Chicago, IL 60693


Sakura of America
30780 San Clemente Street
Hayward, CA 94544


San Diego Gas & Electric
PO Box 25111
Santa Ana, CA 92799-5111


SC Department of Revenue
Sales Tax Return
Columbia, SC 29214-0101


SC Department of Revenue
Corporation
PO Box 100153
Columbia, SC 29202


Schylling Inc
C/O Berkshire Bank
PO Box 941
Worcester, MA 01613-0941


Seafree Commercial LLC
68 Cannon Street
Suite F
Charleston, SC 29402


Sehak Tuna
3846 Humboldt Drive
Huntington Beach, CA 92649


Sepp Leaf Products, Inc.

381 Park Avenue South
Suite 1301
New York, NY 10016


Shaub St Helens LLC
Attn: Rane Shaub
1117 Broadway Suite 500
Tacoma, WA 98402


Shelf Tag Supply
611 3RD Avenue SW
Carmel, IN 46032


Shift4 Payments Inc.
2202 North Irving Street
Allentown, PA 18109


Ship Station
4301 Bull Creek Road
Austin, TX 78731


Shogun Labs
440 N. Barranca Ave
Suite 1085
Covina, CA 91723


Silver Brush Limited
92 North Main Street 19-I
PO Box 414
Windsor, NJ 08561-0414


SLS Arts
5524 Mounes Street
New Orleans, LA 70123


Smooth-On
5600 Lower Macungie Road
Macungie, PA 18062


Southern Connecticut Gas Co.
PO Box 9112

Chelsea, MA 02150


Speedball Art Products
Lockbox Number 232957
2957 Momentum Place
Chicago, IL 60689


Spire Inc.
700 Market St
Saint Louis, MO 631011


SPS Commerce
PO Box 205782
Dallas, TX 75320


Staedtler Inc
8335 Winnetka Avenue # 7
Winnetka, CA 91306


Stamps.com
1990 E Grande Ave
El Segundo, CA 90245


Staples
PO Box 70242
Philadelphia, PA 19176-0242


Staples Credit Plan
Dept 51-7819279968
PO Box 70612
Philadelphia, PA 19176-0612


State of Washington
Department Of Revenue
PO Box 34051
Seattle, WA 98124-1051


Steelclad Self Storage
547 Riverside Street
Portland, ME 04103

Sullivans USA
4341 Middaugh Avenue
Downers Grove, IL 60515


Sureswift Capital Inc
5201 Eden Avenue
Suite 300
Minneapolis, MN 55436


Takach Press Corporation
3207 Morningside Drive NE
Albuquerque, NM 87110


Tattly Temporary Tattoos
C/O Bic HQ
One Bic Way
Shelton, CT 06484


Tax Collector City of New Haven
PO Box 1927
New Haven, CT 06509-1927


Team Plastics Inc.
3901 WEST 150TH Street
Cleveland, OH 44111


Teamlogic It Northeast Ma
12 Tower Office Park
Woburn, MA 01801


The Law Properties LLC
Attn: Pamela Law
PO Box 83748
Portland, OR 97283


The Little Red House
43188 Christy Street
Fremont, CA 94538

The Sherwin-Williams Company
PO Box 198050
Atlanta, GA 30384-8050


The Webstaurant Store
42 Industrial Circle
Lancaster, PA 17601


Time Warner Cable
PO Box 4617
Carol Stream, IL 60197-4617


Town of Saugus
Attn: Town Clerk Office
PO Box 4157
Woburn, MA 01888-4157


Townsend Pricing, Inc.
PO Box 395
Thief River Falls, MN 56701


TPX Communications
PO Box 984001
Boston, MA 02298-4001


Tranquility Property Management
8354 University Avenue
San Diego, CA 92142


Travelers
Cl Remittance Center
PO Box 660317
Dallas, TX 75266


Treetop Publishing
450 S 92ND Street
Milwaukee, WI 53214


Trion Industries, Inc.
PO Box 640764
Pittsburgh, PA 15264-0764

U.S. Small Business Administration
PO Box 3918
Portland, OR 97208-3918


Uchida of America, Corp
3535 Del Amo Blvd
Torrance, CA 90503


U-Haul Moving & Storage
PO Box 52128
Phoenix, AZ 85072-2128


Uline
Attn: Accts Receivable
PO Box 88741
Chicago, IL 60680-1741


Unemployed Philosophers Guild
105 Atlantic Avenue
Brooklyn, NY 11201


Unitil
PO Box 981077
Boston, MA 02298-1077


University Products
517 Main Street
Holyoke, MA 01041


UPS
PO Box 7247-0244
Philadelphia, PA 19170


Verizon
PO Box 15124
Albany, NY 12212-5124


Verizon
PO Box 4830

Trenton, NJ 08650-4830


Verizon Business
PO Box 15062
Albany, NY 12212-5062


Washington Gas
PO Box 37747
Philadelphia, PA 19101


Washington Suburban Sanitary Commission
14501 Sweitzer Lane
Laurel, MD 20707


Waste Connections of New York, INC
BIC No. 1059
PO Box 535233
Pittsburgh, PA 15253-5233


Wcb Group LLC, d/b/a Aitoh
2720 Mountain Pine Road
Hot Springs National Park, AR 71913


Wisconsin Department of Revenue
PO Box 3028
Milwaukee, WI 53201-3028


Wisconsin Department of Revenue
P.O. Box 93389
Milwaukee, WI 53293-0389


X-L Supplies & Sundries
PO Box 6686
Fullerton, CA 92834-6686


Yellow Owl Workshop
375 Potrero Avenue
Unit 1
San Francisco, CA 94103