## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **In re:**<br><br>**ARTSTOCK d/b/a**<br>**Artist & Craftsman Supply,**<br><br>**Debtor.**[1] | **Chapter 11**<br><br>**Case No.** 25-20305 |

### CORPORATE OWNERSHIP STATEMENT PURSUANT TO
### FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedures, Artstock, d/b/a Artist & Craftsman Supply (the "**Debtor**") respectfully represents that the following individuals and/or corporations directly or indirectly own 10% or more of any class of Debtor's equity interests:

Artstock Holding Company, Inc. (attached as **Exhibit A** is a list of all owners of Artstock Holding Company, Inc.)

Dated:   December 21, 2025

Respectfully submitted,
**BERNSTEIN, SHUR, SAWYER &**
**NELSON, P.A.**

*/s/ Sam Anderson*
Sam Anderson, Esq.
100 Middle Street
PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
sanderson@bernsteinshur.com

Proposed Counsel to the Debtor and Debtor in Possession

---

[1] The last four digits of Artstock's federal taxpayer identification number are 6772, and its principal place of business is 540 Deering Avenue, Portland, Maine.

### *Exhibit A*

## OWNERS OF ARTSTOCK HOLDING COMPANY, INC.

| Owner/Stockholder: | Percentage of Ownership: |
|---|---|
| Glenn Davis<br>15 Madeline Way<br>Conway, NH 03818 | 33.34% |
| Trever Webster<br>5522 Fieldstone Lane, Apt. 4<br>Madison, WI 53704 | 33.33% |
| Marc LeVasseur<br>86 Shaw Road<br>Sanford, ME 04073 | 33.33% |
| **Total:** | 100.00% |