**Exhibit A**
**Budget**

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
| Week Beginning | 22-Dec-25 | 29-Dec-25 | 05-Jan-26 | 12-Jan-26 | 19-Jan-26 | 26-Jan-26 | 02-Feb-26 | 09-Feb-26 | 16-Feb-26 | 23-Feb-26 | 02-Mar-26 | 09-Mar-26 | 16-Mar-26 | 23-Mar-26 |
| Week Ending | 28-Dec-25 | 04-Jan-26 | 11-Jan-26 | 18-Jan-26 | 25-Jan-26 | 01-Feb-26 | 08-Feb-26 | 15-Feb-26 | 22-Feb-26 | 01-Mar-26 | 08-Mar-26 | 15-Mar-26 | 22-Mar-26 | 29-Mar-26 |
| **Beginning Cash** | 0 | 654,924 | 908,781 | 1,021,161 | 986,533 | 855,816 | 834,342 | 805,156 | 633,858 | 697,561 | 721,213 | 700,889 | 690,127 | 646,615 |
| **Cash Receipts** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Sales Receipts | 771,976 | 506,314 | 425,046 | 425,046 | 425,046 | 425,046 | 431,445 | 432,512 | 432,512 | 432,512 | 445,164 | 447,273 | 447,273 | 447,273 |
| Sales Tax Collected | 43,848 | 39,943 | 30,178 | 30,178 | 30,178 | 30,178 | 30,633 | 30,708 | 30,708 | 30,708 | 31,607 | 31,756 | 31,756 | 31,756 |
| Other Cash |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Total Cash Receipts** | 815,824 | 546,257 | 455,224 | 455,224 | 455,224 | 455,224 | 462,078 | 463,220 | 463,220 | 463,220 | 476,771 | 479,029 | 479,029 | 479,029 |
| **Expenses** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Payroll | 122,500 | 130,000 | 122,500 | 122,500 | 122,500 | 122,500 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 |
| Board Fees |  |  |  |  | 3,500 |  |  |  | 3,500 |  |  |  | 3,500 |  |
| Health/ Benefit Insurance |  | 46,000 |  | 3,000 |  |  | 46,000 |  | 3,000 |  | 46,000 |  | 3,000 |  |
| Sales Tax |  |  |  | 130,307 | 77,397 | 118,370 |  |  |  | 60,800 | 82,350 |  | 56,550 | 81,600 |
| Leases |  |  | 16,300 |  |  |  | 68,000 | 141,300 |  |  | 68,000 | 141,300 |  |  |
| Business Insurance |  | 13,000 |  |  |  |  | 13,000 |  |  |  | 13,000 |  |  |  |
| Utilities Expenses |  |  |  |  | 37,500 |  |  | 37,500 |  |  |  |  | 37,500 |  |
| Store Supplies |  |  |  |  | 19,000 |  |  | 19,000 |  |  |  |  | 19,000 |  |
| Freight |  |  |  |  | 35,000 |  |  | 35,000 |  |  |  |  | 35,000 |  |
| Repair & Maintenance |  |  |  |  | 11,000 |  |  | 11,000 |  |  |  |  | 11,000 |  |
| Travel |  |  |  |  | 5,000 |  |  | 5,000 |  |  |  |  | 5,000 |  |
| Software / IT Services / Subscriptions |  |  |  |  | 28,500 |  |  | 28,500 |  |  |  |  | 28,500 |  |
| CC Processing Fees |  | 65,000 |  |  |  |  | 47,500 |  |  |  | 47,500 |  |  |  |
| Misc Admin | 13,400 | 13,400 | 13,400 | 13,400 | 13,400 | 13,400 | 13,400 | 13,400 | 13,400 | 13,400 | 13,400 | 13,400 | 13,400 | 13,400 |
| Inventory Payments | 15,000 | 15,000 | 180,645 | 180,645 | 180,645 | 180,645 | 183,364 | 183,818 | 183,818 | 183,818 | 189,195 | 190,091 | 190,091 | 190,091 |
| **Total Expenses** | 150,900 | 282,400 | 332,845 | 449,852 | 533,442 | 434,915 | 491,264 | 594,518 | 384,518 | 399,568 | 497,095 | 464,791 | 522,541 | 405,091 |
| **Additional Expenditures** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Legal & Consultant Fees |  |  |  | 25,000 |  | 25,000 |  | 25,000 |  | 25,000 |  | 25,000 |  | 25,000 |
| Adequate Utility Assurance |  |  |  |  | 37,500 |  |  |  |  |  |  |  |  |  |
| Larrabee Road | 10,000 | 10,000 | 10,000 | 15,000 | 15,000 | 15,000 |  |  |  |  |  |  |  |  |
| Store Closures |  |  |  |  |  |  |  | 15,000 | 15,000 | 15,000 |  |  |  |  |
| US Trustee Fee |  |  |  |  |  | 1,783 |  |  |  |  |  |  |  |  |
| Critical Vendor Payments |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Total Additional Expenditures** | 10,000 | 10,000 | 10,000 | 40,000 | 52,500 | 41,783 | - | 40,000 | 15,000 | 40,000 | - | 25,000 | - | 25,000 |
| **Grand Total Expenses** | 160,900 | 292,400 | 342,845 | 489,852 | 585,942 | 476,698 | 491,264 | 634,518 | 399,518 | 439,568 | 497,095 | 489,791 | 522,541 | 430,091 |
| **Ending Cash** | 654,924 | 908,781 | 1,021,161 | 986,533 | 855,816 | 834,342 | 805,156 | 633,858 | 697,561 | 721,213 | 700,889 | 690,127 | 646,615 | 695,553 |
| **Inventory** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Total Inventory | 5,021,621 | 4,650,633 | 4,412,476 | 4,380,597 | 4,348,719 | 4,316,841 | 4,284,962 | 4,252,604 | 4,220,165 | 4,187,727 | 4,155,289 | 4,121,901 | 4,088,356 | 4,054,810 |
| COGs | 385,988 | 253,157 | 212,523 | 212,523 | 212,523 | 212,523 | 215,723 | 216,256 | 216,256 | 216,256 | 222,582 | 223,637 | 223,637 | 223,637 |
| Purchases / Inventory Received |  |  | 170,645 | 170,645 | 170,645 | 170,645 | 173,364 | 173,818 | 173,818 | 173,818 | 179,195 | 180,091 | 180,091 | 180,091 |
| Special Order Purchases | 15,000 | 15,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| **Ending Inventory** | 4,650,633 | 4,412,476 | 4,380,597 | 4,348,719 | 4,316,841 | 4,284,962 | 4,252,604 | 4,220,165 | 4,187,727 | 4,155,289 | 4,121,901 | 4,088,356 | 4,054,810 | 4,021,265 |
| **Total Collateral** | 5,305,557 | 5,321,257 | 5,401,758 | 5,335,252 | 5,172,656 | 5,119,304 | 5,057,760 | 4,854,024 | 4,885,288 | 4,876,502 | 4,822,791 | 4,778,483 | 4,701,426 | 4,716,818 |

*Credit card transactions represent 95% of our cash receipts. These deposits are received in our deposit account typically two days after their original sales transaction date. The remaining 5% of our cash receipts are routinely deposited on a daily basis.