**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>**ARTSTOCK d/b/a**<br>**Artist & Craftsman Supply,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 25-20305 |

**NOTICE OF EMERGENCY HEARING**

On December 21, 2025, Artstock d/b/a Artist & Craftsman Supply, the above-captioned debtor and debtor-in-possession (the "**Debtor**"), filed the following motions, each requesting an emergency determination (collectively, the "**First Day Motions**"):

(a)  *Motion of Debtor For: (I) Entry of An Order on Interim and Then Final Basis: (A) Authorizing the Use of Cash Collateral; (B) Granting Adequate Protection; and (C) Granting Related Relief; and (II) Granting Emergency Determination and Limiting Notice on an Interim Basis* [Dkt. No. 3] (the "**Cash Collateral Motion**");

(b)  *Debtor's Motion for Order (A) Authorizing Debtor To Maintain and Administer Customer Programs and Honor Prepetition Obligations Related Thereto; and (B) Granting Emergency Determination and Limiting Notice* [Dkt. No. 7] (the "**Customer Programs Motion**");

(c)  *Motion for Entry of An Order on Interim and Then Final Basis: (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks; (B) Authorizing Continued Use of the Existing Cash Management System; (C) Directing Cambridge Savings Bank To Grant Debtor Full Access To Debtor's Accounts; and (D) Granting Emergency Determination and Limiting Notice* [Dkt. No. 6] (the "**Bank Accounts Motion**");

(d)  *Debtor's Motion for Entry of Order (A) Authorizing Debtor To Pay Prepetition Claims of Critical Vendor Credit Card Processors; and (B) Granting Emergency Determination and Limiting Notice* [Dkt. No. 5] (the "**Critical Vendor Motion**"); and

(e)  *Motion of Debtor for Entry of an Order: (I) Authorizing the Debtor To: (A) Pay Pre-Petition Employee Compensation; (B) Pay Related Payroll Obligations; and (C) Continue Insurance and Employee Benefit Programs and Pay Obligations*

---

[1] The last four digits of Artstock's federal taxpayer identification number are 6772, and its principal place of business is 540 Deering Avenue, Portland, Maine.

*Thereunder; and (II) Granting Emergency Determination and Limitation of Notice* [Dkt. No. 4] (the "**Payroll Motion**").

A hearing to consider the Cash Collateral Motion (on an interim basis), Customer Programs Motion (on a final basis), Bank Accounts Motion (on an interim basis), Critical Vendor Motion (on a final basis), and Payroll Motion (on a final basis) is scheduled to take place at the United States Bankruptcy Court, 537 Congress St, 2nd Floor, Portland, ME 04101, on **December 23, 2025, at 2:00 p.m.** (the "**Hearing**"). Any party wishing to participate in the Hearing may do so (a) in person in the courtroom in Portland; (b) by video from the United States Bankruptcy Court in Bangor, Maine, or (c) by telephone pursuant to the Court's Administrative Procedures for Telephonic Participation set forth in Appendix B to the Court's Local Rules. Anyone who anticipates introducing evidence, appearing as a witness, or cross-examining a witness, however, may not participate by phone. You are encouraged to participate in the Hearing, either directly or through your attorney, as appropriate.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

**Objections to the First Day Motions may be raised at the Hearing.** In addition, you or your attorney may file a written response to the First Day Motions up until the Hearing explaining your position with the Court via the CM/ECF filing system. If you are not able to access the CM/ECF filing system, your response should be served upon the Court at:

Monica M. Bigley, Clerk of Court
United States Bankruptcy Court for the District of Maine
MC Smith Federal Building
202 Harlow Street, 3rd Floor
Bangor, Maine 04401

- and –

Adam R. Prescott, Esq.
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the First Day Motions and may enter an order granting some or all of the requested relief (on an interim or final basis, as applicable) without further notice or hearing.

[intentionally left blank]

Dated: December 22, 2025

Respectfully submitted,
**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ Adam R. Prescott*
D. Sam Anderson, Esq.
Adam R. Prescott, Esq.
100 Middle Street, PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
sanderson@bernsteinshur.com
aprescott@bernsteinshur.com

Proposed counsel to the Debtor and Debtor in Possession