**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>**ARTSTOCK d/b/a**<br>**Artist & Craftsman Supply,**<br><br>Debtor.[1] | **Chapter 11**<br><br>**Case No. 25-20305** |

**NOTICE OF FINAL HEARING**

Artstock d/b/a Artist & Craftsman Supply, the above-captioned debtor and debtor in possession (the "**Debtor**"), has filed the following motions (collectively, the "**Motions**"):

- *Motion of Debtor For: (I) Entry of An Order On Interim and Then Final Basis: (A) Authorizing the Use of Cash Collateral; (B) Granting Adequate Protection; and (C) Granting Related Relief; and (II) Granting Emergency Determination and Limiting Notice On An Interim Basis* [Dkt. No. 3] (the "**Cash Collateral Motion**"); and

- *Motion for Entry of An Order On Interim and Then Final Basis: (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks; (B) Authorizing Continued Use of the Existing Cash Management System; (C) Directing Cambridge Savings Bank To Grant Debtor Full Access To Debtor's Accounts; and (D) Granting Emergency Determination and Limiting Notice* [Dkt. No. 6] (the "**Bank Accounts Motion**").

On December 23, 2025, the Bankruptcy Court entered interim orders granting the Cash Collateral Motion and the Bank Accounts Motion on an interim basis. A final hearing on the Motions is scheduled to take place at the United States Bankruptcy Court, 537 Congress Street, Portland, Maine, on **January 22, 2026, at 1:30 p.m.** (the "**Hearing**"). Any party wishing to participate in the Hearing may do so (a) in person in the courtroom in Portland; (b) by video from the United States Bankruptcy Court located at 202 Harlow Street, 3rd Floor, Bangor, Maine, or (c) by telephone pursuant to the Court's Administrative Procedures for Telephonic Participation set forth in Appendix B to the Court's Local Rules. If you intend to participate in the Hearing via telephone, you are required to register with CourtCall at 1-866-582-6878, no later than 3:00 p.m. the last business day prior to the Hearing.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

---

[1] The last four digits of Artstock's federal taxpayer identification number are 6772, and its principal place of business is 540 Deering Avenue, Portland, Maine.

Objections to the relief requested in the Cash Collateral Motion or the Bank Accounts Motion being granted on a final basis must be filed with the Bankruptcy Court and served **on or before January 20, 2026**. If you are not able to access the CM/ECF filing system, your response should be served upon the Court at:

Monica M. Bigley, Clerk of Court
United States Bankruptcy Court for the District of Maine
MC Smith Federal Building
202 Harlow Street, 3rd Floor
Bangor, Maine 04401

- and –

Adam R. Prescott, Esq.
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Cash Collateral Motion or the Bank Accounts Motion being granted on a final basis and may enter an order granting the requested relief without further notice or hearing.

Dated:   December 24, 2025

Respectfully submitted,
**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ Adam R. Prescott*
D. Sam Anderson, Esq.
Adam R. Prescott, Esq.
100 Middle Street, PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
sanderson@bernsteinshur.com
aprescott@bernsteinshur.com

*Proposed counsel to the Debtor and Debtor in Possession*

2