**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>**ARTSTOCK d/b/a**<br>**Artist & Craftsman Supply,**<br><br>Debtor.[1] | **Chapter 11**<br><br>**Case No. 25-20305** |

## NOTICE OF HEARING

On December 24, 2025, Artstock d/b/a Artist & Craftsman Supply, the above-captioned debtor and debtor-in-possession (the "**Debtor**"), filed the *Motion of the Debtor for an Order: (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; (II) Approving the Form of Adequate Assurance Proposed by the Debtor; (III) Establishing Procedures for Resolving Certain Disputes Regarding Utilities; and (IV) Granting Expedited Relief* [Dkt. No. 43] (the "**Motion**").

A hearing to consider the Motion is scheduled to take place at the United States Bankruptcy Court, 537 Congress St, 2nd Floor, Portland, ME 04101, on **January 6, 2026, at 9:00 a.m.** (the "**Hearing**"). Any party wishing to participate in the Hearing may do so (a) in person in the courtroom in Portland; (b) by video from the United States Bankruptcy Court in Bangor, Maine, or (c) by telephone pursuant to the Court's Administrative Procedures for Telephonic Participation set forth in Appendix B to the Court's Local Rules. You are encouraged to participate in the Hearing, either directly or through your attorney, as appropriate.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

**Objections to the Motion may be raised at the Hearing.** In addition, you or your attorney may file a written response to the Motion up until the Hearing explaining your position with the Court via the CM/ECF filing system. If you are not able to access the CM/ECF filing system, your response should be served upon the Court at:

Monica M. Bigley, Clerk of Court
United States Bankruptcy Court for the District of Maine
MC Smith Federal Building
202 Harlow Street, 3rd Floor
Bangor, Maine 04401

---

[1] The last four digits of Artstock's federal taxpayer identification number are 6772, and its principal place of business is 540 Deering Avenue, Portland, Maine.

- and –

Adam R. Prescott, Esq.
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting some or all of the requested relief without further notice or hearing.

Dated:   December 29, 2025

Respectfully submitted,
**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ Adam R. Prescott*
D. Sam Anderson, Esq.
Adam R. Prescott, Esq.
100 Middle Street, PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
sanderson@bernsteinshur.com
aprescott@bernsteinshur.com

Proposed counsel to the Debtor and Debtor in Possession