**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **ARTSTOCK   d/b/a   ARTIST   &   CRAFTSMAN SUPPLY** | **Case No. 25-20305** |
| **Debtor.**[1] | |

## GLOBAL NOTES TO SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

Artstock d/b/a Artist & Craftsman Supply, the above-captioned debtor and debtor-in-possession submits its respective Schedules of Assets and Liabilities (the "**Schedules**") and Statement of Financial Affairs (the "**Statements**") pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007.

The Schedules and Statements have been prepared by the Debtor and its advisors and are unaudited. Although the Debtor has made every reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information that was reasonably available at the time of preparation, the subsequent receipt of information may result in material changes in data contained in the Schedules and Statements, which would warrant amendment of the same. All rights to amend the Schedules and Statements are reserved.

It would be prohibitively expensive and unduly burdensome to obtain appraisals or other third-party valuations of the Debtor's assets at this time. Accordingly, the asset values contained in the Schedules and Statements are based on the Debtor's estimates as of the Petition Date, or as otherwise noted in the Schedules and Statements, including net book value and/or cost (as applicable). The Debtor reserves the right to establish that the value of any asset is other than as stated in the Schedules and Statements, and to submit appraisals or other evidence in any valuation dispute in these cases.

The claims of individual creditors for, among other things, merchandise, goods, services, or taxes are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor. The Debtor reserves all of its rights with respect to any such credits and allowances.

Any failure to designate a claim listed on the Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to dispute, or to assert setoff rights, counterclaims or defenses to, any claim reflected on the Schedules as to amount, liability or

---

[1] The last four digits of Artstock d/b/a Artist & Craftsman Supply's federal taxpayer identification numbers are 6772. The principal place of business for the debtor is 540 Deering Avenue, Portland, Maine 04103.

classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated," including to amend the Schedules to reflect such status.

The Debtor's investigation remains ongoing, including as to potential claims and causes of action that may constitute assets of the Debtor (including, without limitation, avoidance causes of action). Moreover, the Debtor's review of its records remains ongoing in regards to potential Section 503(b)(9) claims or other priority claims that may require amending the schedules. All rights are reserved to assert any such claims or causes of action based on that investigation and to amend the Schedules, as necessary, if such claims or causes of action are subsequently identified.

Although every reasonable effort has been made to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. Accordingly, the Debtor reserves the right to amend the Schedules and Statements as necessary or appropriate and expect it may do so as information becomes available or upon further investigation during these cases.

**Fill in this information to identify the case and this filing:**

Debtor Name ___Artstock d/b/a Artist & Craftsman Supply___

United States Bankruptcy Court for the: ___District of Maine___

Case number (*If known*): ___25-20305___

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration___Statement of Financial Affairs___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___01/12/2026___          ✖ /s/ *Robert Landry*
MM / DD / YYYY                              Signature of individual signing on behalf of debtor

                                           Robert Landry
                                           Printed name

                                           President
                                           Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Artstock d/b/a Artist & Craftsman Supply___

United States Bankruptcy Court for the: ___District of Maine___
                                                    (State)

Case number (If known): ___25-20305___

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* ............................................................    $    740,631.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* ...........................................................    $    5,433,206.46

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* .............................................................    $    6,173,837.46

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............    $    7,476,524.21

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of *Schedule E/F* ...........................................    $    34,710.45

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .....................    +$    5,511,307.18

4. **Total liabilities** ..........................................................................................................................    $    13,022,541.84
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name _____Artstock d/b/a Artist & Craftsman Supply_____

United States Bankruptcy Court for the: __District of Maine__

Case number (If known): ___25-20305___

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**   See Schedule A/B Part 1, Question 2 Attachment — $ 7,150.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. See Schedule A/B Part 1, Question 3 Attachment | Checking | ___ ___ ___ ___ | $ 33,619.46 |
| 3.2. | | ___ ___ ___ ___ | $ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____ $ _____
   4.2. _____ $ _____

5. **Total of Part 1** — $ 40,769.46

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

---

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. See Schedule A/B Part 2, Question 7 Attachment — $ 270,415.00
   7.2. _____ $ _____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    $ _____

8.2. _____    $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $ 270,415.00

---

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:    7,948.00    –    0.00    = ........ ➔    $ 7,948.00
face amount         doubtful or uncollectible accounts

11b. Over 90 days old:    0.00    –    0.00    = ........ ➔    $ 0.00
face amount         doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 7,948.00

---

## Part 4:    Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $ _____

14.2. _____    _____    $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                  % of ownership:

15.1. _____    _____ %    _____    $ _____

15.2. _____    _____ %    _____    $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $ _____

16.2. _____    _____    $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $ _____

---

Debtor   Artstock d/b/a Artist & Craftsman Supply
_____   Case number (if known) 25-20305
Name

| **Part 5:** | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** Cycle Count Inventory of all Stores | _____ MM / DD / YYYY | 5,016,703.00 $_____ | Last Cost | 5,016,703.00 $_____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$ 5,016,703.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value  596,775.00    Valuation method  Last Cost    Current value  596,775.00 [1]

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☑ Yes    [1] The amount listed reflects the total amount of inventory purchased in the 20 day period, including inventory that was subsequently re-sold. The debtor has not yet calculated the precise value of inventory purchased that remained as of the petition date.

| **Part 6:** | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor    Artstock d/b/a Artist & Craftsman Supply
Name

Case number *(if known)* 25-20305

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** Miscellaneous fixtures and signs | $ 22,043.00 | Owner Estimate | $ 22,043.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Miscellaneous office equipment and furniture | $ 75,328.00 | Owner Estimate | $ 75,328.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 97,371.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   Artstock d/b/a Artist & Craftsman Supply
         Name

Case number (*if known*)   25-20305

---

**Part 8:** Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $_____ | | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor _____    Case number _(if known)_ __25-20305_____
    Artstock d/b/a Artist & Craftsman Supply
    Name

---

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**
- ☐ No. Go to Part 10.
- ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1 See Schedule A/B Part 9, Question 55 Attachment | Leasehold Interest | $_____ | Owner Estimate | Unknown<br>$_____ |
| 55.2 See Schedule A/B Part 2 Question 7 Attachment | Leasehold Improvements | 740,631.00<br>$_____ | NBV | 740,631.00<br>$_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    | 740,631.00 |
    | --- |
    | $_____ |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☐ No
- ☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

---

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No. Go to Part 11.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>See Schedule A/B Part 10, Question 60 Attachment | 0.00<br>$_____ | Owner Estimate | Unknown<br>$_____ |
| 61. **Internet domain names and websites**<br>www.artistcraftsman.com, see intangible assets attachment | 0.00<br>$_____ | Owner Estimate | Unknown<br>$_____ |
| 62. **Licenses, franchises, and royalties** [1]<br>Various sales tax, business and miscellaneous licenses and permits | 0.00<br>$_____ | Owner Estimate | Unknown<br>$_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Email addresses collected for customer rewards program | 0.00<br>$_____ | Owner Estimate | Unknown<br>$_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | | $_____ |
| 65. **Goodwill** | $_____ | | $_____ |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    | 0.00 |
    | --- |
    | $_____ |

---

[1]  Full list on file with Debtor

Debtor   Artstock d/b/a Artist & Craftsman Supply
         Name

Case number *(if known)* 25-20305

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   0.00 ___ — 0.00 ___ = ➡   $ 0.00
                            Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

General Reservation of Rights                        $ Unknown

**Nature of claim**        Investigating, all rights reserved

**Amount requested**   $ Unknown

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Challenge to MacPherson's Assignment of Claim        $ Unknown

**Nature of claim**        Objection

**Amount requested**   $ Unknown

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $_____
_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.        $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor  Artstock d/b/a Artist & Craftsman Supply                    Case number *(if known)*  25-20305
        Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 40,769.46 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 270,415.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 7,948.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 5,016,703.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 97,371.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ....................................➔ | | $ 740,631.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 5,433,206.46 | + 91b. $ 740,631.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................... | 6,173,837.46 | $ 6,173,837.46 |

**Artstock**

**1020 - Cash in Registers**

**Balances as of 12/21/25**

| Location ID | Location Name | Ending Balance |
|---|---|---|
| 1 | PORME | 600.00 |
| 2 | MADWI | 300.00 |
| 3 | SDOCA | 400.00 |
| 6 | PITPA | 450.00 |
| 7 | BALMD | 200.00 |
| 9 | WBGNY | 400.00 |
| 11 | LOUKY | 300.00 |
| 13 | PHIPA | 200.00 |
| 17 | KCMO | 400.00 |
| 20 | DLACA | 500.00 |
| 21 | ICYNY | 600.00 |
| 23 | CSKSC | 300.00 |
| 25 | BSHNY | 600.00 |
| 26 | PCHPA | 300.00 |
| 30 | PSEOR | 300.00 |
| 31 | PNOOR | 400.00 |
| 32 | TACWA | 300.00 |
| 900 | SEAWA | 600.00 |
| **Grand total** | | **$   7,150.00** |

| Store(s) | BANK | Acct # last 4 | SAGE G/L # & Description | Address from Statement | Balance as of 12/21/25 |
|---|---|---|---|---|---|
| | Bank of America | 6073 | 1052 BoA 6073 - DISB Acct | Bank of America PO BOX 25118 Tampa, FL 33622 | $ 6,190.00 |
| | Bank of America | 5617 | 1053 BoA 5617 - AR Deposit Acct | Bank of America PO BOX 25118 Tampa, FL 33622 | $ 100.00 |
| | Bank of America | 5552 | 1055 BOA 5552 - Web Deposit Acct | Bank of America PO BOX 25118 Tampa, FL 33622 | $ 5,993.66 |
| Baltimore | Bank of America | 3434 | 1047 BoA 3434 - BAL | Bank of America PO BOX 25118 Tampa, FL 33622 | $ 659.29 |
| Los Angeles 2 | Bank of America | 0546 | 1037 BoA 0546 - LA2 | Bank of America PO BOX 25118 Tampa, FL 33622 | $ 250.00 |
| San Diego | Bank of America | 7239 | 1034 BoA 7239 - SD | Bank of America PO BOX 25118 Tampa, FL 33622 | $ 2,580.93 |
| Seattle | Bank of America | 5484 | 1044 BoA 5484 - SEA | Bank of America PO BOX 25118 Tampa, FL 33622 | $ 250.00 |
| Kansas City | BOK Financial Inst | 4629 | 1043 BOK 4629 - KC | BOK Financial PO BOX Tulsa, OK 74192 | $ 250.00 |
| BSHNY, MADWI, PNOOR, TACWA, WBGNY, PORME, ICYNY, CSKSC | Chase | 8627 | 1031 Chase 8627 - BSH/MAD/PNO/TAC/WBG/POR/ICY/CSK | JPMorgan Chase Bank NA PO BOX 182051 Columbus, OH 43218 | $ 9,426.60 |
| Louisville | PNC | 3523 | 1045 PNC 3523 - LOU | PNC PO BOX 609 Pittsburgh, PA 15230 | $938.66 |
| Pittsburgh | PNC | 7751 | 1033 PNC 7751 - PIT | PNC PO BOX 609 Pittsburgh, PA 15230 | $ 250.00 |
| Philadelphia | PNC | 8774 | 1046 PNC 8774 - PHI | PNC PO BOX 609 Pittsburgh, PA 15230 | $ 1,396.88 |
| Charleston - King | South State Bank | 7630 | 1040 SSB 7630 - CSK | SouthState PO BOX 9602 Winter Haven, FL 33883 | $ 250.00 |
| Portland ME | TD Bank | 1079 | 1030 TD 1079 - POR | TD Bank NA PO BOX 1377 Lewiston, ME 04243 | $ 165.29 |
| Park Slope (moved ICYNY) | TD Bank | 9813 | 1038 TD 9813 - PKS | TD Bank NA PO BOX 1377 Lewiston, ME 04243 | $ 85.00 |
| PCHPA, PSEOR | Wells Fargo | 7415 | 1042 WF 7415 - HYT/PCH/PSE | Wells Fargo Bank NA PO BOX 63020 San Francisco, CA 94163 | $ 1,057.23 |
| Corporate | Cambrige Savings Bank | 4347 | 1050 CSB 4347 - Blocked Sweep Account | Cambrige Savings Bank 81 Wyman Street Waltham, MA 02451 | $ - |
| Corporate | Cambrige Savings Bank | 3290 | 1051 CSB 3290 - Operating Account | Cambrige Savings Bank 81 Wyman Street Waltham, MA 02451 | $ - |
| Corporate | Chase | 9206 | 1056 Chase Disb 9206 | JPMorgan Chase Bank NA PO BOX 182051 Columbus, OH 43218 | $ 9,715.92 |

$ 39,559.46

Artstock

**2985 - Security Deposits & Leasehold Improvements**

Balances as of 12/21/25

| Location ID | Location Name | Ending Balance | | Leashold Improvement Net Book Value | | | |
|---|---|---|---|---|---|---|---|
| 1 | PORME | | 5,340.59 | 22,120 | | | |
| 1 | WBKME | | 14,843.45 | 29,860 | | | |
| 2 | MADWI | | 6,654.13 | 3,261 | | | |
| 3 | SDOCA | | 11,192.00 | 17,906 | | | |
| 6 | PITPA | | 2,800.00 | 15,729 | | | |
| 7 | BALMD | | 4,959.00 | 38,538 | | | |
| 9 | WBGNY | | 9,675.00 | 81,068 | | | |
| 11 | LOUKY | C13 | 2,904.20 | 42,282 | | | |
| 13 | PHIPA | | 9,500.00 | 20,848 | | | |
| 17 | KCMO | | 9,540.95 | 65,048 | | | |
| 20 | DLACA | | 47,000.00 | 56,549 | | | |
| 21 | ICYNY | | 90,000.00 | 136,308 | | | |
| 23 | CSKSC | | 5,585.00 | 35,617 | | | |
| 25 | BSHNY | | 14,705.00 | 44,331 | | | |
| 26 | PCHPA | | 7,933.33 | 65,074 | | | |
| 27 | HYTMD | | 4,610.00 | | | | |
| 30 | PSEOR | | 5,129.73 | 25,843 | | | |
| 31 | PNOOR | | 6,602.89 | 12,692 | | | |
| 32 | TACWA | | 6,190.00 | 20,804 | | | |
| 900 | SEAWA | | 5,250.00 | 6,753 | | | |
| **Grand Total** | | $ | **270,415.27** | **740,631** | | | |

| Lease | 1-100LARRABEE | 100 Larrabee, LLC | 110 Marginal Way | Suite 292 | | Portland | ME |
|---|---|---|---|---|---|---|---|
| Lease | 1-201WGORHAM | Gorham Properties LLC | 5702 Claredon Drive | | | Madison | WI |
| Lease | 1-613 SOUTH | 613 South LLC | PO Box 184 | | | Dresher | PA |
| Lease | 1-ACE EIGHT | Ace Eight Calling LLC | 5611 NE Columbia BLVD | | | Portland | OR |
| Lease | 1-AL LLC | A&L LLC | 667 W 70th Street | | | Kansas City | MO |
| Lease | 1-BALANCE | Balance Building LLC | 12 W Willow Grove Avenue | | | Philadelphia | PA |
| Lease | 1-BROADWAY | Broadway Realty Holdings LLC | 143 Division Avenue | | | Brooklyn | NY |
| Lease | 1-GWHELFRICH | Gw Helfrich Realty LLC | 2516 Maryland Avenue | | | Baltimore | MD |
| Lease | 1-HP INVEST | Hp Investments, LLC | 922 Franklin Street | | | Louisville | KY |
| Lease | 1-INDSTRYCTY | 1-10 Bush Terminal Owner Lp | 220-36Th Street | Suite 2A | | Brooklyn | NY |
| Lease | 1-JSF REALTY | Jsf Realty LLC | 62-70 Fresh POnd Road | | | Ridgewood | NY |
| Lease | 1-KAPLAN | Michael David Kaplan | Dba Kaplan 540 LLC | 49 Ocean Avenue | | Portland | ME |
| Lease | 1-LAW PROP | The Law Properties LLC | Attn: Pamela Law | PO Box 83748 | | Portland | OR |
| Lease | 1-NEILWALTER | Shaub St Helens LLC | Attn: Rane Shaub | 1117 Broadway Suite 500 | | Tacoma | WA |
| Lease | 1-RAINIER | Rainier Northwest Group | 1200 Fifth Avenue Suite 1925 | | | Seattle | WA |
| Lease | 1-SEAFREE | Seafree Commercial LLC | 68 Cannon Street | Suite F | | Charleston | SC |
| Lease | 1-TRANQ PROP | Tranquility Property Management | 8354 University Avenue | | | San Diego | CA |
| Lease | 1-TUNA | Sehak Tuna | 3846 Humboldt Drive | | | Huntington Beach | CA |
| Lease | 1-WIGHTMAN | Hobart Wightman Associates | 1823 Penn Avenue | | | Pittsburgh | PA |
| Lease | | Menkiti Group | 3401 8th Street NE | | | Washington | DC |

Red Oak Question 55 Attachment 1
Store Locations

| Store | Store Name | Store Abbr. | Address1 | Address2 | City | State | Zip | Country | Phone1 | Phone2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Artist + Craftsman Supply - Portland | PORME | 540 DEERING AVE | | PORTLAND | ME | 04103 | US | 207-253-7724 | (207) 772-7272 |
| 2 | Artist + Craftsman Supply - Madison | MADWI | 203 W GORHAM ST | | MADISON | WI | 53703 | US | 608-251-2977 | |
| 3 | Artist + Craftsman Supply - San Diego | SDOCA | 3804 4TH AVE | | SAN DIEGO | CA | 92103 | US | 619-688-1911 | |
| 6 | Artist + Craftsman Supply - Pittsburgh | PITPA | 5603 HOBART ST | | PITTSBURGH | PA | 15217 | US | 412-421-3002 | |
| 7 | Artist + Craftsman Supply - Baltimore | BALMD | 137 WEST NORTH AVE | | BALTIMORE | MD | 21201 | US | 410-528-0003 | |
| 9 | Artist + Craftsman Supply - Williamsburg | WBGNY | 761 METROPOLITAN AVE | | BROOKLYN | NY | 11211 | US | 718-782-7765 | |
| 11 | Artist + Craftsman Supply - Louisville | LOUKY | 1002 BARRET AVE | | LOUISVILLE | KY | 40204 | US | 502-459-4677 | |
| 13 | Artist + Craftsman Supply - Philadelphia | PHIPA | 307 MARKET ST | | PHILADELPHIA | PA | 19106 | US | 267-861-6008 | |
| 17 | Artist + Craftsman Supply - Kansas City | KCMO | 229 SOUTHWEST BLVD | | KANSAS CITY | MO | 64108 | US | 816-221-5454 | |
| 20 | Artist + Craftsman Supply - Downtown LA | DLACA | 1917-1921 E 7TH ST | | Los Angeles | CA | 90021 | US | 213-955-9055 | |
| 21 | Artist + Craftsman Supply - Industry City | ICYNY | 34-35TH ST | | BROOKLYN | NY | 11232 | US | 718-499-8080 | |
| 23 | Artist + Craftsman Supply - Charleston | CSKSC | 981 KING ST | | CHARLESTON | SC | 29403 | US | 843-937-5199 | |
| 25 | Artist + Craftsman Supply - Bushwick | BSHNY | 1449 BROADWAY | | BROOKLYN | NY | 11221 | US | 718-455-5829 | |
| 26 | Artist + Craftsman Supply - Chestnut Hill | PCHPA | 7926 GERMANTOWN AVE | | PHILADELPHIA | PA | 19118 | US | 215-248-1513 | |
| 30 | Artist + Craftsman Supply - Portland SE | PSEOR | 3393 SE 21ST AVE | | PORTLAND | OR | 97202 | US | 844-842-0099 | 503-236-0099 |
| 31 | Artist + Craftsman Supply - Portland NO | PNOOR | 2906 NORTH LOMBARD | | PORTLAND | OR | 97217 | US | 503-286-1161 | |
| 32 | Artist + Craftsman Supply - Tacoma | TACWA | 616 ST HELENS AVE | SUITE 102 | TACOMA | WA | 98402 | US | 2532721311 | |
| 900 | Artist + Craftsman Supply - Seattle | SEAWA | 4350 8TH AVE NE | | SEATTLE | WA | 98105 | US | 206-545-0091 | |

Intangible Assets for Artstock

## 1) A&C Logo

The bottom of every Mailchimp email reads:

"*Copyright © 2026 Artist & Craftsman Supply, All rights reserved. **Artist & Craftsman Supply** and the **Artist & Craftsman Supply logo** are registered trademarks of Artstock, Portland, ME.*"



## 2) A&C Reward Program: Customer Data (Celerant)
...and Mailchimp customer contacts which you've noted.

## 3) Website Domain Portfolio



Text format:

artistcraftsmantesting.com

artistandcraftsmansupply.com

artistcraftsman.com

artistcraftsmansupply.com

artistcraftsmen.com

artistsandcraftsmensupply.com

artistscraftsmensupply.com

artistandcraftsmansupply.net

artistcraftsman.supply

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Artstock d/b/a Artist & Craftsman Supply |
| United States Bankruptcy Court for the: | District of Maine |
| Case number (If known): | 25-20305 |

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>Art Supply Enterprises, Inc., dba MacPherson's | Describe debtor's property that is subject to a lien<br>Inventory purchased from MacPherson's | $ 4,150,000.00 | $ 122,795.00 |

**2.1** Creditor's name
Art Supply Enterprises, Inc., dba MacPherson's

Describe debtor's property that is subject to a lien
Inventory purchased from MacPherson's

$ 4,150,000.00      $ 122,795.00

**Creditor's mailing address**
1375 Ocean Avenue
Emeryville, CA 94608

Describe the lien
Purchase money interest on certain inventory

**Creditor's email address, if known**

Is the creditor an insider or related party?
☑ No
☐ Yes

**Date debt was incurred**  01/01/2010

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Subordinated to Cambridge Savings Bank

---

**2.2** Creditor's name
Cambridge Savings Bank

Describe debtor's property that is subject to a lien
All Assets

$1,346,370.00      $5,016,703.00

**Creditor's mailing address**
Attn: John D. Bobbin
81 Wyman Street, Waltham, MA 02451

Describe the lien
Security interest,

**Creditor's email address, if known**
jbobbin@cambridgesavings.com;

Is the creditor an insider or related party?
☑ No
☐ Yes

**Date debt was incurred**  10/13/2022
**Last 4 digits of account number**

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 6,676,524.21

Debtor  Artstock d/b/a Artist & Craftsman Supply  Case number *(if known)*  25-20305
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3**  **Creditor's name**
Internal Revenue Service

**Describe debtor's property that is subject to a lien**

All Assets

$85,872.21    $ Unknown

**Creditor's mailing address**

1111 Constitution Avenue NW
Washington, DC 20224

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

Tax lien

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　[                              ]

　☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4**  **Creditor's name**
U.S. Small Business Administration

**Describe debtor's property that is subject to a lien**

All Assets

$ 1,894,329.00    $ Unknown

**Creditor's mailing address**

P.O. Box 3918
Portland, OR 97208-3916

**Creditor's email address, if known**
CESC.Bankruptcy@sba.gov;

**Date debt was incurred** 05/19/2020

**Last 4 digits of account number** 7406

**Describe the lien**

Security interest,

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　[ Subordinated to Cambridge Savings Bank ]

　☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Artstock d/b/a Artist & Craftsman Supply | Case number *(if known)* | 25-20305 |
| | Name | | |

<table>
<tr><td colspan="2"><b>Part 2:</b></td><td>List Others to Be Notified for a Debt Already Listed in Part 1</td></tr>
</table>

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Kilpatrick Townsend & Stockton LLP<br>Attn: Alan D. Leib<br>500 West Madison Street, Suite 3700<br>Chicago, IL, 60661 | Line 2. 1 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor    Artstock d/b/a Artist & Craftsman Supply

United States Bankruptcy Court for the:   District of Maine

Case number   25-20305
(if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address
City of Madison Treasurer
P.O. Box 20
Madison, WI 53701

As of the petition filing date, the claim is:   $ 75.00     $ 75.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _1541_

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2**   Priority creditor's name and mailing address
City of Tacoma
P.O. Box 11010
Tacoma, WA 98411-1010

As of the petition filing date, the claim is:   $ 555.93     $ 555.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _7476_

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3**   Priority creditor's name and mailing address
City of Tacoma
Tax & License Division
P.O. Box 11640
Tacoma, WA 98411-6640

As of the petition filing date, the claim is:   $ 1,021.52     $ 1,021.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Debtor  Artstock dr b/a Artist & Craftsman Supply
        Name

Case number (*if known*)  25-20305

| Part 1. | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2._4_** Priority creditor's name and mailing address

State of Washington
Department of Revenue
P.O. Box 34051
Seattle, WA 98104-1051

$ 33,058.00          $ 33,058.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _8_ )

---

**2._____** Priority creditor's name and mailing address

$_____          $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._____** Priority creditor's name and mailing address

$_____          $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._____** Priority creditor's name and mailing address

$_____          $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

Debtor  Artistock d/b/a Artist & Craftsman Supply
  Name

Case number (if known)  25-20305

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
A.W. Faber-Castell USA, INC
P.O. Box 634500
Cincinnati, OH 45263-4500

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 50,110.82

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Accoutrements
10915 47th Avenue W
Mukilteo, WA 98275

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 2,130.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
American Easel, LLC
340 Thelma Lane NE
Salem, OR 97301

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 49,406.22

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
American Express
P.O. Box 650448
Dallas, TX 650448

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit card used to cover numerous types of payments

$ 98,167.75

Date or dates debt was incurred _____
Last 4 digits of account number  5515

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
American Kusa Corporation d/b/a Yasutomo
3740 Skypark Drive
Torrance, CA 90505

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

$ 19,998.64

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
American Tombow Inc.
355 Satelite Blvd NE
Suite 300
Suwanee, GA 30024

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 16,544.02

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Artstock d/b/a Artist & Craftsman Supply | Case number *(if known)* | 25-20305 |
|--------|-------------------------------------------|--------------------------|----------|
|        | Name                                      |                          |          |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Andrew Mack Brush Company
P.O. Box 157
Jonesville, MI 49250

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 354.38

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    4271

---

**3.8** Nonpriority creditor's name and mailing address

Angelus Shoe Polish Co. Inc.
P.O Box 3066
Cerritos, CA 90703

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 9,822.75

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.9** Nonpriority creditor's name and mailing address

Armadillo Art & Craft
P.O. Box A
Belle Mead, NJ 08502

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 8,027.15

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.10** Nonpriority creditor's name and mailing address

Artresin, Inc.
2300 Apollo Circle
Carrollton, TX 75006

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 780.06

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.11** Nonpriority creditor's name and mailing address

Asmodee
1995 West County Road B2
Saint Paul, MN 55113

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 8,470.43

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor    Artistock store Artist & Craftsman Supply

Name

Case number *(if known)*  25-20305

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3. 12** Nonpriority creditor's name and mailing address

BC USA
1551 Minnesota Street
San Francisco, CA 94107

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 19,883.40

---

**3. 13** Nonpriority creditor's name and mailing address

Beadalon / Artistic Wire
440 Highlands Blvd
Coatesville, PA 19320

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 14,346.23

---

**3. 14** Nonpriority creditor's name and mailing address

BGE
P.O. Box 13070
Philadelphia, PA 19101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 715.01

---

**3. 15** Nonpriority creditor's name and mailing address

Blackwing
2385 Arch Airport Road
Suite 500
Stockton, CA 95206

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,874.84

---

**3. 16** Nonpriority creditor's name and mailing address

Blue Q
703 West Housatonic Street
Pittsfield, MA 01201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 26,699.00

---

Debtor   Anstock Drive Artist & Craftsman Supply                                                     Case number (if known)   25-20305
         Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

---

**3.17**  Nonpriority creditor's name and mailing address

Blue Ridge Esop Associates
P.O. Box 220074
Chantilly, VA 20153-0074

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,600.37

---

**3.18**  Nonpriority creditor's name and mailing address

Bob's Fine Vine Charcoal
24525 Ervin Road
Philomath, OR 97370

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,336.00

---

**3.19**  Nonpriority creditor's name and mailing address

Brewer Sewing Supplies
25341 Network Place
Chicago, IL 60673

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,729.83

---

**3.20**  Nonpriority creditor's name and mailing address

Canwil Textiles
1520 University Drive
Auburn, GA 30011-3386

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 14,187.31

---

**3.21**  Nonpriority creditor's name and mailing address

Cavallini Papers & Co
401 Forbes Boulevard
South San Francisco, CA 94080

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 21,124.70

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Antstock dba Artist & Craftsman Supply | Case number *(if known)* | 25-20305 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** **Nonpriority creditor's name and mailing address**

Celerant Technology Corp
4830 Arthur Kill Road
Staten Island, NY 10309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,250.00

---

**3.23** **Nonpriority creditor's name and mailing address**

Central Maine Power Co.
P.O. Box 847810
Boston, MA 02284-7810

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,414.44

---

**3.24** **Nonpriority creditor's name and mailing address**

Charleston County Treasurer
P.O. Box 878
Charleston, SC 29402-0863

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 298.16

---

**3.25** **Nonpriority creditor's name and mailing address**

Charter Communications
P.O. Box 223085
Pittsburgh, PA 15251-2085

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,578.33

---

**3.26** **Nonpriority creditor's name and mailing address**

Chartpak
P.O. Box 712119
Philadelphia, PA 19171-2119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 0760

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 401.07

---

| Debtor | Artstock dba Artist & Craftsman Supply | Case number *(if known)* | 25-20305 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.27  Nonpriority creditor's name and mailing address**

Chestnut Hill Business Association
10 E Springfield Avenue
Philadelphia, PA 19118

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 150.00

**Basis for the claim:** Services

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    8110

---

**3.28  Nonpriority creditor's name and mailing address**

Colart
11 Constitution Avenue
P.O. Box 1396
Piscataway, NJ 08855-1396

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 106,629.91

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.29  Nonpriority creditor's name and mailing address**

Color Aid
38 Lafayette Street
Hudson Falls, NY 12839

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 159.84

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    732E

---

**3.30  Nonpriority creditor's name and mailing address**

Consolidated Edison Company
Jaf Station
P.O. Box 1702
New York, NY 10116-1702

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,046.14

**Basis for the claim:** Utility Services

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.31  Nonpriority creditor's name and mailing address**

Copernicus Toys
P.O. Box 2307
Charlottesville, VA 22902

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 857.55

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

Debtor ___Artistock Drive Artist & Craftsman Supply___    Case number *(if known)* __25-20305__
    Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** _32_ **Nonpriority creditor's name and mailing address**

Craft Time LLC
7916 Drew Circle
Unit 5
Fort Myers, FL 33967

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 48,362.63**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** _33_ **Nonpriority creditor's name and mailing address**

Crazy Aaron's Enterprises, Inc.
P.O. Box 4944
Lancaster, PA 17604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 3,921.60**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** _34_ **Nonpriority creditor's name and mailing address**

Creative Art Materials Lt
1214 River Hwy
Unit G
Mooresville, NC 28117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 8,696.67**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** _35_ **Nonpriority creditor's name and mailing address**

Crescent Brands
100 W Willow Road
Wheeling, IL 60090

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 22,805.68**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** _36_ **Nonpriority creditor's name and mailing address**

Dixon Ticonderoga Company
P.O. Box 735391
New Orleans, LA 70123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 165,420.33**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page _9_ of _36_

| Debtor | Artstock d/b/a Artist & Craftsman Supply | Case number (if known) | 25-20305 |
|--------|------------------------------------------|------------------------|----------|
| | Name | | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37 Nonpriority creditor's name and mailing address**

Djeco-US
P.O. Box 600
Grantsville, MD 21536

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9,230.61

---

**3.38 Nonpriority creditor's name and mailing address**

Dominion Energy
P.O. Box 100255
Columbia, SC 29202-3255

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____3962_____

$ 946.85

---

**3.39 Nonpriority creditor's name and mailing address**

Dover Publications
P.O. Box 830319
Philadelphia, PA 19182-0319

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,805.90

---

**3.40 Nonpriority creditor's name and mailing address**

Dus-Trol Rental Company
P.O. Box 1321
Saco, ME 04072

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 96.00

---

**3.41 Nonpriority creditor's name and mailing address**

Edward C. Lyons
3646 White Plains Road
Bronx, NY 10467

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 400.12

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   Artistico drive Artist & Craftsman Supply
_____
Name

Case number *(if known)*   25-20305

| Part 2: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.42** Nonpriority creditor's name and mailing address

Eeboo
170 West 74th Street
Suite 102
New York, NY 10023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 14,119.79

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.43** Nonpriority creditor's name and mailing address

Exaclair Inc.
143 West 29th Street
Suite 1000
New York, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22,449.69

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.44** Nonpriority creditor's name and mailing address

Excel Blades Corporation
481 Getty Avenue
Paterson, NJ 07503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,294.83

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.45** Nonpriority creditor's name and mailing address

Fascinations
19224 Des Moines Way South
Suite 100
Seattle, WA 98148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 466.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.46** Nonpriority creditor's name and mailing address

Firstlight Fiber
P.O. Box 1301
Williston, VT 05495

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 73.77

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Artstock ded/b/a Artist & Craftsman Supply | Case number *(if known)* | 25-20305 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** ⁴⁷ **Nonpriority creditor's name and mailing address**

Flexcut Tool Company
8105 Hawthorne Drive
Erie, PA 16509

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,891.87

---

**3.** ⁴⁸ **Nonpriority creditor's name and mailing address**

Flipside Products
Lockbox 639048
Cincinnati, OH 45263-9048

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 346.30

---

**3.** ⁴⁹ **Nonpriority creditor's name and mailing address**

Folkmanis Inc.
P.O. Box 99471
Emeryville, CA 94662-9471

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,704.90

---

**3.** ⁵⁰ **Nonpriority creditor's name and mailing address**

Gamblin Artist Colors
2734 Se Raymond Street
Portland, OR 97202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 56,936.38

---

**3.** ⁵¹ **Nonpriority creditor's name and mailing address**

Gelli Arts LLC
525 S 4th Street
Suite 246
Philadelphia, PA 19147

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,189.54

---

Debtor    Artistock Store Artist & Craftsman Supply
          Name                                                    Case number *(if known)*    25-20305

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.**52  **Nonpriority creditor's name and mailing address**

Geocentral
6049 Hi Tek Court
Mason, OH 45040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,441.45

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.**53  **Nonpriority creditor's name and mailing address**

Global Solutions
P.O. Box 27576
Seattle, WA 98165

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,358.96

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.**54  **Nonpriority creditor's name and mailing address**

Golden Artist Colors, Inc.
188 Bell Road
New Berlin, NY 13411

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 189,126.87

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.**55  **Nonpriority creditor's name and mailing address**

Grafix Arts Systems
5800 Pennsylvania Avenue
Maple Heights, OH 44137

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,835.70

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.**56  **Nonpriority creditor's name and mailing address**

Granite Telecommunications
P.O. Box 983119
Boston, MA 02298-3119

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,976.15

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Official Form 206E/F              Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Artstock d/b/a Artist & Craftsman Supply    Case number *(if known)*   25-20305
_____
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57** **Nonpriority creditor's name and mailing address**

Graphic Products Corporation
455 Maple Avenue
Carpentersville, IL 60110-3004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19,525.34

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.58** **Nonpriority creditor's name and mailing address**

Gregory Daniels Fine Arts, Inc.
P.O. Box 320014
San Francisco, CA 94132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,854.88

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.59** **Nonpriority creditor's name and mailing address**

Hachette Book Group
P.O. Box 8828
JFK Station
Boston, MA 02114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15,613.46

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.60** **Nonpriority creditor's name and mailing address**

Hammer Family Collections LLC
P.O. Box 278
Bedford, NY 10506-0278

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,228.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.61** **Nonpriority creditor's name and mailing address**

Handy Art
365 Sunnyside Drive
Milton, WI 53563

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,729.53

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Debtor    Artstock dtr/a Artist & Craftsman Supply                    Case number (if known)    25-20305
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.62  Nonpriority creditor's name and mailing address**

Hk Holbein Inc.
P.O. Box 555
Williston, VT 05495

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19,638.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.63  Nonpriority creditor's name and mailing address**

House of Marbles
P.O. Box 5814
Millstone, NJ 08844

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,320.20

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.64  Nonpriority creditor's name and mailing address**

Ishico, Inc. dba Midwest Products Co IN
400 S Indiana Street
Hobart, IN 46342

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,320.11

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.65  Nonpriority creditor's name and mailing address**

Itoya Profolio
20725 S Western Avenue
Suite 136
Torrance, CA 90501

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25,344.66

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.66  Nonpriority creditor's name and mailing address**

Iwata Medea
2730 Nw 31st Avenue
Portland, OR 97210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,843.96

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Anstock &rbra Artist & Craftsman Supply | Case number *(if known)* | 25-20305 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.67   Nonpriority creditor's name and mailing address**

J.J. Keller & Associates, Inc.
P.O. Box 735492
Chicago, IL 60673-5492

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,207.27

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68   Nonpriority creditor's name and mailing address**

Jet Messenger Service, Inc.
P.O. Box 95271
Pittsburgh, PA 15223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 121.49

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.69   Nonpriority creditor's name and mailing address**

JMS Air Conditioning & Heating
7640 Burnet Avenue
Van Nuys, CA 91405

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 370.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 4130

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.70   Nonpriority creditor's name and mailing address**

John Bead USA Corp
4271 Lake Avenue
Buffalo, NY 14219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 9,626.58

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.71   Nonpriority creditor's name and mailing address**

Kcmo Water Services Dept
P.O. Box 807045
Kansas City, MO 64180

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 116.72

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 2771

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Artstock d/b/a Artist & Craftsman Supply___   Case number _(if known)_ __25-20305__
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72**   **Nonpriority creditor's name and mailing address**

KCP&L
P.O. Box 219330
Kansas City, MO 64121

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 965.96

**Basis for the claim:** Utility Services

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___9302___

---

**3.73**   **Nonpriority creditor's name and mailing address**

Keystone Sign & Company
630 Reed Street
Philadelphia, PA 19147

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 450.00

**Basis for the claim:** Services

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___0333___

---

**3.74**   **Nonpriority creditor's name and mailing address**

Kikkerland Design
c/o JP Morgan Chase Lockbox Service
P.O. Box 30892
New York, NY 10087

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31,399.21

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.75**   **Nonpriority creditor's name and mailing address**

Lawrence J. Adlerstein
c/o Michael Adlerstein
115 Tice Hill Road
Ghent, NY 12075

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,343,361.59

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.76**   **Nonpriority creditor's name and mailing address**

Legion Paper Corporation
38 East 32nd Street
5th Floor
New York, NY 10016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11,342.36

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Official Form 206E/F                 Schedule E/F: Creditors Who Have Unsecured Claims                 page 17 of 36

Debtor    Artistock and the Artist & Craftsman Supply    Case number *(if known)*    25-20305

Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.77** **Nonpriority creditor's name and mailing address**

Les Encadrements Apollon
320 Calixa-Lavellee
Vercheres, Quebec, Canada J0L 2R0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,353.26

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.78** **Nonpriority creditor's name and mailing address**

LG&E
P.O. Box 9001960
Louisville, KY 40290

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 880.77

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.79** **Nonpriority creditor's name and mailing address**

Libeco
230 5th Avenue
Suite 1300
New York, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,395.64

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.80** **Nonpriority creditor's name and mailing address**

Lighthouse Publications, Inc.
10 New Maple Avenue
Suite 300
Pine Brook, NJ 07058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 34,833.03

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.81** **Nonpriority creditor's name and mailing address**

Logan Graphic Products
1100 Brown Street
Wauconda, IL 60084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,125.60

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

| Debtor | Artstock dba Artist & Craftsman Supply | Case number *(if known)* | 25-20305 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 82  **Nonpriority creditor's name and mailing address**

Luxury Brands of America
132 Leah Lane
Troutman, NC 28166

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,314.26

---

**3.** 83  **Nonpriority creditor's name and mailing address**

Masterpiece Artist Canvas LLC
826 Orange Avenue #111
Coronado, CA 92118

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 53,339.26

---

**3.** 84  **Nonpriority creditor's name and mailing address**

MCS Industries
2280 Newlins Mill Road
Easton, PA 18045

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 13,585.75

---

**3.** 85  **Nonpriority creditor's name and mailing address**

MGE
P.O. Box 1231
Madison, WI 53701-1231

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

Date or dates debt was incurred _____

Last 4 digits of account number    4568

Is the claim subject to offset?
☑ No
☐ Yes

$ 514.55

---

**3.** 86  **Nonpriority creditor's name and mailing address**

Mrt Bwr, Corp
73-10 Edsall Avenue
Glendale, NY 11385-8220

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 597.68

---

Debtor  Antsock Urbra Artist & Craftsman Supply

Name _____    Case number *(if known)*  25-20305

| **Part 2:** | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.87** | **Nonpriority creditor's name and mailing address**

Nature Print Paper
P.O. Box 591234
Houston, TX 77259

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 456.00

---

**3.88** | **Nonpriority creditor's name and mailing address**

New Wave LLC
2965 E High Street
Unit 2
Pottstown, PA 19464

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,821.32

---

**3.89** | **Nonpriority creditor's name and mailing address**

Nortech Graphics, Inc.
14950 Industrial Park Avenue
Lead Hill, AR 72644

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,533.42

---

**3.90** | **Nonpriority creditor's name and mailing address**

Notions Marketing
517 Crofton Se
Grand Rapids, MI 49507

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 21,509.76

---

**3.91** | **Nonpriority creditor's name and mailing address**

NW Natural
P.O. Box 6017
Portland, OR 97228

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 456.66

---

Debtor __Antsock drive Artist & Craftsman Supply_____    Case number _(if known)_ __25-20305__
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** `92`  **Nonpriority creditor's name and mailing address**

Old Dominion Freight
Line Inc.
P.O. Box 415202
Boston, MA 02241-5202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 6,652.07

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** `93`  **Nonpriority creditor's name and mailing address**

OOK Industrial
P.O. Box 534524
Atlanta, GA 30353-4524

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,473.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** `94`  **Nonpriority creditor's name and mailing address**

Orkin
989-Portland ME
P.O. Box 740847
Cincinnati, OH 45274-0847

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 133.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ____5369_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** `95`  **Nonpriority creditor's name and mailing address**

Orkin
315-New York City Commerical NY
P.O. Box 740847
Cincinnati, OH 45274-0847

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 97.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ____0608_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** `96`  **Nonpriority creditor's name and mailing address**

Orkin
662-Seattle Commercial WA
P.O. BOx 740300
Cincinnati, OH 45274-0300

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 167.73

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Anstock Drive Artist & Craftsman Supply | Case number (if known) | 25-20305 |
|--------|------------------------------------------|------------------------|----------|
|        | Name                                     |                        |          |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3. 97** Nonpriority creditor's name and mailing address

Orkin
P.O. Box 740300
Cincinnati, OH 45274-0300

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 126.85

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    8707

---

**3. 98** Nonpriority creditor's name and mailing address

Orkin
126 Lakefront Drive
Cockeysville, MD 21030-2215

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 150.00

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    9533

---

**3. 99** Nonpriority creditor's name and mailing address

Orkin
P.O. Box 740300
Cincinnati, OH 45274-0300

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 306.00

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    6671

---

**3. 100** Nonpriority creditor's name and mailing address

Pacific Arc, Inc.
1020 Agnes Road
Richmond, TX 77469

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 15,070.91

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

**3. 101** Nonpriority creditor's name and mailing address

Paoli Clay Co
6879 Paoli Road
Paoli, WI 53508-9743

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 3,700.92

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

Debtor _____Artstock d/b/a Artist & Craftsman Supply_____   Case number (if known)_____25-20305_____
          Name

| **Part 2:** | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 102  **Nonpriority creditor's name and mailing address**

PECO Energy Co
P.O. Box 13608
Philadelphia, PA 19101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 173.20

Date or dates debt was incurred _____
Last 4 digits of account number    4458

---

**3.** 103  **Nonpriority creditor's name and mailing address**

PECO Energy Co.
P.O. Box 37629
Philadelphia, PA 19101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,696.70

Date or dates debt was incurred _____
Last 4 digits of account number    0100

---

**3.** 104  **Nonpriority creditor's name and mailing address**

Penguin Random House LLC
Dept CH 10401
Palatine, IL 60055

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 282.79

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 105  **Nonpriority creditor's name and mailing address**

Pentel of America
2715 Columbia Street
Torrance, CA 90503

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11,445.31

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 106  **Nonpriority creditor's name and mailing address**

Philadelphia Gas Works
P.O. Box 11700
Newark, NJ 07101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 481.80

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor __Artstock d/b/a Artist & Craftsman Supply_____    Case number _(if known)__ 25-20305____
       Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3. 107**  **Nonpriority creditor's name and mailing address**

Playmonster, LLC
P.O. Box 772889
Detroit, MI 48277-2889

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 6,209.56

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3. 108**  **Nonpriority creditor's name and mailing address**

Plus-Plus USA
1801 Rutherford Road
Greenville, SC 29609

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,288.24

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3. 109**  **Nonpriority creditor's name and mailing address**

Plymouth Yarn Company
500 Lafayette Street
Bristol, PA 19007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,916.92

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3. 110**  **Nonpriority creditor's name and mailing address**

Pomegranate Communications, Inc.
Attn: Accounts Receivable
105 SE 18th Avenue
Portland, OR 97214

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 20,449.91

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3. 111**  **Nonpriority creditor's name and mailing address**

Portland General Electric
P.O. Box 4438
Portland, OR 97208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 1,133.00

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

Debtor    Anstock d/b/a Artist & Craftsman Supply
_____
Name

Case number (*if known*)    25-20305
_____

| **Part 2:** | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.112** Nonpriority creditor's name and mailing address

Portland Water District
P.O. Box 6800
Lewiston, ME 04243-6800

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 89.15

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.113** Nonpriority creditor's name and mailing address

Pro Tapes LLC
P.O. Box 748703
Atlanta, GA 30374-8703

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 288.96

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    8774

---

**3.114** Nonpriority creditor's name and mailing address

Puget Sound Energy
P.O. Box 91269
Bellevue, WA 98009

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

$ 196.48

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.115** Nonpriority creditor's name and mailing address

Puppet Company
100 Church Street
P.O. Box 6
Millersburg, PA 17061

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 3,820.14

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.116** Nonpriority creditor's name and mailing address

Quench USA, Inc.
P.O. Box 735777
Dallas, TX 75373-5777

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

$ 1,060.95

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 25 of 36

Debtor   Artistock Drive Artist & Craftsman Supply
Name

Case number *(if known)* 25-20305

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.117** Nonpriority creditor's name and mailing address

R&F Handmade Paints, Inc.
84 Ten Broeck Avenue
Kingston, NY 12401

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,312.53

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.118** Nonpriority creditor's name and mailing address

Red Cap Cards
P.O. Box 412019
Los Angeles, CA 90041

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20,625.55

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.119** Nonpriority creditor's name and mailing address

Richeson & Co, Inc
P.O. Box 160
Kimberly, WI 54136-0160

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58,822.45

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.120** Nonpriority creditor's name and mailing address

Roadrunner Recycling, Inc.
P.O. Box 6011
Hermitage, PA 16148

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,314.43

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.121** Nonpriority creditor's name and mailing address

Rockynook
1010 B Street
Suite 350
San Rafael, CA 94901

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,799.36

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Case 25-20305    Doc 80    Filed 01/12/26    Entered 01/12/26 14:48:04    Desc Main
Document    Page 48 of 91

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122  Nonpriority creditor's name and mailing address**

Royal Brush Mfg. Inc.
515 W 45th Street
Munster, IN 46321

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 32,473.07

---

**3.123  Nonpriority creditor's name and mailing address**

Royal Talens North America Inc.
30 Industrial Drive
Northampton, MA 01060

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 103,045.09

---

**3.124  Nonpriority creditor's name and mailing address**

Rupert, Gibbon & Spider
P.O. Box 425
Healdsburg, CA 95448

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,705.70

---

**3.125  Nonpriority creditor's name and mailing address**

Rustic Creations
118 Main Street
P.O. Box 174
Streetman, TX 75859

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    5301

$ 161.87

---

**3.126  Nonpriority creditor's name and mailing address**

Safari Programs, Inc.
P.O. 96529
Charlotte, NC 28296-0529

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8,784.52

---

| Debtor | Anstock drive Artist & Craftsman Supply | Case number (if known) | 25-20305 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.127** Nonpriority creditor's name and mailing address

Sage Software Inc.
14855 Collection Center Drive
Chicago, IL 60693

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    0961

$ 6,447.75

---

**3.128** Nonpriority creditor's name and mailing address

Sakura of America
30780 San Clemente Street
Hayward, CA 94544

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 18,427.38

---

**3.129** Nonpriority creditor's name and mailing address

San Diego Gas & Electric
P.O. Box 25111
Santa Ana, CA 92799-5111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,761.31

---

**3.130** Nonpriority creditor's name and mailing address

Sarahvision LLC
4350 8th Avenue NE
Seattle, WA 98105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    0225

$ 240.00

---

**3.131** Nonpriority creditor's name and mailing address

Schylling Inc.
c/o Berkshire Bank
P.O. Box 941
Worcester, MA 01613-0941

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9,251.10

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.132  Nonpriority creditor's name and mailing address**

Sepp Leaf Products, Inc.
381 Park Avenue South
Suite 1301
New York, NY 10016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,419.95

---

**3.133  Nonpriority creditor's name and mailing address**

Silver Brush Limited
92 North Main Street 19-1
P.O. Box 414
Windsor, NJ 08561-0414

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,942.02

---

**3.134  Nonpriority creditor's name and mailing address**

SLS Arts
5524 Mounes Street
New Orleans, LA 70123

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 219,957.31

---

**3.135  Nonpriority creditor's name and mailing address**

Spectrum Business
P.O. Box 223085
Pittsburgh, PA 15251-2085

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 1425

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,221.79

---

**3.136  Nonpriority creditor's name and mailing address**

Speedball Art Products
Lockbox Number 232957
2957 Momentum Place
Chicago, IL 60689

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 41,764.12

---

Debtor    Artstock.store Artist & Craftsman Supply _____    Case number (if known) 25-20305 _____
          Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.137** **Nonpriority creditor's name and mailing address**

Spire Inc.
700 Market St
Saint Louis, MO 631011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 315.22

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.138** **Nonpriority creditor's name and mailing address**

Staedtler Inc.
8335 Winnetka Avenue #7
Winnetka, CA 91306

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,819.30

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139** **Nonpriority creditor's name and mailing address**

Staples
P.O. Box 70242
Philadelphia, PA 19176-0242

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,219.45

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.140** **Nonpriority creditor's name and mailing address**

Steelclad Self Storage
547 Riverside Street
Portland, ME 04103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 525.00

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** F24 _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.141** **Nonpriority creditor's name and mailing address**

Sullivans USA
4341 Middaugh Avenue
Downers Grove, IL 60515

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,400.70

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Artstock Ltd/a Artist & Craftsman Supply
Name                                                    Case number (if known)    25-20305

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 142    **Nonpriority creditor's name and mailing address**

Takach Press Corporation
3207 Morningside Drive NE
Albuquerque, NM 87110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,795.00

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 143    **Nonpriority creditor's name and mailing address**

Tattly Temporary Tattoos
c/o Bic HQ
One Bic Way
Shelton, CT 06484

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,505.95

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 144    **Nonpriority creditor's name and mailing address**

Team Plastics Inc.
3901 West 150th Street
Cleveland, OH 44111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,138.69

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 145    **Nonpriority creditor's name and mailing address**

Teamlogic It Northeast MA
12 Tower Office Park
Woburn, MA 01801

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,332.03

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 006A

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 146    **Nonpriority creditor's name and mailing address**

The Little Red House
43188 Christy Street
Fremont, CA 94538

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,460.00

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Antstock dr2ra Artist & Craftsman Supply |  | Case number *(if known)* | 25-20305 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 147   **Nonpriority creditor's name and mailing address**

The Sherwin-Williams Company
P.O. Box 198050
Atlanta, GA 30384-8050

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 2,036.13

---

**3.** 148   **Nonpriority creditor's name and mailing address**

TPX Communications
P.O. Box 984001
Boston, MA 02298-4001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 21-0

$ 1,570.11

---

**3.** 149   **Nonpriority creditor's name and mailing address**

Travelers
CI Remittance Center
P.O. Box 660317
Dallas, TX 75266

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 14,049.28

---

**3.** 150   **Nonpriority creditor's name and mailing address**

Treetop Publishing
450 S 92nd Street
Milwaukee, WI 53214

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,537.32

---

**3.** 151   **Nonpriority creditor's name and mailing address**

Trion Industries, Inc.
P.O. Box 640764
Pittsburgh, PA 15264-0764

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 8434

$ 147.07

---

| Debtor | Artstock Drive Artist & Craftsman Supply | Case number *(if known)* | 25-20305 |
|--------|------------------------------------------|--------------------------|----------|
| | Name | | |

| **Part 2:** | Additional Page |
|-------------|-----------------|

| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim** |

**3.** 152  **Nonpriority creditor's name and mailing address**

U-Haul Moving & Storage
P.O. Box 52128
Phoenix, AZ 85072-2128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 1,592.04

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

---

**3.** 153  **Nonpriority creditor's name and mailing address**

Uchida of America, Corp.
3535 Del Amo Blvd
Torrance, CA 90503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 8,454.90

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

---

**3.** 154  **Nonpriority creditor's name and mailing address**

Uline
Attn: Accts Receivable
P.O. Box 88741
Chicago, IL 60680-1741

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 8,968.37

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

---

**3.** 155  **Nonpriority creditor's name and mailing address**

Unemployed Philosophers Guild
105 Atlantic Avenue
Brooklyn, NY 11201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 10,097.94

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

---

**3.** 156  **Nonpriority creditor's name and mailing address**

University Products
517 Main Street
Holyoke, MA 01041

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 9,022.89

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

---

Debtor    Anstock d/b/a Artist & Craftsman Supply
_____
Name

Case number *(if known)* 25-20305
_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 157  **Nonpriority creditor's name and mailing address**

UPS
P.O. Box 7247-0244
Philadelphia, PA 19170

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,944.07

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 158  **Nonpriority creditor's name and mailing address**

Verizon
P.O. Box 4830
Trenton, NJ 08650-4830

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29.81

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 159  **Nonpriority creditor's name and mailing address**

Verizon Business
P.O. Box 15062
Albany, NY 12212-5062

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 113.99

Date or dates debt was incurred _____

Last 4 digits of account number _0001_____

---

**3.** 160  **Nonpriority creditor's name and mailing address**

Verizon Wireless
P.O. Box 15124
Albany, NY 12212-5124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 155.84

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 161  **Nonpriority creditor's name and mailing address**

Vortex Industries, LLC
P.O. Box 846952
Los Angeles, CA 90084-6952

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,173.13

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Artstock d/b/a Artist & Craftsman Supply          Case number *(if known)*  25-20305
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 162  **Nonpriority creditor's name and mailing address**

Waste Connections of New York, INC
BIC No. 1059
P.O. Box 535233
Pittsburgh, PA 15253-5233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    W260

$ 488.10

---

**3.** 163  **Nonpriority creditor's name and mailing address**

Wcb Group, LLC d/b/a Aitoh
2720 Mountain Pine Road
Hot Springs National Park, AR 71913

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,380.19

---

**3.** 164  **Nonpriority creditor's name and mailing address**

X-L Supplies & Sundries
P.O. Box 6686
Fullerton, CA 92834-6866

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 7,305.08

---

**3.** 165  **Nonpriority creditor's name and mailing address**

Yellow Owl Workshop
375 Potrero Avenue
Unit 1
San Francisco, CA 94103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 14,750.58

---

**3.** ___  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ _____

---

Debtor   Artistic &old Artist & Craftsman Supply   Case number *(if known)*   25-20305

Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 34,710.45 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 5,511,307.18 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 5,546,017.63 |

**Fill in this information to identify the case:**

Debtor name ___Artstock d/b/a Artist & Craftsman Supply___

United States Bankruptcy Court for the: ___District of Maine___

Case number (If known): ___25-20305___     Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | List of Store Leases - See Attachment<br>Lessee | See Attached Schedule G |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Charter dba Spectrum lease for wifi services<br>Lessee | Charter Communications<br>P.O. Box 223085<br>Pittsburgh, PA, 15251-2085 |
| | State the term remaining | 4 years | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Granite Telecommunications lease for wifi and broadband services<br>Lessee | Granite Telecommunications<br>P.O. Box 983119<br>Boston, MA, 02298-3119 |
| | State the term remaining | 1 year | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Microsoft Office subscription<br>Lessee | Microsoft Corporation<br>One Microsoft Way<br>Redmond, WA, 98052 |
| | State the term remaining | 7 months | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Lease for cloud communications / IT infrastructure services<br>Lessee | TPX Communications<br>P.O. Box 984001<br>Boston, MA, 02298-4001 |
| | State the term remaining | 1 year | |
| | List the contract number of any government contract | | |

Airlock
Outstanding Leases & Contracts
Balances as of 12/31/25

| Monthly Lease Payments to landlords | $217,256 |
|---|---|

| | | Landlord / Vendor | Address | | City | State | Zip Code | Phone | Email | Store | Store Location | City | State | Zip Code | Lease Expiration |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lease | 1-100LARRABEE | 100 Larrabee, LLC | 110 Marginal Way | Suite 262 | Portland | ME | 04101 | 207 553 1704 | smckenna@knukie.com | WBKME | 100 Larrabee RD Suite 13 | Portland | ME | 04101 | 12/31/2028 |
| Lease | 1-201WGORHAM | Gorham Properties LLC | 3702 Claredon Drive | | Madison | WI | 53711 | (608) 219 6708 | drkimjodale@gmail.com | MADWI | 203 W GORHAM ST | Madison | WI | 53703 | 10/31/2030 |
| Lease | 1-613 SOUTH | 613 South LLC | PO Box 184 | | Dresher | PA | 19025 | (215) 393 1416 | oncomefu@gmail.com | PHIPA | 307 MARKET ST | Philadelphia | PA | 19106 | 3/31/2027 |
| Lease | 1-ACE EIGHT | Ace Eight Caring LLC | 5611 NE Columbia BLVD | | Portland | OR | 97218 | (503) 594 5708 | wistone@metromalame.com | PSEOR | 1833 SE 21ST AVE | Portland | OR | 97202 | 1/31/2031 |
| Lease | 1-AL LLC | A&L LLC | 667 W 70th Street | | Kansas City | MO | 64113 | | aaron.berger@ukc.com | KCMO | 129 SOUTHWEST BLVD | Kansas City | MO | 64108 | 12/31/2028 |
| Lease | 1-BALANCE | Balance Building LLC | 12 W Willow Grove Avenue | | Philadelphia | PA | 19118 | (484) 437-7070 | david@grryene.com | PCHPA | 7926 GERMANTOWN AVE | Philadelphia | PA | 19118 | 3/31/2032 |
| Lease | 1-BROADWAY | Broadway Realty Holdings LLC | 143 Division Avenue | | Brooklyn | NY | 11211 | (718) 302-2171 | byrd327@yahoo.com | BSHNY | 1449 BROADWAY | Brooklyn | NY | 11221 | 3/31/2030 |
| Lease | 1-DANIELPKCH | Dar Helfrich Realty LLC | 2516 Maryland Avenue | | Baltimore | MD | 21218 | | garhelfrichinc@gmail.com | BALMD | 137 WEST NORTH AVE | Baltimore | MD | 21201 | 2/28/2029 |
| Lease | 1-HP INVEST | Hp Investment Partners, LLC | 922 Franklin Street | | Louisville | KY | 40206 | (502) 767-7318 | jt.real@outlook.com | LOUKY | 1002 BARRET AVE | Louisville | KY | 40204 | 2/28/2031 |
| Lease | 1-INDSTRYCTY | 1-10 Bush Terminal Owner Lp | 220-26TH Street | Suite 2A | Brooklyn | NY | 11232 | | redneanz@industrycity.com | IONNY | 34 - 35TH ST | Brooklyn | NY | 11232 | 6/30/2030 |
| Lease | 1-JSF REALTY | Jsf Realty LLC | 63-70 Fresh POnd Road | | Ridgewood | NY | 11385 | (718) 381-1620 | jsw@cnfast.com | WKNY | 761 METROPOLITAN AVE | Brooklyn | NY | 11211 | 10/31/2027 |
| Lease | 1-LAW PROP | The Law Properties LLC | Attn: Pamela Low | PO Box 83748 | Portland | OR | 97283 | (503) 869-0241 | pamelalaw@gmail.com | PNXOR | 2906 NORTH V LOMBARD | Portland | OR | 97217 | 3/31/2031 |
| Lease | 1-NEILWALTER | Shoub St Helens LLC | Attn: Rene Shoub | 1317 Broadway Suite 500 | Tacoma | WA | 98402 | (253) 272-4119 | nscraf@shoubetivan.com | TACWA | 616 ST HELENS AVE Suite 10 | Tacoma | WA | 98402 | 1/31/2031 |
| Lease | 1-RAINIER | Rainier Northwest Group | 1200 Fifth Avenue Suite 1925 | | Seattle | WA | 98101 | (206) 625-1280 | dthiessa@rainierwa.com | SEAWA | 4302 6TH AVE NE | Seattle | WA | 98105 | 9/30/2030 |
| Lease | 1-SEAFREE | Seafree Commercial LLC | 68 Cannon Street | Suite F | Charleston | SC | 29402 | (843) 277-0272 | gpaige@seafreecommercial.com | CDESC | 981 KING ST | Charleston | SC | 29403 | 12/31/2029 |
| Lease | 1-TRANQ PROP | Tranquility Property Management | 8354 University Avenue | | San Diego | CA | 92142 | (619) 535-8761 | aileencross@tranquilityproperty.com | SDOCA | 3804 4TH AVE | San Diego | CA | 92103 | 2/28/2026 |
| Lease | 1-TUNA | Sahal Tuna | 5846 Humboldt Drive | | Huntington Beach | CA | 92649 | (714) 423-0515 | tunasara@gmail.com | DLACA | 1917-1931 E 7TH ST | Los Angeles | CA | 90021 | 2/28/2029 |
| Lease | 1-WIGHTMAN | Hobart Wightman Associates | 1823 Penn Avenue | | Pittsburgh | PA | 15221 | (412) 243-7120 | abohiolin@maurommanagement.com | PITPA | 5403 HOBART ST | Pittsburgh | PA | 15217 | 11/31/2029 |

**Fill in this information to identify the case:**

Debtor name ___Artstock d/b/a Artist & Craftsman Supply___

United States Bankruptcy Court for the: ___District of Maine___

Case number (If known): ___25-20305___

❑ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ❑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.2 | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.3 | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.4 | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.5 | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.6 | | | ❑ D<br>❑ E/F<br>❑ G |

**Fill in this information to identify the case:**

Debtor name _Artstock d/b/a Artist & Craftsman Supply_

United States Bankruptcy Court for the:  District of Maine

Case number (If known): ___25-20305_____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025<br><small>MM / DD / YYYY</small> to | Filing date | ☑ Operating a business<br>☐ Other | $ 23,438,980.00 |
| **For prior year:** | From 01/01/2024<br><small>MM / DD / YYYY</small> to | 12/31/2024<br><small>MM / DD / YYYY</small> | ☑ Operating a business<br>☐ Other | $ 24,363,036.00 |
| **For the year before that:** | From 01/01/2023<br><small>MM / DD / YYYY</small> to | 12/31/2023<br><small>MM / DD / YYYY</small> | ☑ Operating a business<br>☐ Other | $ 25,635,982.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br><small>MM / DD / YYYY</small> to | Filing date | _____ | $ _____ |
| **For prior year:** | From _____<br><small>MM / DD / YYYY</small> to | _____<br><small>MM / DD / YYYY</small> | _____ | $ _____ |
| **For the year before that:** | From _____<br><small>MM / DD / YYYY</small> to | _____<br><small>MM / DD / YYYY</small> | _____ | $ _____ |

| Debtor | Artstock d/b/a Artist & Craftsman Supply | Case number (if known) | 25-20305 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached SOFA Part 2, Question 3<br>Creditor's name | | $ 4,720,866.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | Creditor's name | | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Robert Landry<br>Insider's name<br>540 Deering Avenue<br>Portland, ME 04103 | _____ | $ 271,355.53 | Salary and board fees, not preexisting debt |
| | **Relationship to debtor**<br>CEO and Board Chair | | | |
| 4.2. | Benjamin Clay<br>Insider's name<br>4 Province Avenue<br>Falmouth, ME 04105 | _____ | $ 7,000.00 | Board fees, not preexisting debt |
| | **Relationship to debtor**<br>Director | | | See continuation sheet |

| Debtor | Artstock d/b/a Artist & Craftsman Supply | Case number (if known) 25-20305 |
|--------|------------------------------------------|--------------------------------|
| | Name | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|-----|------------------------------|-----------------------------|------|--------------------|
| 5.1. | _____ Creditor's name | | _____ | $_____ |
| 5.2. | _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|------------------------------|------------------------------------------|------------------------|--------|
| _____ Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:  Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|-----|------------|-----------------|-------------------------------------|----------------|
| 7.1. | | | | ☐ Pending ☐ On appeal ☐ Concluded |
| | Case number | | | |
| | _____ | | | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending ☐ On appeal ☐ Concluded |
| | Case number | | | |
| | _____ | | | |

| Debtor | Artstock d/b/a Artist & Craftsman Supply | Case number (if known) | 25-20305 |
|---|---|---|---|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $ _____ |
| Custodian's name | Case title | Court name and address |
| | _____ | _____ |
| | | Name |
| | Case number | |
| | _____ | |
| | Date of order or assignment | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name _____ | | _____ | $ _____ |
| | | _____ | $ _____ |
| Recipient's relationship to debtor | | | |
| _____ | | | |
| 9.2. Recipient's name _____ | | _____ | $ _____ |
| | | _____ | $ _____ |
| Recipient's relationship to debtor | | | |
| _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $ _____ |

| Debtor | Artstock d/b/a Artist & Craftsman Supply | Case number *(if known)* 25-20305 |
|---|---|---|
| | Name | |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Bernstein, Shur, Sawyer & Nelson, P.,A. | Retainer | 12/2025 | $ 50,000.00 |
| | **Address** | | | |
| | 100 Middle Street Portland, ME 04104 | | | |
| | **Email or website address** https://www.bernsteinshur.com/ | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | | _____ | $_____ |
| | **Trustee** | | | |
| | _____ | | | |

Debtor   Artstock d/b/a Artist & Craftsman Supply _____   Case number (if known) __25-20305_____
         Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | 1053 Forest Avenue<br>Portland, ME 04103 | From __01/2000__ | To __02/2025__ |
| 14.2. | | From _____ | To _____ |

| Debtor | Artstock d/b/a Artist & Craftsman Supply | Case number (*if known*) 25-20305 |
|---|---|---|
| | Name | |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankrupcties**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained. Email addresses for customer rewards program

Does the debtor have a privacy policy about that information?

☐ No

☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| ESOP Distributions - See Artstock Pension Attachment | EIN: 01-0468772 |

Has the plan been terminated?

☐ No

☒ Yes

---

Debtor    Artstock d/b/a Artist & Craftsman Supply
_____
Name

Case number (if known) 25-20305
_____

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $_____ |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | | | ☐ No<br>☐ Yes |
| Address | | | |

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Steelclad Storage<br>Name<br>547 Riverside Drive<br>Portland, ME 04101 | Glenn Davis<br>Marc LeVasseur | Miscellaneous furniture and records | ☐ No<br>☑ Yes |
| Address<br>15 Madeline Way<br>Conway, NH 03818 | | | |

Debtor    Artstock d/b/a Artist & Craftsman Supply                                Case number (if known) 25-20305
_____
Name

| Part 11: | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

| Part 12: | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

Debtor    Artstock d/b/a Artist & Craftsman Supply
          _____        Case number (*if known*) 25-20305
          Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____   To _____ |
| 25.2. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____   To _____ |
| 25.3. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____   To _____ |

---

| Debtor | Artstock d/b/a Artist & Craftsman Supply | Case number *(if known)* | 25-20305 |
|---|---|---|---|
| | Name | | |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Royer Advisors and Accountants<br>Name<br>6 Fundy Road, Suite 100, Falmouth, ME 04105 | From 01/01/2023<br>To Present |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Tiger Appraisal - Tiger Group<br>Name<br>60 E 42nd Street, Suite 2036, New York, NY 10165 | From 01/01/2023<br>To Present |

| Name and address | Dates of service |
|---|---|
| 26b.2. KCP Advisory<br>Name<br>c/o Brian Jacobson, CPA, 700 Technology Park Dr., Billerica, MA 01821 | From 01/01/2023<br>To Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name | |

---

Debtor   Artstock d/b/a Artist & Craftsman Supply _____     Case number (*if known*) 25-20305 _____
         Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   Black Feather Funding _____<br>Name<br>c/o David Ellis, 22 N Alamo St #301, San Antonio, TX 78215 |

| Name and address |
|---|
| 26d.2.   Crossroads Financial, LLC _____<br>Name<br>c/o Cheryl Kendrigan, 6111 Broken Sound Pkwy, Suite 210, Boca Raton FL 33487 |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Marc LeVasseur | 10/31/24 | $ 5,240,187.00 |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.   Glenn Davis _____<br>Name<br>15 Madeline Way<br>Conway, NH 03818 |

Debtor    Artstock d/b/a Artist & Craftsman Supply _____   Case number (*if known*) 25-20305 _____
　　　　　Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.2. _____
　　　　Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Artstock Holding Company Inc. | 540 Deering Avenue, Portland, ME 04103 | Sole Shareholder | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. See Question 4 of Statement of Financial Affairs<br>Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | _____ | |

Debtor    Artstock d/b/a Artist & Craftsman Supply
_____    Case number (*if known*) _25-20305_____
Name

| Name and address of recipient | | |
|---|---|---|
| 30.2 | | _____ |
| | Name | _____ |
| | | _____ |
| | | _____ |
| Relationship to debtor | | _____ |
| | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☐ No
☒ Yes. Identify below.

| Name of the pension fund | | Employer Identification number of the pension fund |
|---|---|---|
| ESOP Distributions - See Artstock Pension Attachment | and | EIN: 01-0486772 |
| Artstock 401K - See Artstock Pension Attachment | | |

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _01/12/2026_
          MM / DD / YYYY

✗ /s/ *Robert Landry*                    Printed name  Robert Landry
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

Debtor Name   Artstock d/b/a Artist & Craftsman Supply

Case number *(if known)*   25-20305

## Continuation Sheet for Official Form 207

**4) Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| | | | |
|---|---|---|---|
| Marc LeVassuer | 86 Shaw Road, Sanford, ME 04073 | $114,214.00 | Salary, not preexisting debt |
| Trever Webster | 5522 Fieldstone Lane Apt 4, Madison, WI 53704 | $102,314.00 | Salary, not preexisting debt |
| Margie Kaufman | 41 Juniper Lane, Newton Center, MA 02459 | $23,500.00 | Board fees, not preexisting debt |
| Glenn Davis | 15 Madeline Way, Conway, NH 03818 | $156,346.25 | Salary, not preexisting debt |

**17) Pension Contributions**

ESOP Distributions - See   01-0486772
Artstock Pension
Attachment

**26d) Creditors**

| | |
|---|---|
| Accord Financial | c/o Matthew Panosian, 75 Beattie Place Suite 910, Greenville, SC 29601 |
| Art Supply Enterprises, Inc., dba MacPherson's | 1375 Ocean Avenue, Emeryville, CA 94608 |

Official Form 207               **Statement of Financial Affairs for Non-Individuals**

| Transaction Type | Transaction number | Payment date | Total | Vendor ID | Vendor name |
|---|---|---|---|---|---|
| ACH | ACH203904 | 9/22/2025 | $9,953.00 | 1-SBA | U.S. Small Business Administration |
| ACH | ACH203930 | 9/22/2025 | $18.00 | 1-KY INCOME | Kentucky State Treasurer |
| ACH | ACH203877 | 9/23/2025 | $10,122.12 | AEL | American Easel, LLC |
| ACH | ACH203878 | 9/23/2025 | $1,916.22 | TBW | American Tombow Inc. |
| ACH | ACH203879 | 9/23/2025 | $770.84 | OAS | Armadillo Art & Craft |
| ACH | ACH203880 | 9/23/2025 | $5,459.04 | MAC22 | Ricardo Palacio, Chapter 7 Trustee |
| ACH | ACH203881 | 9/23/2025 | $5,714.00 | BLUX | Blue Q |
| ACH | ACH203882 | 9/23/2025 | $1,041.10 | CNT | Canwil Textiles |
| ACH | ACH203883 | 9/23/2025 | $17,827.47 | DXN | Dixon Ticonderoga Company |
| ACH | ACH203884 | 9/23/2025 | $88.33 | LYO | Edward C Lyons |
| ACH | ACH203885 | 9/23/2025 | $2,157.46 | EXA | Exaclair Inc. |
| ACH | ACH203886 | 9/23/2025 | $13,075.20 | GAM | Gamblin Artist Colors |
| ACH | ACH203887 | 9/23/2025 | $677.49 | GAS | Grafix Arts Systems |
| ACH | ACH203888 | 9/23/2025 | $5,240.26 | HBG | Hachette Book Group |
| ACH | ACH203889 | 9/23/2025 | $1,799.34 | HAND | Handy Art |
| ACH | ACH203890 | 9/23/2025 | $1,519.99 | MED | Iwata Medea |
| ACH | ACH203891 | 9/23/2025 | $2,541.95 | JBC | John Bead USA Corp |
| ACH | ACH203892 | 9/23/2025 | $228.00 | NAT | Nature Print Paper |
| ACH | ACH203893 | 9/23/2025 | $392.76 | PENT | Pentel of America |
| ACH | ACH203894 | 9/23/2025 | $1,355.82 | STA | Staedtler Inc |
| ACH | ACH203895 | 9/23/2025 | $1,699.65 | LIN | University Products |
| ACH | ACH203896 | 9/23/2025 | $347.83 | YOWL | Yellow Owl Workshop |
| ACH | ACH203933 | 9/23/2025 | $5.00 | 1-OR CES TAX | City of Portland |
| ACH | 0-033-874-225 | 9/24/2025 | $9,706.17 | 1-SC SALETAX | SC Department of Revenue |
| ACH | ACH203901 | 9/24/2025 | $1,279.00 | 1-JDODD | James A. Dodd |
| ACH | ACH203902 | 9/24/2025 | $1,147.00 | 1-ALEIGHTON | Alexander P. Leighton |
| ACH | ACH203903 | 9/24/2025 | $1,051.00 | 1-ELEIGHTON | Emily M Whitman Leighton |
| Check | 53158 | 9/25/2025 | $671.02 | YAS | American Kusa Corporation DBA: Yasutomo |
| Check | 53159 | 9/25/2025 | $389.97 | PBW | Blackwing |
| Check | 53160 | 9/25/2025 | $336.00 | BOB | Bob's Fine Vine Charcoal |
| Check | 53161 | 9/25/2025 | $137.38 | 1-DISPATCH | Dispatchit Inc |
| Check | 53162 | 9/25/2025 | $24.00 | 1-DUS | Dus-Trol Rental Company |
| Check | 53163 | 9/25/2025 | $296.82 | PRO | Excel Blades Corporation |
| Check | 53164 | 9/25/2025 | $299.54 | FLX | Flexcut Tool Company |
| Check | 53165 | 9/25/2025 | $1,516.48 | LPI | Lighthouse Publications, Inc |
| Check | 53166 | 9/25/2025 | $558.48 | 1-MR T | Mrt Bwr, Corp |
| Check | 53167 | 9/25/2025 | $1,665.96 | NWP | New Wave LLC |
| Check | 53168 | 9/25/2025 | $116.76 | NOR | Nortech Graphics, Inc. |
| Check | 53169 | 9/25/2025 | $1,406.25 | NOT | Notions Marketing |
| Check | 53170 | 9/25/2025 | $168.58 | OOK | OOK Industrial |
| Check | 53171 | 9/25/2025 | $97.99 | 1-ORKIN ICY | Orkin |
| Check | 53172 | 9/25/2025 | $612.91 | RCC | Red Cap Cards |
| Check | 53173 | 9/25/2025 | $1,159.17 | ROY | Royal Brush Mfg. Inc. |
| Check | 53174 | 9/25/2025 | $11,000.00 | 1-BERRY | Royer Advisors & Accountants |
| Check | 53175 | 9/25/2025 | $756.96 | RGS | Rupert, Gibbon & Spider |
| Check | 53176 | 9/25/2025 | $662.82 | SFI | Safari Programs, Inc |
| Check | 53177 | 9/25/2025 | $2,107.65 | SHZ | Shizen Design |
| Check | 53178 | 9/25/2025 | $2,478.52 | SBC | Silver Brush Limited |
| Check | 53179 | 9/25/2025 | $575.10 | TATT | Tattly Temporary Tattoos |
| Check | 53180 | 9/25/2025 | $327.13 | TEM | Team Plastics Inc. |
| Check | 53181 | 9/25/2025 | $2,411.17 | 1-TEAMLOGIC | Teamlogic It Northeast Ma |
| ACH | 0-026-474-646 | 9/25/2025 | $9,867.39 | 1-PA SALETAX | PA Department of Revenue |
| ACH | 0-859-009-760 | 9/25/2025 | $3,760.47 | 1-WI SALETAX | Wisconsin Department of Revenue |

| ACH | FR0002701996 | 9/25/2025 | $99.99? | 1-MD SALETAX | Comptroller of Maryland |
| ACH | PASALETAXSEP | 9/25/2025 | $7,500.00 | 1-PA SALETAX | PA Department of Revenue |
| ACH | 0-051-912-614 | 9/26/2025 | $21,854.25 | 1-CA SALETAX | Board of Equalization |
| ACH | ACH203905 | 9/26/2025 | $16,514.39 | W/N | Colart |
| ACH | ACH203906 | 9/26/2025 | $8,575.01 | DXN | Dixon Ticonderoga Company |
| ACH | ACH203907 | 9/26/2025 | $20,048.30 | TAL | Royal Talens North America Inc |
| ACH | ACH203908 | 9/26/2025 | $44,111.16 | SLS | SLS Arts |
| ACH | ACH203909 | 9/26/2025 | $7,613.51 | SPD | Speedball Art Products |
| ACH | ACH203910 | 9/26/2025 | $2,353.82 | 1-PRINT MAIL | Printmail of Maine, Inc |
| ACH | ACH203911 | 9/26/2025 | $32.10 | 1-PGW | Philadelphia Gas Works |
| ACH | ACH203912 | 9/26/2025 | $38.28 | 1-PGW | Philadelphia Gas Works |
| ACH | ACH203913 | 9/26/2025 | $1,135.62 | 1-SDGE | San Diego Gas & Electric |
| ACH | ACH203914 | 9/26/2025 | $2,401.01 | 1-SDGE | San Diego Gas & Electric |
| ACH | ACH203915 | 9/26/2025 | $23.40 | 1-NWNATURAL | NW Natural |
| ACH | ACH203916 | 9/26/2025 | $1,758.63 | 1-KCPL | KCP&L |
| ACH | STPP25092400909 | 9/26/2025 | $38,868.52 | 1-NY SALETAX | Nys Sales Tax Processing |
| ACH | 0-048-755-435 | 9/29/2025 | $30,023.25 | 1-WA SALETAX | State of Washington |
| ACH | FR0001355573 | 9/29/2025 | $4,867.69 | 1-KY SALETAX | Kentucky State Treasurer |
| ACH | ACH203918 | 9/30/2025 | $32.58 | 1-PGW | Philadelphia Gas Works |
| ACH | ACH203919 | 10/1/2025 | $4,829.90 | 1-TRAVELERS | Travelers |
| ACH | ACH203921 | 10/1/2025 | $1,000.00 | 1-MEKAUFMAN | Marjorie E Kaufman |
| ACH | ACH203922 | 10/1/2025 | $1,500.00 | 1-ROBLAN | Robert Landry |
| ACH | ACH203923 | 10/1/2025 | $1,000.00 | 1-BENCLAY | Benjamin Clay |
| ACH | ACH203943 | 10/1/2025 | $6,777.65 | 1-SEAFREE | Seafree Commercial LLC |
| ACH | ACH203944 | 10/1/2025 | $10,433.91 | 1-BALANCE | Balance Building LLC |
| ACH | ACH203945 | 10/1/2025 | $4,954.16 | 1-INDSTRYCTY | 1-10 Bush Terminal Owner Lp |
| ACH | ACH203946 | 10/1/2025 | $6,678.39 | 1-KAPLAN | Michael David Kaplan |
| ACH | ACH203947 | 10/1/2025 | $6,754.13 | 1-201WGORHAM | Gorham Properties LLC |
| ACH | ACH203948 | 10/1/2025 | $7,251.00 | 1-WIGHTMAN | Hobart Wightman Associates |
| ACH | ACH203949 | 10/1/2025 | $16,426.00 | 1-TRANQ PROP | Tranquility Property Management |
| ACH | ACH203950 | 10/1/2025 | $20,850.00 | 1-JSF REALTY | Jsf Realty LLC |
| ACH | ACH203951 | 10/1/2025 | $22,942.22 | 1-TUNA | Sehak Tuna |
| ACH | ACH203952 | 10/1/2025 | $9,250.00 | 1-BROADWAY | Broadway Realty Holdings LLC |
| ACH | ACH203953 | 10/1/2025 | $5,700.99 | 1-MENKITI | Menkiti Group |
| ACH | ACH203954 | 10/1/2025 | $7,051.26 | 1-ACE EIGHT | Ace Eight Calling LLC |
| ACH | ACH203955 | 10/1/2025 | $9,798.12 | 1-NEILWALTER | Shaub St Helens LLC |
| ACH | ACH203956 | 10/1/2025 | $4,250.00 | 1-AL LLC | A&L LLC |
| ACH | ACH203957 | 10/1/2025 | $17,095.10 | 1-RAINIER | Rainier Northwest Group |
| ACH | ACH203958 | 10/1/2025 | $3,999.86 | 1-HP INVEST | Hp Investments, LLC |
| ACH | ACH203959 | 10/1/2025 | $7,673.61 | 1-613 SOUTH | 613 South LLC |
| ACH | ACH203960 | 10/1/2025 | $3,726.15 | 1-GWHELFRICH | Gw Helfrich Realty LLC |
| ACH | ACH203961 | 10/1/2025 | $7,550.89 | 1-LAW PROP | The Law Properties LLC |
| ACH | ACH203942 | 10/2/2025 | $43,551.04 | 1-BAVVY | Bavvy Milliman |
| ACH | 991009422426 | 10/3/2025 | $5,779.10 | 1-MO SALETAX | Missouri Department of Revenue |
| ACH | ACH203931 | 10/3/2025 | $480.24 | 1-FIRSTLIGHT | Firstlight Fiber |
| ACH | ACH203932 | 10/3/2025 | $23.40 | 1-NWNATURAL | NW Natural |
| ACH | ACH203934 | 10/3/2025 | $34,077.56 | DXN | Dixon Ticonderoga Company |
| ACH | ACH203935 | 10/3/2025 | $3,110.42 | EXA | Exaclair Inc. |
| ACH | ACH203936 | 10/3/2025 | $16,979.62 | GOL | Golden Artist Colors, Inc. |
| ACH | ACH203937 | 10/3/2025 | $957.57 | MED | Iwata Medea |
| ACH | ACH203938 | 10/3/2025 | $2,720.63 | NOT | Notions Marketing |
| ACH | ACH203939 | 10/3/2025 | $2,522.66 | PENT | Pentel of America |
| ACH | ACH203940 | 10/3/2025 | $21,400.75 | SLS | SLS Arts |
| ACH | ACH203941 | 10/6/2025 | $9,621.61 | 1-KAPLAN | Michael David Kaplan |
| Check | 53182 | 10/8/2025 | $236.43 | BRW | Brewer Sewing Supplies |

| Check | 53183 | 10/8/2025 | $1,800.00 | 1-DAWN RESTO | Dawn Restoration |
|-------|-------|-----------|-----------|--------------|------------------|
| Check | 53184 | 10/8/2025 | $56.25 | 1-DIRECT | Direct Transport |
| Check | 53185 | 10/8/2025 | $161.49 | 1-DISPATCH | Dispatchit Inc |
| Check | 53186 | 10/8/2025 | $217.35 | 1-HYBRID | Hybrid Heating & Air Conditioning |
| Check | 53187 | 10/8/2025 | $51.66 | 1-JET | Jet Messenger Service, Inc. |
| Check | 53188 | 10/8/2025 | $1,777.78 | KLD | Kikkerland Design |
| Check | 53189 | 10/8/2025 | $60.00 | 1-LOU FIRE | Louisville Fire & Safety |
| Check | 53190 | 10/8/2025 | $242.81 | 1-MR T | Mrt Bwr, Corp |
| Check | 53191 | 10/8/2025 | $97.99 | 1-ORKIN BSH | Orkin |
| Check | 53192 | 10/8/2025 | $93.50 | 1-ORKIN KCMO | Orkin |
| Check | 53193 | 10/8/2025 | $164.00 | 1-ORKIN LA2 | Orkin |
| Check | 53194 | 10/8/2025 | $142.00 | 1-ORKIN LOU | Orkin |
| Check | 53195 | 10/8/2025 | $126.85 | 1-ORKIN TAC | Orkin |
| Check | 53196 | 10/8/2025 | $133.00 | 1-ORKINPORME | Orkin |
| Check | 53197 | 10/8/2025 | $513.56 | 1-S ELEVATOR | Southern Elevator Company, Inc |
| Check | 53198 | 10/8/2025 | $8,056.13 | TOO | Too Corporation Americas |
| ACH | ACH203962 | 10/8/2025 | $5,586.02 | ACC | Accoutrements |
| ACH | ACH203963 | 10/8/2025 | $5,952.71 | AEL | American Easel, LLC |
| ACH | ACH203964 | 10/8/2025 | $1,924.02 | OAS | Armadillo Art & Craft |
| ACH | ACH203965 | 10/8/2025 | $5,462.04 | MAC22 | Ricardo Palacio, Chapter 7 Trustee |
| ACH | ACH203966 | 10/8/2025 | $1,643.60 | BLUX | Blue Q |
| ACH | ACH203967 | 10/8/2025 | $1,199.22 | CNT | Canwil Textiles |
| ACH | ACH203968 | 10/8/2025 | $25,467.56 | W/N | Colart |
| ACH | ACH203969 | 10/8/2025 | $5,057.96 | MUL | Craft Time LLC |
| ACH | ACH203970 | 10/8/2025 | $2,177.26 | CCH | Creative Art Materials Lt |
| ACH | ACH203971 | 10/8/2025 | $3,018.23 | CRE | Crescent Brands |
| ACH | ACH203972 | 10/8/2025 | $206.42 | LYO | Edward C Lyons |
| ACH | ACH203973 | 10/8/2025 | $638.97 | EEB | Eeboo |
| ACH | ACH203974 | 10/8/2025 | $6,400.60 | GAM | Gamblin Artist Colors |
| ACH | ACH203975 | 10/8/2025 | $541.94 | GAS | Grafix Arts Systems |
| ACH | ACH203976 | 10/8/2025 | $1,169.40 | HBG | Hachette Book Group |
| ACH | ACH203977 | 10/8/2025 | $4,252.14 | HOL | Hk Holbein Inc |
| ACH | ACH203978 | 10/8/2025 | $4,859.46 | ITO | Itoya Profolio |
| ACH | ACH203979 | 10/8/2025 | $324.11 | JBC | John Bead USA Corp |
| ACH | ACH203980 | 10/8/2025 | $1,697.82 | HAD | Libeco |
| ACH | ACH203981 | 10/8/2025 | $2,675.48 | MPC | Masterpiece Artist Canvas LLC |
| ACH | ACH203982 | 10/8/2025 | $1,458.65 | PARC | Pacific Arc, Inc. |
| ACH | ACH203983 | 10/8/2025 | $6,743.61 | JRI | Richeson & Co, Inc |
| ACH | ACH203984 | 10/8/2025 | $9,050.46 | TAL | Royal Talens North America Inc |
| ACH | ACH203985 | 10/8/2025 | $5,450.88 | SAK | Sakura of America |
| ACH | ACH203986 | 10/8/2025 | $1,401.57 | STA | Staedtler Inc |
| ACH | ACH203987 | 10/8/2025 | $1,336.05 | LIN | University Products |
| ACH | ACH203988 | 10/8/2025 | $2,824.10 | YOWL | Yellow Owl Workshop |
| WIRE | WIRE70121 | 10/8/2025 | $12,843.22 | APO | Les Encadrements Apollon |
| ACH | ACH203989 | 10/10/2025 | $804.38 | 1-MGE | MGE |
| ACH | ACH203990 | 10/10/2025 | $13,587.67 | W/N | Colart |
| ACH | ACH203991 | 10/10/2025 | $16,620.68 | DXN | Dixon Ticonderoga Company |
| ACH | ACH203992 | 10/10/2025 | $40,086.56 | GOL | Golden Artist Colors, Inc. |
| ACH | ACH203993 | 10/10/2025 | $406.13 | JBC | John Bead USA Corp |
| ACH | ACH203994 | 10/10/2025 | $5,122.78 | MPC | Masterpiece Artist Canvas LLC |
| ACH | ACH203995 | 10/10/2025 | $3,676.45 | MCS | MCS Industries |
| ACH | ACH203996 | 10/10/2025 | $4,979.53 | NOT | Notions Marketing |
| ACH | ACH203997 | 10/10/2025 | $3,027.38 | PARC | Pacific Arc, Inc. |
| ACH | ACH203998 | 10/10/2025 | $3,975.02 | PENT | Pentel of America |
| ACH | ACH203999 | 10/10/2025 | $6,056.67 | JRI | Richeson & Co, Inc |

| ACH | ACH203999 | 10/10/2025 | $56.67 | | Richeson & Co, Inc |
| ACH | ACH204000 | 10/10/2025 | $1,960.70 | TAL | Royal Talens North America Inc |
| ACH | ACH204001 | 10/10/2025 | $3,394.34 | SAK | Sakura of America |
| ACH | ACH204002 | 10/10/2025 | $18,792.71 | SLS | SLS Arts |
| ACH | ACH204003 | 10/10/2025 | $6,849.73 | SPD | Speedball Art Products |
| ACH | ACH204004 | 10/13/2025 | $5,000.00 | 1-IRS | Internal Revenue Service |
| ACH | ACH204005 | 10/14/2025 | $147,010.74 | 1-AMEX | American Express |
| Check | 53199 | 10/15/2025 | $5,050.09 | FAB | A.W. Faber-Castell USA, INC |
| Check | 53200 | 10/15/2025 | $1,787.27 | YAS | American Kusa Corporation DBA: Yasutomo |
| Check | 53201 | 10/15/2025 | $277.16 | ARTR | Artresin, Inc |
| Check | 53202 | 10/15/2025 | $376.80 | BCUX | BC USA |
| Check | 53203 | 10/15/2025 | $371.74 | PBW | Blackwing |
| Check | 53204 | 10/15/2025 | $192.00 | BOB | Bob's Fine Vine Charcoal |
| Check | 53205 | 10/15/2025 | $276.56 | 1-COLONIAL | Colonial Supplemental Insurance |
| Check | 53206 | 10/15/2025 | $1,996.17 | 1-DAVENPORT | Davenport Service Company |
| Check | 53207 | 10/15/2025 | $503.42 | DOV | Dover Publications |
| Check | 53208 | 10/15/2025 | $8,180.17 | PRO | Excel Blades Corporation |
| Check | 53209 | 10/15/2025 | $220.20 | FOL | Folkmanis Inc |
| Check | 53210 | 10/15/2025 | $2,225.30 | GEO | Geocentral |
| Check | 53211 | 10/15/2025 | $369.12 | GLSX | Global Solutions |
| Check | 53212 | 10/15/2025 | $1,090.00 | GLB | Great Little Box Company |
| Check | 53213 | 10/15/2025 | $851.91 | GDA | Gregory Daniels Fine Arts, Inc. |
| Check | 53214 | 10/15/2025 | $4,792.89 | LPI | Lighthouse Publications, Inc |
| Check | 53215 | 10/15/2025 | $330.14 | LOG | Logan Graphic Products |
| Check | 53216 | 10/15/2025 | $460.63 | LUX | Luxury Brands of America |
| Check | 53217 | 10/15/2025 | $222.91 | MID | Ishiico, Inc. dba Midwest Products Co IN |
| Check | 53218 | 10/15/2025 | $706.38 | NWP | New Wave LLC |
| Check | 53219 | 10/15/2025 | $217.15 | NOR | Nortech Graphics, Inc. |
| Check | 53220 | 10/15/2025 | $411.50 | OOK | OOK Industrial |
| Check | 53221 | 10/15/2025 | $97.99 | 1-ORKIN WBG | Orkin |
| Check | 53222 | 10/15/2025 | $2,158.26 | GFI | Plus-Plus USA |
| Check | 53223 | 10/15/2025 | $600.00 | 1-PRO TOUCH | Pro Touch Landscape LLC |
| Check | 53224 | 10/15/2025 | $134.21 | RCC | Red Cap Cards |
| Check | 53225 | 10/15/2025 | $2,383.71 | ROY | Royal Brush Mfg. Inc. |
| Check | 53226 | 10/15/2025 | $9,270.00 | 1-BERRY | Royer Advisors & Accountants |
| Check | 53227 | 10/15/2025 | $1,848.79 | RGS | Rupert, Gibbon & Spider |
| Check | 53228 | 10/15/2025 | $3,026.71 | SFI | Safari Programs, Inc |
| Check | 53229 | 10/15/2025 | $3,841.37 | SEP | Sepp Leaf Products, Inc. |
| Check | 53230 | 10/15/2025 | $1,063.10 | SHZ | Shizen Design |
| Check | 53231 | 10/15/2025 | $3,794.64 | SBC | Silver Brush Limited |
| Check | 53232 | 10/15/2025 | $993.75 | SP | Strahl & Pitsch |
| Check | 53233 | 10/15/2025 | $789.75 | TATT | Tattly Temporary Tattoos |
| Check | 53234 | 10/15/2025 | $2,080.49 | TEM | Team Plastics Inc. |
| Check | 53235 | 10/15/2025 | $2,653.50 | LRH | The Little Red House |
| Check | 53236 | 10/15/2025 | $1,740.85 | UPG | Unemployed Philosophers Guild |
| Check | 53237 | 10/15/2025 | $599.84 | X-L | X-L Supplies & Sundries |
| Check | 53238 | 10/15/2025 | $25.58 | 1-CYBERCOPY | Kyocera Document Solutions New England |
| WIRE | WIRE70122 | 10/15/2025 | $5,782.83 | APO | Les Encadrements Apollon |
| ACH | ACH204006 | 10/16/2025 | $4,876.75 | 1-HARTFORD | The Hartford |
| ACH | ACH204047 | 10/16/2025 | $3,447.14 | 1-CIGNA | Cigna Healthcare |
| ACH | 0-003-311-235 | 10/17/2025 | $9,542.48 | 1-ME SALETAX | Maine Revenue Services |
| ACH | ACH204007 | 10/17/2025 | $397.80 | 1-CMP | Central Maine Power Co. |
| ACH | ACH204008 | 10/17/2025 | $1,124.72 | 1-CMP | Central Maine Power Co. |
| ACH | ACH204009 | 10/17/2025 | $1,789.29 | 1-LADWP 6656 | La Dept. of Water & Power |
| ACH | ACH204010 | 10/17/2025 | $84.81 | 1-UNITIL | Unitil |

| ACH | ACH204011 | 10/17/2025 | $1,421.28 | ACC | Accoutrements |
| ACH | ACH204012 | 10/17/2025 | $1,510.32 | AEL | American Easel, LLC |
| ACH | ACH204013 | 10/17/2025 | $1,559.97 | TBW | American Tombow Inc. |
| ACH | ACH204014 | 10/17/2025 | $1,807.05 | OAS | Armadillo Art & Craft |
| ACH | ACH204015 | 10/17/2025 | $5,469.94 | MAC22 | Ricardo Palacio, Chapter 7 Trustee |
| ACH | ACH204016 | 10/17/2025 | $513.90 | BLUX | Blue Q |
| ACH | ACH204017 | 10/17/2025 | $578.69 | CNT | Canwil Textiles |
| ACH | ACH204018 | 10/17/2025 | $1,930.50 | CPK | Chartpak |
| ACH | ACH204019 | 10/17/2025 | $5,885.18 | W/N | Colart |
| ACH | ACH204020 | 10/17/2025 | $1,069.25 | MUL | Craft Time LLC |
| ACH | ACH204021 | 10/17/2025 | $841.92 | CCH | Creative Art Materials Lt |
| ACH | ACH204022 | 10/17/2025 | $1,607.30 | CRE | Crescent Brands |
| ACH | ACH204023 | 10/17/2025 | $34,770.47 | DXN | Dixon Ticonderoga Company |
| ACH | ACH204024 | 10/17/2025 | $1,616.46 | DJT | Djeco-Us |
| ACH | ACH204025 | 10/17/2025 | $624.20 | LYO | Edward C Lyons |
| ACH | ACH204026 | 10/17/2025 | $3,343.60 | EEB | Eeboo |
| ACH | ACH204027 | 10/17/2025 | $1,132.39 | EXA | Exaclair Inc. |
| ACH | ACH204028 | 10/17/2025 | $4,135.90 | GAM | Gamblin Artist Colors |
| ACH | ACH204029 | 10/17/2025 | $15,075.69 | GOL | Golden Artist Colors, Inc. |
| ACH | ACH204030 | 10/17/2025 | $1,248.53 | GAS | Grafix Arts Systems |
| ACH | ACH204031 | 10/17/2025 | $814.14 | HBG | Hachette Book Group |
| ACH | ACH204032 | 10/17/2025 | $1,251.69 | HAND | Handy Art |
| ACH | ACH204033 | 10/17/2025 | $4,913.32 | HOL | Hk Holbein Inc |
| ACH | ACH204034 | 10/17/2025 | $789.80 | HOM | House of Marbles |
| ACH | ACH204035 | 10/17/2025 | $2,684.02 | ITO | Itoya Profolio |
| ACH | ACH204036 | 10/17/2025 | $1,274.46 | DSW | JJC Industries LLC |
| ACH | ACH204037 | 10/17/2025 | $5,894.61 | MCS | MCS Industries |
| ACH | ACH204038 | 10/17/2025 | $2,041.68 | PRT | Pro Tapes LLC |
| ACH | ACH204039 | 10/17/2025 | $6,372.41 | TAL | Royal Talens North America Inc |
| ACH | ACH204040 | 10/17/2025 | $18,135.19 | SAK | Sakura of America |
| ACH | ACH204041 | 10/17/2025 | $52,380.55 | SLS | SLS Arts |
| ACH | ACH204042 | 10/17/2025 | $11,904.72 | SPD | Speedball Art Products |
| ACH | ACH204043 | 10/17/2025 | $853.30 | STA | Staedtler Inc |
| ACH | ACH204044 | 10/17/2025 | $1,477.62 | UCH | Uchida of America, Corp |
| ACH | ACH204045 | 10/17/2025 | $904.84 | LIN | University Products |
| ACH | ACH204046 | 10/17/2025 | $699.02 | YOWL | Yellow Owl Workshop |
| ACH | ACH204048 | 10/17/2025 | $261.00 | 1-CBS | Commuter Benefit Solutions |
| ACH | OCT CA SALE TAX | 10/17/2025 | $836.05 | 1-CA SALETAX | Board of Equalization |
| ACH | ACH204049 | 10/21/2025 | $9,953.00 | 1-SBA | U.S. Small Business Administration |
| Check | 53239 | 10/22/2025 | $20,770.17 | FAB | A.W. Faber-Castell USA, INC |
| Check | 53240 | 10/22/2025 | $3,738.63 | AMA | American Art Clay CO Inc |
| Check | 53241 | 10/22/2025 | $1,900.51 | YAS | American Kusa Corporation DBA: Yasutomo |
| Check | 53242 | 10/22/2025 | $347.14 | ANG | Angelus Shoe Polish Co. Inc |
| Check | 53243 | 10/22/2025 | $656.52 | ARTR | Artresin, Inc |
| Check | 53244 | 10/22/2025 | $366.42 | ASM | Asmodee |
| Check | 53245 | 10/22/2025 | $3,011.10 | BCUX | BC USA |
| Check | 53246 | 10/22/2025 | $13,417.00 | 1-BERSTEIN | Bernstein Shur |
| Check | 53247 | 10/22/2025 | $264.72 | PBW | Blackwing |
| Check | 53248 | 10/22/2025 | $2,588.03 | 1-COASTAL | Coastal Equipment Corporation |
| Check | 53249 | 10/22/2025 | $54.58 | 1-DISPATCH | Dispatchit Inc |
| Check | 53250 | 10/22/2025 | $386.38 | DOV | Dover Publications |
| Check | 53251 | 10/22/2025 | $5,094.09 | PRO | Excel Blades Corporation |
| Check | 53252 | 10/22/2025 | $477.12 | GLSX | Global Solutions |
| Check | 53253 | 10/22/2025 | $2,076.70 | GDA | Gregory Daniels Fine Arts, Inc. |
| Check | 53254 | 10/22/2025 | $135.19 | 1-JET | Jet Messenger Service, Inc |

| Check | 53255 | 10/22/2025 | $6,003.88 | KLD | Kikkerland Design |
| Check | 53256 | 10/22/2025 | $1,757.84 | 1-CYBERCOPY | Kyocera Document Solutions New England |
| Check | 53257 | 10/22/2025 | $2,101.50 | LPI | Lighthouse Publications, Inc |
| Check | 53258 | 10/22/2025 | $558.24 | LUX | Luxury Brands of America |
| Check | 53259 | 10/22/2025 | $558.48 | 1-MR T | Mrt Bwr, Corp |
| Check | 53260 | 10/22/2025 | $814.64 | 1-MUTUAL | Mutual of Omaha Insurance Company |
| Check | 53261 | 10/22/2025 | $536.08 | NWP | New Wave LLC |
| Check | 53262 | 10/22/2025 | $1,369.70 | OOK | OOK Industrial |
| Check | 53263 | 10/22/2025 | $150.00 | 1-ORKIN BAL | Orkin |
| Check | 53264 | 10/22/2025 | $142.00 | 1-ORKIN SDO | Orkin |
| Check | 53265 | 10/22/2025 | $2,195.89 | RCC | Red Cap Cards |
| Check | 53266 | 10/22/2025 | $2,788.62 | ROY | Royal Brush Mfg. Inc. |
| Check | 53267 | 10/22/2025 | $1,734.18 | RGS | Rupert, Gibbon & Spider |
| Check | 53268 | 10/22/2025 | $1,135.24 | SFI | Safari Programs, Inc |
| Check | 53269 | 10/22/2025 | $1,052.10 | SEP | Sepp Leaf Products, Inc. |
| Check | 53270 | 10/22/2025 | $1,721.75 | SHZ | Shizen Design |
| Check | 53271 | 10/22/2025 | $1,020.06 | SBC | Silver Brush Limited |
| Check | 53272 | 10/22/2025 | $768.15 | TATT | Tattly Temporary Tattoos |
| Check | 53273 | 10/22/2025 | $1,029.20 | TEM | Team Plastics Inc. |
| Check | 53274 | 10/22/2025 | $2,395.12 | 1-TEAMLOGIC | Teamlogic It Northeast Ma |
| Check | 53275 | 10/22/2025 | $1,821.00 | LRH | The Little Red House |
| Check | 53276 | 10/22/2025 | $1,383.19 | UPG | Unemployed Philosophers Guild |
| Check | 53277 | 10/22/2025 | $930.07 | X-L | X-L Supplies & Sundries |
| ACH | 0-034-383-752 | 10/22/2025 | $7,883.41 | 1-SC SALETAX | SC Department of Revenue |
| ACH | 1-248-762-592 | 10/22/2025 | $3,906.25 | 1-WI SALETAX | Wisconsin Department of Revenue |
| WIRE | WIRE70123 | 10/22/2025 | $15,000.00 | 1-BLACK FEATHER | Black Feather Funding LLC DBA Black Feather |
| ACH | 0-027-086-777 | 10/23/2025 | $8,000.00 | 1-PA SALETAX | PA Department of Revenue |
| ACH | 0-027-317-506 | 10/23/2025 | $9,370.33 | 1-PA SALETAX | PA Department of Revenue |
| ACH | FR0002485223 | 10/23/2025 | $5,899.85 | 1-MD SALETAX | Comptroller of Maryland |
| ACH | MD SEP 2025 | 10/23/2025 | $8,100.69 | 1-MD SALETAX | Comptroller of Maryland |
| ACH | ACH204050 | 10/24/2025 | $38.06 | 1-PGW | Philadelphia Gas Works |
| ACH | ACH204051 | 10/24/2025 | $23.40 | 1-NWNATURAL | NW Natural |
| ACH | ACH204052 | 10/24/2025 | $1,980.59 | 1-SDGE | San Diego Gas & Electric |
| ACH | ACH204053 | 10/24/2025 | $1,059.47 | 1-SDGE | San Diego Gas & Electric |
| ACH | ACH204054 | 10/24/2025 | $387.60 | ACC | Accoutrements |
| ACH | ACH204055 | 10/24/2025 | $7,056.68 | AEL | American Easel, LLC |
| ACH | ACH204056 | 10/24/2025 | $3,530.49 | TBW | American Tombow Inc. |
| ACH | ACH204057 | 10/24/2025 | $1,318.53 | OAS | Armadillo Art & Craft |
| ACH | ACH204058 | 10/24/2025 | $1,111.38 | BLUX | Blue Q |
| ACH | ACH204059 | 10/24/2025 | $1,610.35 | CNT | Canwil Textiles |
| ACH | ACH204060 | 10/24/2025 | $9,123.05 | W/N | Colart |
| ACH | ACH204061 | 10/24/2025 | $16,864.98 | MUL | Craft Time LLC |
| ACH | ACH204062 | 10/24/2025 | $1,009.08 | CCH | Creative Art Materials Lt |
| ACH | ACH204063 | 10/24/2025 | $1,008.95 | CRE | Crescent Brands |
| ACH | ACH204064 | 10/24/2025 | $8,457.45 | DXN | Dixon Ticonderoga Company |
| ACH | ACH204065 | 10/24/2025 | $4,333.75 | DJT | Djeco-Us |
| ACH | ACH204066 | 10/24/2025 | $1,419.94 | EEB | Eeboo |
| ACH | ACH204067 | 10/24/2025 | $2,924.58 | EXA | Exaclair Inc. |
| ACH | ACH204068 | 10/24/2025 | $10,225.32 | GAM | Gamblin Artist Colors |
| ACH | ACH204069 | 10/24/2025 | $17,766.50 | GOL | Golden Artist Colors, Inc. |
| ACH | ACH204070 | 10/24/2025 | $478.49 | GAS | Grafix Arts Systems |
| ACH | ACH204071 | 10/24/2025 | $4,156.85 | HBG | Hachette Book Group |
| ACH | ACH204072 | 10/24/2025 | $1,327.88 | HAND | Handy Art |
| ACH | ACH204073 | 10/24/2025 | $9,582.07 | HOL | Hk Holbein Inc |

| ACH | ACH204074 | 10/24/2025 | $6.00 | | House of Marbles |
| ACH | ACH204075 | 10/24/2025 | $3,804.18 | ITO | Itoya Profolio |
| ACH | ACH204076 | 10/24/2025 | $3,251.30 | MED | Iwata Medea |
| ACH | ACH204077 | 10/24/2025 | $101.10 | DSW | JJC Industries LLC |
| ACH | ACH204078 | 10/24/2025 | $1,186.69 | JBC | John Bead USA Corp |
| ACH | ACH204079 | 10/24/2025 | $3,474.06 | LEG | Legion Paper Corporation |
| ACH | ACH204080 | 10/24/2025 | $4,494.17 | MCS | MCS Industries |
| ACH | ACH204081 | 10/24/2025 | $952.94 | PARC | Pacific Arc, Inc. |
| ACH | ACH204082 | 10/24/2025 | $719.97 | PENT | Pentel of America |
| ACH | ACH204083 | 10/24/2025 | $4,507.56 | PRT | Pro Tapes LLC |
| ACH | ACH204084 | 10/24/2025 | $8,326.08 | JRI | Richeson & Co, Inc |
| ACH | ACH204085 | 10/24/2025 | $16,281.99 | TAL | Royal Talens North America Inc |
| ACH | ACH204086 | 10/24/2025 | $26,864.57 | SLS | SLS Arts |
| ACH | ACH204087 | 10/24/2025 | $4,250.69 | SPD | Speedball Art Products |
| ACH | ACH204088 | 10/24/2025 | $2,305.74 | UCH | Uchida of America, Corp |
| ACH | ACH204089 | 10/24/2025 | $2,399.90 | LIN | University Products |
| ACH | ACH204090 | 10/24/2025 | $615.93 | YOWL | Yellow Owl Workshop |
| ACH | ACH204091 | 10/27/2025 | $3,877.63 | 1-WA LI | Washington State Dept. of Labor and Industries |
| ACH | FR0001497635 | 10/27/2025 | $4,265.81 | 1-KY SALETAX | Kentucky State Treasurer |
| ACH | STPP25102701025 | 10/29/2025 | $36,393.81 | 1-NY SALETAX | Nys Sales Tax Processing |
| WIRE | WIRE70124 | 10/29/2025 | $17,000.00 | 1-BLACK FEATHER | Black Feather Funding LLC DBA Black Feather |
| Check | 53278 | 10/30/2025 | $384.64 | FAB | A.W. Faber-Castell USA, INC |
| Check | 53279 | 10/30/2025 | $527.96 | YAS | American Kusa Corporation DBA: Yasutomo |
| Check | 53280 | 10/30/2025 | $1,553.00 | BCUX | BC USA |
| Check | 53281 | 10/30/2025 | $475.40 | 1-DEWPOINT | Dewpoint Heating and Air |
| Check | 53282 | 10/30/2025 | $70.88 | 1-DISPATCH | Dispatchit Inc |
| Check | 53283 | 10/30/2025 | $24.00 | 1-DUS | Dus-Trol Rental Company |
| Check | 53284 | 10/30/2025 | $562.97 | GLSX | Global Solutions |
| Check | 53285 | 10/30/2025 | $6,049.00 | KLD | Kikkerland Design |
| Check | 53286 | 10/30/2025 | $2,576.20 | LPI | Lighthouse Publications, Inc |
| Check | 53287 | 10/30/2025 | $176.16 | LUX | Luxury Brands of America |
| Check | 53288 | 10/30/2025 | $209.41 | NWP | New Wave LLC |
| Check | 53289 | 10/30/2025 | $247.48 | OOK | OOK Industrial |
| Check | 53290 | 10/30/2025 | $118.00 | 1-ORKIN CSK | Orkin |
| Check | 53291 | 10/30/2025 | $97.99 | 1-ORKIN ICY | Orkin |
| Check | 53292 | 10/30/2025 | $75.00 | 1-ORKIN MAD | Orkin |
| Check | 53293 | 10/30/2025 | $167.73 | 1-ORKIN SEA | Orkin |
| Check | 53294 | 10/30/2025 | $133.00 | 1-ORKINPORME | Orkin |
| Check | 53295 | 10/30/2025 | $787.56 | PAO | Paoli Clay Co |
| Check | 53296 | 10/30/2025 | $167.74 | 1-PERFORMANC | Performance Systems Integration |
| Check | 53297 | 10/30/2025 | $1,806.59 | ROY | Royal Brush Mfg. Inc. |
| Check | 53298 | 10/30/2025 | $101.25 | SEP | Sepp Leaf Products, Inc. |
| Check | 53299 | 10/30/2025 | $1,659.74 | SBC | Silver Brush Limited |
| Check | 53300 | 10/30/2025 | $1,404.21 | TEM | Team Plastics Inc. |
| Check | 53301 | 10/30/2025 | $372.08 | X-L | X-L Supplies & Sundries |
| ACH | 0-049-264-019 | 10/30/2025 | $31,625.61 | 1-WA SALETAX | State of Washington |
| Check | 53302 | 10/31/2025 | $215.00 | 1-ESC | ESC Elevator, Inc |
| Check | 53303 | 10/31/2025 | $2,597.52 | LUX | Luxury Brands of America |
| Check | 53304 | 10/31/2025 | $2,743.15 | SHZ | Shizen Design |
| Check | 53305 | 10/31/2025 | $621.00 | TATT | Tattly Temporary Tattoos |
| ACH | ACH204092 | 10/31/2025 | $12,253.21 | W/N | Colart |
| ACH | ACH204093 | 10/31/2025 | $1,323.95 | MUL | Craft Time LLC |
| ACH | ACH204094 | 10/31/2025 | $14,388.23 | DXN | Dixon Ticonderoga Company |
| ACH | ACH204095 | 10/31/2025 | $5,686.18 | EXA | Exaclair Inc. |
| ACH | ACH204096 | 10/31/2025 | $20,697.67 | GAM | Gamblin Artist Colors |

| ACH | ACH204097 | 10/31/2025 | $19,617.20 | GOL | Golden Artist Colors, Inc. |
|------|-----------|------------|-----------|-----|------------------------------|
| ACH | ACH204098 | 10/31/2025 | $3,777.79 | HBG | Hachette Book Group |
| ACH | ACH204099 | 10/31/2025 | $3,228.35 | HAND | Handy Art |
| ACH | ACH204100 | 10/31/2025 | $215.50 | LEG | Legion Paper Corporation |
| ACH | ACH204101 | 10/31/2025 | $8,426.83 | PARC | Pacific Arc, Inc. |
| ACH | ACH204102 | 10/31/2025 | $2,900.14 | PENT | Pentel of America |
| ACH | ACH204103 | 10/31/2025 | $1,207.64 | TAL | Royal Talens North America Inc |
| ACH | ACH204104 | 10/31/2025 | $2,327.76 | SAK | Sakura of America |
| ACH | ACH204105 | 10/31/2025 | $33,991.27 | SLS | SLS Arts |
| ACH | ACH204106 | 10/31/2025 | $2,948.35 | SPD | Speedball Art Products |
| ACH | ACH204107 | 10/31/2025 | $4,094.06 | UCH | Uchida of America, Corp |
| ACH | ACH204108 | 10/31/2025 | $487.46 | 1-FIRSTLIGHT | Firstlight Fiber |
| ACH | ACH204109 | 10/31/2025 | $23.40 | 1-NWNATURAL | NW Natural |
| ACH | ACH204110 | 10/31/2025 | $1,405.00 | 1-ALEIGHTON | Alexander P. Leighton |
| ACH | ACH204111 | 10/31/2025 | $722.00 | 1-ELEIGHTON | Emily M Whitman Leighton |
| ACH | ACH204112 | 10/31/2025 | $1,313.00 | 1-JDODD | James A. Dodd |
| ACH | ACH204113 | 10/31/2025 | $1,000.00 | 1-BENCLAY | Benjamin Clay |
| ACH | ACH204114 | 10/31/2025 | $1,000.00 | 1-MEKAUFMAN | Marjorie E Kaufman |
| ACH | ACH204115 | 10/31/2025 | $1,500.00 | 1-ROBLAN | Robert Landry |
| ACH | ACH204116 | 10/31/2025 | $456.00 | NAT | Nature Print Paper |
| ACH | ACH204117 | 10/31/2025 | $1,620.53 | 1-KCPL | KCP&L |
| ACH | ACH204134 | 10/31/2025 | $10,433.91 | 1-BALANCE | Balance Building LLC |
| ACH | ACH204119 | 11/1/2025 | $16,300.00 | 1-KAPLAN | Michael David Kaplan |
| ACH | ACH204120 | 11/1/2025 | $6,953.75 | 1-201WGORHAM | Gorham Properties LLC |
| ACH | ACH204121 | 11/1/2025 | $7,251.00 | 1-WIGHTMAN | Hobart Wightman Associates |
| ACH | ACH204122 | 11/1/2025 | $6,777.65 | 1-SEAFREE | Seafree Commercial LLC |
| ACH | ACH204123 | 11/1/2025 | $9,250.00 | 1-BROADWAY | Broadway Realty Holdings LLC |
| ACH | ACH204124 | 11/1/2025 | $7,051.26 | 1-ACE EIGHT | Ace Eight Calling LLC |
| ACH | ACH204125 | 11/1/2025 | $7,550.89 | 1-LAW PROP | The Law Properties LLC |
| ACH | ACH204126 | 11/1/2025 | $9,798.12 | 1-NEILWALTER | Shaub St Helens LLC |
| ACH | ACH204127 | 11/1/2025 | $4,250.00 | 1-AL LLC | A&L LLC |
| ACH | ACH204128 | 11/1/2025 | $3,999.86 | 1-HP INVEST | Hp Investments, LLC |
| ACH | ACH204129 | 11/1/2025 | $7,673.61 | 1-613 SOUTH | 613 South LLC |
| ACH | ACH204130 | 11/1/2025 | $3,726.15 | 1-GWHELFRICH | Gw Helfrich Realty LLC |
| ACH | ACH204131 | 11/1/2025 | $4,456.35 | 1-INDSTRYCTY | 1-10 Bush Terminal Owner Lp |
| ACH | ACH204132 | 11/1/2025 | $10,433.91 | 1-BALANCE | Balance Building LLC |
| ACH | ACH204133 | 11/1/2025 | $5,700.99 | 1-MENKITI | Menkiti Group |
| ACH | ACH204118 | 11/3/2025 | $23,211.71 | 1-TRAVELERS | Travelers |
| ACH | 0-052-937-853 | 11/4/2025 | $19,889.78 | 1-CA SALETAX | Board of Equalization |
| ACH | ACH204181 | 11/4/2025 | $43,232.21 | 1-BAVVY | Bavvy Milliman |
| ACH | ACH204182 | 11/4/2025 | $5,000.00 | 1-IRS | Internal Revenue Service |
| Check | 53306 | 11/5/2025 | $3,141.15 | FAB | A.W. Faber-Castell USA, INC |
| Check | 53307 | 11/5/2025 | $3,482.45 | AMA | American Art Clay CO Inc |
| Check | 53308 | 11/5/2025 | $2,151.66 | YAS | American Kusa Corporation DBA: Yasutomo |
| Check | 53309 | 11/5/2025 | $3,437.67 | ANG | Angelus Shoe Polish Co. Inc |
| Check | 53310 | 11/5/2025 | $408.87 | ARTR | Artresin, Inc |
| Check | 53311 | 11/5/2025 | $2,434.40 | BCUX | BC USA |
| Check | 53312 | 11/5/2025 | $15,205.50 | 1-BERSTEIN | Bernstein Shur |
| Check | 53313 | 11/5/2025 | $838.96 | PBW | Blackwing |
| Check | 53314 | 11/5/2025 | $61.17 | 1-DISPATCH | Dispatchit Inc |
| Check | 53315 | 11/5/2025 | $240.48 | DOV | Dover Publications |
| Check | 53316 | 11/5/2025 | $384.48 | PRO | Excel Blades Corporation |
| Check | 53317 | 11/5/2025 | $710.71 | FLX | Flexcut Tool Company |
| Check | 53318 | 11/5/2025 | $2,293.35 | FOL | Folkmanis Inc |

| Type | Number | Date | Amount | Code | Payee |
|---|---|---|---|---|---|
| Check | 53319 | 11/5/2025 | $78.40 | | Geocentral |
| Check | 53320 | 11/5/2025 | $366.04 | GDA | Gregory Daniels Fine Arts, Inc. |
| Check | 53321 | 11/5/2025 | $691.60 | KLD | Kikkerland Design |
| Check | 53322 | 11/5/2025 | $152.26 | 1-CYBERCOPY | Kyocera Document Solutions New England |
| Check | 53323 | 11/5/2025 | $1,946.55 | LPI | Lighthouse Publications, Inc |
| Check | 53324 | 11/5/2025 | $564.92 | LOG | Logan Graphic Products |
| Check | 53325 | 11/5/2025 | $551.07 | LUX | Luxury Brands of America |
| Check | 53326 | 11/5/2025 | $1,342.36 | NWP | New Wave LLC |
| Check | 53327 | 11/5/2025 | $411.08 | OOK | OOK Industrial |
| Check | 53328 | 11/5/2025 | $164.00 | 1-ORKIN LA2 | Orkin |
| Check | 53329 | 11/5/2025 | $142.00 | 1-ORKIN SDO | Orkin |
| Check | 53330 | 11/5/2025 | $319.80 | PAO | Paoli Clay Co |
| Check | 53331 | 11/5/2025 | $227.44 | GFI | Plus-Plus USA |
| Check | 53332 | 11/5/2025 | $5,563.76 | MAC22 | Ricardo Palacio, Chapter 7 Trustee |
| Check | 53333 | 11/5/2025 | $6,240.71 | NOOK | Rockynook |
| Check | 53334 | 11/5/2025 | $9,566.90 | ROY | Royal Brush Mfg. Inc. |
| Check | 53335 | 11/5/2025 | $13,075.00 | 1-BERRY | Royer Advisors & Accountants |
| Check | 53336 | 11/5/2025 | $29.64 | RGS | Rupert, Gibbon & Spider |
| Check | 53337 | 11/5/2025 | $2,141.34 | SEP | Sepp Leaf Products, Inc. |
| Check | 53338 | 11/5/2025 | $3,283.05 | SHZ | Shizen Design |
| Check | 53339 | 11/5/2025 | $2,886.61 | SBC | Silver Brush Limited |
| Check | 53340 | 11/5/2025 | $1,204.20 | TATT | Tattly Temporary Tattoos |
| Check | 53341 | 11/5/2025 | $3,996.84 | TEM | Team Plastics Inc. |
| Check | 53342 | 11/5/2025 | $898.50 | LRH | The Little Red House |
| Check | 53343 | 11/5/2025 | $2,021.26 | UPG | Unemployed Philosophers Guild |
| Check | 53344 | 11/5/2025 | $828.01 | X-L | X-L Supplies & Sundries |
| ACH | 991009578886 | 11/5/2025 | $5,301.87 | 1-MO SALETAX | Missouri Department of Revenue |
| Check | 53345 | 11/6/2025 | $21,750.00 | 1-JSF REALTY | Jsf Realty LLC |
| Check | 53346 | 11/6/2025 | $22,942.22 | 1-TUNA | Sehak Tuna |
| Check | 53347 | 11/6/2025 | $17,095.10 | 1-RAINIER | Rainier Northwest Group |
| Check | 53348 | 11/6/2025 | $16,426.00 | 1-TRANQ PROP | Tranquility Property Management |
| ACH | ACH204135 | 11/6/2025 | $4,439.55 | 1-SEAFREE | Seafree Commercial LLC |
| ACH | ACH204136 | 11/6/2025 | $2,854.50 | ACC | Accoutrements |
| ACH | ACH204137 | 11/6/2025 | $3,765.45 | TBW | American Tombow Inc. |
| ACH | ACH204138 | 11/6/2025 | $10,104.14 | BLUX | Blue Q |
| ACH | ACH204139 | 11/6/2025 | $483.21 | CPK | Chartpak |
| ACH | ACH204140 | 11/6/2025 | $3,077.59 | MUL | Craft Time LLC |
| ACH | ACH204141 | 11/6/2025 | $1,501.60 | CRE | Crescent Brands |
| ACH | ACH204142 | 11/6/2025 | $2,719.88 | DJT | Djeco-Us |
| ACH | ACH204143 | 11/6/2025 | $2,660.42 | EEB | Eeboo |
| ACH | ACH204144 | 11/6/2025 | $4,775.13 | GAM | Gamblin Artist Colors |
| ACH | ACH204145 | 11/6/2025 | $1,005.46 | GAS | Grafix Arts Systems |
| ACH | ACH204146 | 11/6/2025 | $2,492.63 | HAND | Handy Art |
| ACH | ACH204147 | 11/6/2025 | $5,024.15 | HOM | House of Marbles |
| ACH | ACH204148 | 11/6/2025 | $889.01 | MED | Iwata Medea |
| ACH | ACH204149 | 11/6/2025 | $1,208.34 | LEG | Legion Paper Corporation |
| ACH | ACH204150 | 11/6/2025 | $7,529.94 | NOT | Notions Marketing |
| ACH | ACH204151 | 11/6/2025 | $4,002.23 | PENT | Pentel of America |
| ACH | ACH204152 | 11/6/2025 | $915.94 | RCC | Red Cap Cards |
| ACH | ACH204153 | 11/6/2025 | $5,320.04 | TAL | Royal Talens North America Inc |
| ACH | ACH204154 | 11/6/2025 | $20,983.27 | SPD | Speedball Art Products |
| ACH | ACH204155 | 11/6/2025 | $2,917.77 | UCH | Uchida of America, Corp |
| ACH | ACH204156 | 11/6/2025 | $2,224.24 | YOWL | Yellow Owl Workshop |
| WIRE | WIRE70125 | 11/6/2025 | $768.35 | APO | Les Encadrements Apollon |
| ACH | ACH204157 | 11/7/2025 | $1,502.03 | AEL | American Easel, LLC |

| ACH | ACH204158 | 11/7/2025 | $1,918.48 | OAS | Armadillo Art & Craft |
| ACH | ACH204159 | 11/7/2025 | $984.61 | CNT | Canwil Textiles |
| ACH | ACH204160 | 11/7/2025 | $9,323.38 | W/N | Colart |
| ACH | ACH204161 | 11/7/2025 | $2,262.93 | CCH | Creative Art Materials Lt |
| ACH | ACH204162 | 11/7/2025 | $17,017.79 | DXN | Dixon Ticonderoga Company |
| ACH | ACH204163 | 11/7/2025 | $121.46 | LYO | Edward C Lyons |
| ACH | ACH204164 | 11/7/2025 | $1,240.33 | EXA | Exaclair Inc. |
| ACH | ACH204165 | 11/7/2025 | $3,012.63 | GOL | Golden Artist Colors, Inc. |
| ACH | ACH204166 | 11/7/2025 | $6,337.59 | HBG | Hachette Book Group |
| ACH | ACH204167 | 11/7/2025 | $5,535.51 | HOL | Hk Holbein Inc |
| ACH | ACH204168 | 11/7/2025 | $3,999.16 | ITO | Itoya Profolio |
| ACH | ACH204169 | 11/7/2025 | $4,672.98 | JBC | John Bead USA Corp |
| ACH | ACH204170 | 11/7/2025 | $4,620.19 | MCS | MCS Industries |
| ACH | ACH204171 | 11/7/2025 | $1,585.76 | PARC | Pacific Arc, Inc. |
| ACH | ACH204172 | 11/7/2025 | $1,426.56 | PRT | Pro Tapes LLC |
| ACH | ACH204173 | 11/7/2025 | $11,226.33 | JRI | Richeson & Co, Inc |
| ACH | ACH204174 | 11/7/2025 | $61,127.44 | SLS | SLS Arts |
| ACH | ACH204175 | 11/7/2025 | $909.39 | STA | Staedtler Inc |
| ACH | ACH204176 | 11/7/2025 | $9,473.80 | LIN | University Products |
| ACH | ACH204178 | 11/7/2025 | $698.18 | 1-MGE | MGE |
| ACH | ACH204179 | 11/10/2025 | $14,843.45 | 1-100LARRABEE | 100 Larrabee, LLC |
| ACH | ACH204180 | 11/10/2025 | $16,276.00 | 1-CELERANT | Celerant Technology Corp |
| Check | 53349 | 11/12/2025 | $10,010.39 | FAB | A.W. Faber-Castell USA, INC |
| Check | 53350 | 11/12/2025 | $872.01 | ANG | Angelus Shoe Polish Co. Inc |
| Check | 53351 | 11/12/2025 | $2,078.02 | ARTR | Artresin, Inc |
| Check | 53352 | 11/12/2025 | $68.14 | 1-DISPATCH | Dispatchit Inc |
| Check | 53353 | 11/12/2025 | $536.42 | DOV | Dover Publications |
| Check | 53354 | 11/12/2025 | $580.92 | PRO | Excel Blades Corporation |
| Check | 53355 | 11/12/2025 | $946.32 | FOL | Folkmanis Inc |
| Check | 53356 | 11/12/2025 | $38.63 | 1-CYBERCOPY | Kyocera Document Solutions New England |
| Check | 53357 | 11/12/2025 | $811.13 | LUX | Luxury Brands of America |
| Check | 53358 | 11/12/2025 | $771.32 | NWP | New Wave LLC |
| Check | 53359 | 11/12/2025 | $170.45 | NOR | Nortech Graphics, Inc. |
| Check | 53360 | 11/12/2025 | $727.68 | OOK | OOK Industrial |
| Check | 53361 | 11/12/2025 | $97.99 | 1-ORKIN BSH | Orkin |
| Check | 53362 | 11/12/2025 | $97.00 | 1-ORKIN HYT | Orkin |
| Check | 53363 | 11/12/2025 | $126.85 | 1-ORKIN TAC | Orkin |
| Check | 53364 | 11/12/2025 | $97.99 | 1-ORKIN WBG | Orkin |
| Check | 53365 | 11/12/2025 | $626.16 | GFI | Plus-Plus USA |
| Check | 53366 | 11/12/2025 | $681.42 | NOOK | Rockynook |
| Check | 53367 | 11/12/2025 | $1,373.29 | ROY | Royal Brush Mfg. Inc. |
| Check | 53368 | 11/12/2025 | $395.40 | SEP | Sepp Leaf Products, Inc. |
| Check | 53369 | 11/12/2025 | $3,927.99 | SBC | Silver Brush Limited |
| Check | 53370 | 11/12/2025 | $267.30 | SBV | Squire Boone Village |
| Check | 53371 | 11/12/2025 | $1,425.60 | TATT | Tattly Temporary Tattoos |
| Check | 53372 | 11/12/2025 | $452.85 | TEM | Team Plastics Inc. |
| WIRE | WIRE70126 | 11/12/2025 | $2,500.00 | 1-PORTTRUST | Portland Trust |
| ACH | ACH204216 | 11/13/2025 | $157,675.89 | 1-AMEX | American Express |
| ACH | ACH204218 | 11/13/2025 | $3,309.93 | 1-CIGNA | Cigna Healthcare |
| ACH | ACH204223 | 11/13/2025 | $157,582.92 | 1-AMEX | American Express |
| ACH | ACH204184 | 11/14/2025 | $4,426.16 | AEL | American Easel, LLC |
| ACH | ACH204185 | 11/14/2025 | $1,950.01 | TBW | American Tombow Inc. |
| ACH | ACH204186 | 11/14/2025 | $4,111.28 | OAS | Armadillo Art & Craft |
| ACH | ACH204187 | 11/14/2025 | $2,201.44 | CNT | Canwil Textiles |
| ACH | ACH204188 | 11/14/2025 | $4,676.57 | MUI | Craft Time LLC |

| ACH | ACH204188 | 11/14/2025 | | | Craft Time LLC |
| ACH | ACH204189 | 11/14/2025 | $4,582.26 | CCH | Creative Art Materials Lt |
| ACH | ACH204190 | 11/14/2025 | $9,917.32 | CRE | Crescent Brands |
| ACH | ACH204191 | 11/14/2025 | $52,412.56 | DXN | Dixon Ticonderoga Company |
| ACH | ACH204192 | 11/14/2025 | $1,182.50 | DJT | Djeco-Us |
| ACH | ACH204193 | 11/14/2025 | $894.05 | EEB | Eeboo |
| ACH | ACH204194 | 11/14/2025 | $1,171.12 | EXA | Exaclair Inc. |
| ACH | ACH204195 | 11/14/2025 | $6,111.08 | GAM | Gamblin Artist Colors |
| ACH | ACH204196 | 11/14/2025 | $10,185.85 | GOL | Golden Artist Colors, Inc. |
| ACH | ACH204197 | 11/14/2025 | $466.97 | GAS | Grafix Arts Systems |
| ACH | ACH204198 | 11/14/2025 | $6,454.43 | HBG | Hachette Book Group |
| ACH | ACH204199 | 11/14/2025 | $4,378.35 | HAND | Handy Art |
| ACH | ACH204200 | 11/14/2025 | $2,811.93 | HOL | Hk Holbein Inc |
| ACH | ACH204201 | 11/14/2025 | $2,576.61 | ITO | Itoya Profolio |
| ACH | ACH204202 | 11/14/2025 | $1,594.03 | MED | Iwata Medea |
| ACH | ACH204203 | 11/14/2025 | $946.45 | JBC | John Bead USA Corp |
| ACH | ACH204204 | 11/14/2025 | $2,674.94 | LEG | Legion Paper Corporation |
| ACH | ACH204205 | 11/14/2025 | $4,272.64 | MCS | MCS Industries |
| ACH | ACH204206 | 11/14/2025 | $228.00 | NAT | Nature Print Paper |
| ACH | ACH204207 | 11/14/2025 | $2,001.52 | NOT | Notions Marketing |
| ACH | ACH204208 | 11/14/2025 | $3,203.97 | PARC | Pacific Arc, Inc. |
| ACH | ACH204209 | 11/14/2025 | $4,514.83 | JRI | Richeson & Co, Inc |
| ACH | ACH204210 | 11/14/2025 | $14,902.93 | TAL | Royal Talens North America Inc |
| ACH | ACH204211 | 11/14/2025 | $11,216.12 | SAK | Sakura of America |
| ACH | ACH204212 | 11/14/2025 | $52,003.05 | SLS | SLS Arts |
| ACH | ACH204213 | 11/14/2025 | $7,010.32 | SPD | Speedball Art Products |
| ACH | ACH204214 | 11/14/2025 | $280.28 | UCH | Uchida of America, Corp |
| ACH | ACH204215 | 11/14/2025 | $983.20 | LIN | University Products |
| ACH | ACH204217 | 11/14/2025 | $4,352.13 | YOWL | Yellow Owl Workshop |
| ACH | ACH204219 | 11/14/2025 | $372.45 | 1-CMP | Central Maine Power Co. |
| ACH | ACH204220 | 11/14/2025 | $759.43 | 1-CMP | Central Maine Power Co. |
| ACH | ACH204221 | 11/14/2025 | $1,351.46 | 1-LADWP 6656 | La Dept. of Water & Power |
| ACH | ACH204222 | 11/14/2025 | $175.00 | 1-CELERANT | Celerant Technology Corp |
| ACH | ACH204262 | 11/14/2025 | $983.20 | UCH | Uchida of America, Corp |
| ACH | AMX80613 | 11/14/2025 | $248.95 | 1-DUQUES | Duquesne Light Company |
| ACH | AMX80614 | 11/14/2025 | $281.71 | 1-DUQUES | Duquesne Light Company |
| ACH | AMX80615 | 11/14/2025 | $5,399.88 | 1-UPS CC | Ups |
| ACH | AMX80616 | 11/14/2025 | $181.89 | 1-SAN DIEGO | City Treasurer |
| ACH | AMX80617 | 11/14/2025 | $5,000.00 | 1-SPECTRUM | Charter Communications |
| ACH | ACH204281 | 11/18/2025 | $1,992.28 | 1-MUTUAL | Mutual of Omaha Insurance Company |
| ACH | ACH204293 | 11/18/2025 | $261.00 | 1-CBS | Commuter Benefit Solutions |
| Check | 53373 | 11/19/2025 | $554.26 | ARTR | Artresin, Inc |
| Check | 53374 | 11/19/2025 | $4,068.80 | BCUX | BC USA |
| Check | 53375 | 11/19/2025 | $2,902.21 | BED | Beadalon / Artistic Wire |
| Check | 53376 | 11/19/2025 | $19,182.33 | 1-BERSTEIN | Bernstein Shur |
| Check | 53377 | 11/19/2025 | $2,277.27 | BRW | Brewer Sewing Supplies |
| Check | 53378 | 11/19/2025 | $75.00 | 1-STATE WI | City of Madison Treasurer |
| Check | 53379 | 11/19/2025 | $345.70 | 1-COLONIAL | Colonial Supplemental Insurance |
| Check | 53380 | 11/19/2025 | $51.07 | 1-DISPATCH | Dispatchit Inc |
| Check | 53381 | 11/19/2025 | $1,115.64 | PRO | Excel Blades Corporation |
| Check | 53382 | 11/19/2025 | $581.21 | GLSX | Global Solutions |
| Check | 53383 | 11/19/2025 | $1,781.69 | 1-CYBERCOPY | Kyocera Document Solutions New England |
| Check | 53384 | 11/19/2025 | $4,332.78 | LPI | Lighthouse Publications, Inc |
| Check | 53385 | 11/19/2025 | $225.58 | LOG | Logan Graphic Products |
| Check | 53386 | 11/19/2025 | $1,577.26 | LUX | Luxury Brands of America |

| Check | 53387 | 11/19/2025 | $1,153.09 | | New Wave LLC |
| Check | 53388 | 11/19/2025 | $330.26 | OOK | OOK Industrial |
| Check | 53389 | 11/19/2025 | $150.00 | 1-ORKIN BAL | Orkin |
| Check | 53390 | 11/19/2025 | $97.99 | 1-ORKIN ICY | Orkin |
| Check | 53391 | 11/19/2025 | $75.00 | 1-ORKIN MAD | Orkin |
| Check | 53392 | 11/19/2025 | $167.73 | 1-ORKIN SEA | Orkin |
| Check | 53393 | 11/19/2025 | $2,670.24 | PAO | Paoli Clay Co |
| Check | 53394 | 11/19/2025 | $885.78 | NOOK | Rockynook |
| Check | 53395 | 11/19/2025 | $4,353.88 | ROY | Royal Brush Mfg. Inc. |
| Check | 53396 | 11/19/2025 | $743.00 | SEP | Sepp Leaf Products, Inc. |
| Check | 53397 | 11/19/2025 | $358.35 | SBV | Squire Boone Village |
| Check | 53398 | 11/19/2025 | $674.97 | TEM | Team Plastics Inc. |
| Check | 53399 | 11/19/2025 | $279.60 | UPG | Unemployed Philosophers Guild |
| ACH | 0-003-514-174 | 11/19/2025 | $9,153.09 | 1-ME SALETAX | Maine Revenue Services |
| WIRE | WIRE70127 | 11/19/2025 | $6,601.30 | APO | Les Encadrements Apollon |
| ACH | ACH204280 | 11/20/2025 | $9,953.00 | 1-SBA | U.S. Small Business Administration |
| ACH | ACH204224 | 11/21/2025 | $117.80 | 1-UNITIL | Unitil |
| ACH | ACH204225 | 11/21/2025 | $32.10 | 1-PGW | Philadelphia Gas Works |
| ACH | ACH204226 | 11/21/2025 | $46.29 | 1-PGW | Philadelphia Gas Works |
| ACH | ACH204227 | 11/21/2025 | $35.39 | 1-PGW | Philadelphia Gas Works |
| ACH | ACH204228 | 11/21/2025 | $843.62 | 1-SDGE | San Diego Gas & Electric |
| ACH | ACH204229 | 11/21/2025 | $1,753.13 | 1-SDGE | San Diego Gas & Electric |
| ACH | ACH204230 | 11/21/2025 | $2,265.10 | AEL | American Easel, LLC |
| ACH | ACH204231 | 11/21/2025 | $1,187.07 | OAS | Armadillo Art & Craft |
| ACH | ACH204232 | 11/21/2025 | $1,074.34 | BLUX | Blue Q |
| ACH | ACH204233 | 11/21/2025 | $1,213.88 | CPK | Chartpak |
| ACH | ACH204234 | 11/21/2025 | $7,972.52 | W/N | Colart |
| ACH | ACH204235 | 11/21/2025 | $4,709.37 | MUL | Craft Time LLC |
| ACH | ACH204236 | 11/21/2025 | $3,705.50 | CRE | Crescent Brands |
| ACH | ACH204237 | 11/21/2025 | $23,489.79 | DXN | Dixon Ticonderoga Company |
| ACH | ACH204238 | 11/21/2025 | $11,234.81 | DJT | Djeco-Us |
| ACH | ACH204239 | 11/21/2025 | $1,988.20 | EEB | Eeboo |
| ACH | ACH204240 | 11/21/2025 | $2,460.71 | EXA | Exaclair Inc. |
| ACH | ACH204241 | 11/21/2025 | $11,276.60 | GOL | Golden Artist Colors, Inc. |
| ACH | ACH204242 | 11/21/2025 | $20,751.61 | GAM | Gamblin Artist Colors |
| ACH | ACH204243 | 11/21/2025 | $415.83 | GAS | Grafix Arts Systems |
| ACH | ACH204244 | 11/21/2025 | $2,304.37 | HBG | Hachette Book Group |
| ACH | ACH204245 | 11/21/2025 | $949.89 | HOL | Hk Holbein Inc |
| ACH | ACH204246 | 11/21/2025 | $587.75 | HOM | House of Marbles |
| ACH | ACH204247 | 11/21/2025 | $2,220.93 | ITO | Itoya Profolio |
| ACH | ACH204248 | 11/21/2025 | $740.80 | MED | Iwata Medea |
| ACH | ACH204249 | 11/21/2025 | $831.62 | DSW | JJC Industries LLC |
| ACH | ACH204250 | 11/21/2025 | $1,187.85 | HAD | Libeco |
| ACH | ACH204251 | 11/21/2025 | $8,031.58 | MCS | MCS Industries |
| ACH | ACH204252 | 11/21/2025 | $2,254.25 | NOT | Notions Marketing |
| ACH | ACH204253 | 11/21/2025 | $1,313.22 | PARC | Pacific Arc, Inc. |
| ACH | ACH204254 | 11/21/2025 | $7,681.81 | PENT | Pentel of America |
| ACH | ACH204255 | 11/21/2025 | $10,838.30 | JRI | Richeson & Co, Inc |
| ACH | ACH204256 | 11/21/2025 | $13,342.56 | TAL | Royal Talens North America Inc |
| ACH | ACH204257 | 11/21/2025 | $2,229.18 | SAK | Sakura of America |
| ACH | ACH204258 | 11/21/2025 | $60,097.80 | SLS | SLS Arts |
| ACH | ACH204259 | 11/21/2025 | $11,987.51 | SPD | Speedball Art Products |
| ACH | ACH204260 | 11/21/2025 | $2,648.79 | STA | Staedtler Inc |
| ACH | ACH204261 | 11/21/2025 | $2,500.30 | LIN | University Products |
| ACH | 0-034-642-493 | 11/24/2025 | $9,743.53 | 1-SC SALETAX | SC Department of Revenue |

| ACH | 0-179-906-272 | 11/24/2025 | $3,840.96 | 1-WI SALETAX | Wisconsin Department of Revenue |
| ACH | 0-027-727-761 | 11/25/2025 | $7,500.00 | 1-PA SALETAX | PA Department of Revenue |
| ACH | 0-027-785-105 | 11/25/2025 | $8,476.82 | 1-PA SALETAX | PA Department of Revenue |
| ACH | 0-053-320-540 | 11/25/2025 | $19,599.18 | 1-CA SALETAX | Board of Equalization |
| ACH | FR0001635414 | 11/25/2025 | $3,896.56 | 1-KY SALETAX | Kentucky State Treasurer |
| ACH | FR0002942654 | 11/25/2025 | $11,554.69 | 1-MD SALETAX | Comptroller of Maryland |
| Check | 53400 | 11/26/2025 | $295.00 | 1-ABC ELECT | ABC Electric |
| Check | 53401 | 11/26/2025 | $66.90 | 1-DIRECT | Direct Transport |
| Check | 53402 | 11/26/2025 | $97.37 | 1-DISPATCH | Dispatchit Inc |
| Check | 53403 | 11/26/2025 | $1,285.29 | MID | Ishiico, Inc. dba Midwest Products Co IN |
| Check | 53404 | 11/26/2025 | $558.48 | 1-MR T | Mrt Bwr, Corp |
| Check | 53405 | 11/26/2025 | $133.00 | 1-ORKINPORME | Orkin |
| Check | 53406 | 11/26/2025 | $3,261.20 | 1-SERVEPRO | Servpro of Downtown Seattle & Bellevue |
| Check | 53407 | 11/26/2025 | $2,342.74 | 1-TEAMLOGIC | Teamlogic It Northeast Ma |
| ACH | ACH204263 | 11/28/2025 | $9,928.94 | W/N | Colart |
| ACH | ACH204264 | 11/28/2025 | $22,142.79 | MPC | Masterpiece Artist Canvas LLC |
| ACH | ACH204265 | 11/28/2025 | $3,105.51 | MCS | MCS Industries |
| ACH | ACH204266 | 11/28/2025 | $3,226.08 | NOT | Notions Marketing |
| ACH | ACH204267 | 11/28/2025 | $8,304.25 | TAL | Royal Talens North America Inc |
| ACH | ACH204268 | 11/28/2025 | $4,553.22 | SAK | Sakura of America |
| ACH | ACH204269 | 11/28/2025 | $34,780.91 | SLS | SLS Arts |
| ACH | STPP25112501124 | 11/28/2025 | $39,344.71 | 1-NY SALETAX | Nys Sales Tax Processing |
| ACH | 0-049-631-961 | 12/1/2025 | $33,057.74 | 1-WA SALETAX | State of Washington |
| ACH | ACH204270 | 12/1/2025 | $53.10 | 1-NWNATURAL | NW Natural |
| ACH | ACH204271 | 12/1/2025 | $4,905.77 | 1-FIRSTLIGHT | Firstlight Fiber |
| ACH | ACH204272 | 12/1/2025 | $16,300.00 | 1-KAPLAN | Michael David Kaplan |
| ACH | ACH204273 | 12/1/2025 | $8,257.50 | 1-SEAFREE | Seafree Commercial LLC |
| ACH | ACH204274 | 12/1/2025 | $36,361.10 | 1-INDSTRYCTY | 1-10 Bush Terminal Owner Lp |
| ACH | ACH204275 | 12/1/2025 | $10,433.91 | 1-BALANCE | Balance Building LLC |
| ACH | ACH204277 | 12/1/2025 | $1,000.00 | 1-BENCLAY | Benjamin Clay |
| ACH | ACH204278 | 12/1/2025 | $1,000.00 | 1-MEKAUFMAN | Marjorie E Kaufman |
| ACH | ACH204279 | 12/1/2025 | $1,500.00 | 1-ROBLAN | Robert Landry |
| ACH | ACH204276 | 12/2/2025 | $14,049.27 | 1-TRAVELERS | Travelers |
| ACH | ACH204301 | 12/2/2025 | $53,413.84 | 1-BAVVY | Bavvy Milliman |
| ACH | ACH204336 | 12/2/2025 | $5,000.00 | 1-IRS | Internal Revenue Service |
| Check | 53408 | 12/3/2025 | $4,048.00 | 1-BERSTEIN | Bernstein Shur |
| Check | 53409 | 12/3/2025 | $3,899.04 | 1-CDW | CDW Direct, LLC |
| Check | 53410 | 12/3/2025 | $41.54 | 1-DISPATCH | Dispatchit Inc |
| Check | 53411 | 12/3/2025 | $126.85 | 1-ORKIN TAC | Orkin |
| Check | 53412 | 12/3/2025 | $142.00 | 1-ORKIN SDO | Orkin |
| Check | 53413 | 12/3/2025 | $240.00 | SVL | Sarahvision LLC |
| ACH | 991009671417 | 12/4/2025 | $5,649.29 | 1-MO SALETAX | Missouri Department of Revenue |
| Check | 53414 | 12/5/2025 | $450.00 | 1-KEYSTONE | KEYSTONE SIGN & COMPANY |
| ACH | ACH204282 | 12/5/2025 | $1,143.32 | 1-KCPL | KCP&L |
| ACH | ACH204283 | 12/5/2025 | $114.69 | 1-NWNATURAL | NW Natural |
| ACH | ACH204284 | 12/5/2025 | $6,953.75 | 1-201WGORHAM | Gorham Properties LLC |
| ACH | ACH204285 | 12/5/2025 | $21,750.00 | 1-JSF REALTY | Jsf Realty LLC |
| ACH | ACH204286 | 12/5/2025 | $22,942.22 | 1-TUNA | Sehak Tuna |
| ACH | ACH204287 | 12/5/2025 | $9,250.00 | 1-BROADWAY | Broadway Realty Holdings LLC |
| ACH | ACH204288 | 12/5/2025 | $7,051.26 | 1-ACE EIGHT | Ace Eight Calling LLC |
| ACH | ACH204289 | 12/5/2025 | $9,798.12 | 1-NEILWALTER | Shaub St Helens LLC |
| ACH | ACH204290 | 12/5/2025 | $4,250.00 | 1-AL LLC | A&L LLC |
| ACH | ACH204291 | 12/5/2025 | $3,726.15 | 1-GWHELFRICH | Gw Helfrich Realty LLC |
| ACH | ACH204292 | 12/5/2025 | $16,426.00 | 1-TRANQ PROP | Tranquility Property Management |

| ACH | ACH204294 | 12/5/2025 | $1,905.95 | SLS | SLS Arts |
| ACH | ACH204302 | 12/5/2025 | $25,000.00 | 1-AMEX | American Express |
| Check | 53415 | 12/8/2025 | $450.00 | 1-KEYSTONE | KEYSTONE SIGN & COMPANY |
| Check | 53416 | 12/10/2025 | $587.80 | ANG | Angelus Shoe Polish Co. Inc |
| Check | 53417 | 12/10/2025 | $7,006.16 | ASM | Asmodee |
| Check | 53418 | 12/10/2025 | $197.85 | 1-DEAD RIVER | Dead River |
| Check | 53419 | 12/10/2025 | $253.98 | DOV | Dover Publications |
| Check | 53420 | 12/10/2025 | $96.00 | 1-DUS | Dus-Trol Rental Company |
| Check | 53421 | 12/10/2025 | $13,197.48 | KLD | Kikkerland Design |
| Check | 53422 | 12/10/2025 | $2,860.80 | NWP | New Wave LLC |
| Check | 53423 | 12/10/2025 | $842.90 | OOK | OOK Industrial |
| Check | 53424 | 12/10/2025 | $164.00 | 1-ORKIN LA2 | Orkin |
| Check | 53425 | 12/10/2025 | $97.99 | 1-ORKIN WBG | Orkin |
| ACH | ACH204295 | 12/11/2025 | $26,243.60 | SLS | SLS Arts |
| ACH | ACH204296 | 12/11/2025 | $7,251.00 | 1-WIGHTMAN | Hobart Wightman Associates |
| ACH | ACH204297 | 12/11/2025 | $7,550.89 | 1-LAW PROP | The Law Properties LLC |
| ACH | ACH204298 | 12/11/2025 | $17,095.10 | 1-RAINIER | Rainier Northwest Group |
| ACH | ACH204299 | 12/11/2025 | $3,999.86 | 1-HP INVEST | Hp Investments, LLC |
| ACH | ACH204300 | 12/11/2025 | $7,673.61 | 1-613 SOUTH | 613 South LLC |
| ACH | ACH204303 | 12/12/2025 | $54,939.69 | DXN | Dixon Ticonderoga Company |
| ACH | ACH204304 | 12/12/2025 | $487.49 | 1-MGE | MGE |
| ACH | ACH204305 | 12/12/2025 | $405.57 | 1-CMP | Central Maine Power Co. |
| ACH | ACH204306 | 12/12/2025 | $681.64 | 1-CMP | Central Maine Power Co. |
| ACH | ACH204307 | 12/12/2025 | $8,925.78 | OAS | Armadillo Art & Craft |
| ACH | ACH204308 | 12/12/2025 | $17,618.86 | W/N | Colart |
| ACH | ACH204309 | 12/12/2025 | $3,553.85 | CCH | Creative Art Materials Lt |
| ACH | ACH204310 | 12/12/2025 | $15,526.85 | CRE | Crescent Brands |
| ACH | ACH204311 | 12/12/2025 | $18,916.24 | GOL | Golden Artist Colors, Inc. |
| ACH | ACH204312 | 12/12/2025 | $4,554.55 | MED | Iwata Medea |
| ACH | ACH204313 | 12/12/2025 | $6,272.44 | PARC | Pacific Arc, Inc. |
| ACH | ACH204314 | 12/12/2025 | $26,095.21 | SPD | Speedball Art Products |
| ACH | ACH204315 | 12/12/2025 | $25,000.00 | 1-AMEX | American Express |
| ACH | ACH204316 | 12/12/2025 | $1,090.00 | 1-NY CES TAX | NYC Department of Finance |
| ACH | ACH204317 | 12/12/2025 | $880.00 | 1-NYC CES TX | NYC Department of Finance |
| ACH | ACH204318 | 12/15/2025 | $100,000.00 | 1-AMEX | American Express |
| ACH | ACH204319 | 12/15/2025 | $3,974.06 | GAS | Grafix Arts Systems |
| ACH | ACH204320 | 12/15/2025 | $18,936.38 | HBG | Hachette Book Group |
| ACH | ACH204321 | 12/15/2025 | $1,453.07 | HAND | Handy Art |
| ACH | ACH204322 | 12/15/2025 | $13,506.05 | HOM | House of Marbles |
| ACH | ACH204323 | 12/15/2025 | $5,763.95 | NOT | Notions Marketing |
| ACH | ACH204324 | 12/15/2025 | $18,199.08 | TAL | Royal Talens North America Inc |
| ACH | ACH204325 | 12/15/2025 | $6,777.64 | SAK | Sakura of America |
| ACH | ACH204331 | 12/15/2025 | $3,204.14 | 1-CIGNA | Cigna Healthcare |
| ACH | ACH204332 | 12/15/2025 | $876.67 | 1-MUTUAL | Mutual of Omaha Insurance Company |
| ACH | 0-003-516-024 | 12/17/2025 | $10,413.70 | 1-ME SALETAX | Maine Revenue Services |
| ACH | ACH204326 | 12/17/2025 | $3,927.79 | 1-AMEX | American Express |
| ACH | ACH204327 | 12/17/2025 | $64,869.02 | 1-AMEX | American Express |
| ACH | ACH204328 | 12/17/2025 | $14,063.61 | 1-100LARRABEE | 100 Larrabee, LLC |
| ACH | ACH204329 | 12/17/2025 | $1,147.67 | 1-LADWP 6656 | La Dept. of Water & Power |
| ACH | ACH204330 | 12/17/2025 | $509.21 | 1-UNITIL | Unitil |
| ACH | ACH204333 | 12/17/2025 | $1,600.37 | 1-BLUE | Blue Ridge Esop Associates |
| ACH | ACH204334 | 12/17/2025 | $276.56 | 1-COLONIAL | Colonial Supplemental Insurance |
| ACH | ACH204335 | 12/17/2025 | $53,340.00 | 1-BERSTEIN | Bernstein Shur |
| ACH | ACH204337 | 12/18/2025 | $265.00 | 1-CBS | Commuter Benefit Solutions |

$4,720,866.19

Artstock Pension Information

ESOP Distribution 5/30/25 in the amount of $78,388.68 to all vested members

| | | | Sub Total | 95.34 | 0.00 |
|---|---|---|---|---|---|
| | **Disbursements** | | | | |
| 05/30/2025 | Scheduled Cash Disbursement | | | | -78,388.68 |
| | Disbursement - Miscellaneous | | | | |
| | Paid To : Reliance Trust Company | | | | |
| | | | | | |
| | Paid For : Artstock Artist & Craftsman Supply ESOP | | | | |
| | Cash Distribution to Reliance Trust per closing request dtd 5/23/25 | | | | |
| | | | Sub Total | 0.00 | -78,388.68 |
| | **Receipts** | | | | |
| 05/27/2025 | Scheduled Cash Deposit | | | | 50,000.00 |
| | Contribution | | | | |
| | Received From   Artstock Artist & Craftsman Supply ESOP | | | | |
| | $50,000 from Artstock Artist & Craftsman | | | | |
| 05/29/2025 | Scheduled Cash Deposit | | | | 1,000.00 |
| | Deposit | | | | |
| | Received From   Glenn L Davis | | | | |
| | payment for the 1,000 shares for the new holding company; from Mark Levasseur, Trever Webster & Glenn Davis | | | | |
| | | | Sub Total | 0.00 | 51,000.00 |
| | *Short Term Investment Summary* | | | | |
| | 1 | Purchases ( s ) For | | | -95.34 |
| | 1 | Sale ( s ) For | | | 27,388.68 |
| | ***Ending Balances*** | | | $ -195,255.23 | $ 195,255.23 |

Artstock 401K Plan currently 73 participants with plan assets of $743,937.00 currently administered by ADP Payroll Services.

Sarah Benson is the Plan Administrator of Artstock's 401K Plan