UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN RE:<br><br>**ARTSTOCK dba**<br>**ARTIST & CRAFSTMAN SUPPLY**,<br><br>Debtor. | Bankruptcy Case #25-20305<br><br>Chapter 11 |

## APPOINTMENT OF OFFICIAL COMMITTEE
## OF UNSECURED CREDITORS

Pursuant to 28 U.S.C. 586(a)(3), 11 U.S.C. § 1102, and Fed. R. Bankr. P. 2007, the United States Trustee appoints the following creditors to the Official Committee of Unsecured Creditors in the above-referenced case:

Golden Artist Colors, Inc.
c/o Alan Livelsberger
188 Bell Road
New Berlin, NY  13411
Email: alivelsberger@goldenpaints.com
Phone: 607-847-6154

Masterpiece Artist Canvas, LLC
c/o John Sooklaris
826 Orange Ave., #111
San Diego, CA 92118
Email: john@masterpiecearts.com
Phone: 619-710-2500

Royal Talens North America, Inc.
c/o Caryl Schivley
30 Industrial Drive
Northampton, MA 01060
Email: c.schivley@royaltalens.com
Phone: 413-727-5841

Gamblin Artist Colors
c/o Peter E.S. Cole
717 N Haystack Mountain Dr
Heber City, UT 84032
E-mail: pete@gamblincolors.com
Phone: 503-459-6543

SLS Arts, Inc.
c/o Andrew Kimball
5524 Mounes Street
New Orleans, LA 70123
E-mail: andrew@slsarts.com
Phone: 504-207-0622

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | WILLIAM K. HARRINGTON<br>The United States Trustee |
| Dated: January 12, 2026 | By: /s/ *Sandra Nicholls*<br>Sandra Nicholls<br>Acting Assistant U.S. Trustee<br>U.S. Department of Justice<br>Office of the U.S. Trustee<br>5 Post Office Square, Suite 1000<br>Boston, MA 02109-3934401-528-5553<br>sandra.nicholls@usdoj.gov |

### CERTIFICATION OF SERVICE

I hereby certify that on January 12, 2026, I electronically filed the above Appointment with the Clerk of the Bankruptcy Court for the District of Maine using the CM/ECF System. True and correct copies of the foregoing appointment were served via CM/ECF only upon the individuals who have filed notices of appearance in the Court's CM/ECF database, and by email to the committee members identified above.

/s/ *Sandra Nicholls*
Sandra Nicholls