**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

|  |  |  |
|---|---|---|
| In re:<br>Artstock d/b/a Artist & Craftsman Supply,<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>) | Chapter 11<br>Case No.  25-20305 |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that Verrill Dana, LLP hereby enters its appearance in the above-captioned case as proposed counsel to the Official Committee of Unsecured Creditors, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), and Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and requests that copies of any and all notices and papers filed or entered in this case be given to and served upon the following:

Lindsay Zahradka Milne
Nathaniel R. Hull
**VERRILL DANA, LLP**
One Portland Square, 10th Floor
Portland, Maine 04101
Tel: (207) 774-4000
E-mail: lmilne@verrill-law.com
E-mail: nhull@verrill-law.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail,

1

courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that is filed or given in connection with these cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives: (i) any right to have any matter or proceeding for which a bankruptcy court lacks the authority to enter a final order or judgment without the consent of the parties adjudicated by an Article III court; (ii) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) an election of remedies; or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against any debtor or any other entity either in these cases or in any other actions are expressly reserved.

Dated:  January 16, 2026               **VERRILL DANA, LLP**

*/s/ Lindsay Zahradka Milne*
Lindsay Zahradka Milne
Nathaniel R. Hull
One Portland Square, 10th Floor
Portland, Maine 04101
Telephone: (207) 774-4000
Email: lmilne@verrill-law.com
           nhull@verrill-law.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

    I, Lindsay Zahradka Milne, being over the age of eighteen and a partner in the firm of Verrill Dana, LLP of Portland, Maine, hereby certify that on this date, I electronically filed the *Notice of Appearance and Request for Service of Notices and Papers* which was served on the parties listed via CM/ECF.

Dated:  January 16, 2026           */s/ Lindsay Zahradka Milne*
                                                    Lindsay Zahradka Milne
                                                    VERRILL DANA, LLP
                                                    One Portland Square, 10th Floor
                                                    Portland, Maine 04101
                                                    Telephone: (207) 774-4000
                                                    Email: lmilne@verrill-law.com