## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>**ARTSTOCK d/b/a Artist & Craftsman Supply,**<br><br>　　　　**Debtor.**[1] | **Chapter 11**<br>**Case No. 25-20305** |

### CERTIFICATE OF SERVICE

I, Angela L. Stewart, being over the age of eighteen and an employee of Verrill Dana LLP in Portland, Maine, hereby certify that, on January 20, 2026, the *Limited Objection and Reservation of Rights of Official Committee of Unsecured Creditors to Motion of the Debtor for: (I) Entry of an Order on an Interim and Then Final Basis: (A) Authorizing the Use of Cash Collateral; (B) Granting Adequate Protection; and (C) Granting Related Relief; and (II) Granting Emergency Determination and Limiting Notice on an Interim Basis [Docket No. 100]* (the "Limited Objection") was filed via the Court's CM/ECF electronic filing system ("CM/ECF"), which sent notice to all parties receiving notification through CM/ECF.

I further certify that on January 20, 2026, I served the Limited Objection via electronic mail upon the service parties set forth in the Service List attached hereto.

Dated: January 20, 2026　　　　　　　　*/s/ Angela L. Stewart*
　　　　　　　　　　　　　　　　　　　Angela L. Stewart, CP©, CEDS
　　　　　　　　　　　　　　　　　　　Verrill Dana LLP
　　　　　　　　　　　　　　　　　　　One Portland Square, 10th Floor
　　　　　　　　　　　　　　　　　　　Portland, ME 04101

---

[1] The last four digits of Artstock's federal taxpayer identification number are 6772, and its principal place of business is 540 Deering Avenue, Portland, Maine.

## SERVICE LIST

**The Limited Objection was served upon the following parties via electronic mail on January 20, 2026:**

| Party | Counsel / Contact |
|---|---|
| Office of the U.S. Trustee | Ann Marie Dirsa, Esq.<br>ann.marie.dirsa@usdoj.gov<br><br>Sandra Nicholls, Esq.<br>sandra.nicholls@usdoj.gov |
| Artstock d/b/a Artist & Craftsman Supply (Debtor) | Sam Anderson, Esq.<br>sanderson@bernsteinshur.com<br><br>Adam R. Prescott, Esq.<br>aprescott@bernsteinshur.com |
| Cambridge Savings Bank | Brendan T. Barry, Esq.<br>btb@marcusclegg.com<br><br>David C. Johnson, Esq.<br>dcj@marcusclegg.com<br><br>Brendan C. Recupero<br>brecupero@riemerlaw.com<br><br>Steven E. Fox<br>SFox@riemerlaw.com |
| U.S. Small Business Administration | Diane Sturgeon<br>Diane.Sturgeon@sba.gov<br><br>Juan Romero-Sanchez<br>juan.romero-sanchez@sba.gov<br><br>CESC.Bankruptcy@sba.gov<br>Maine_DO@sba.gov |

| Party | Counsel / Contact |
|---|---|
| Art Supply Enterprises, Inc. d/b/a MacPherson's | Alan D. Leib, Esq.<br>aleib@ktslaw.com |
| Internal Revenue Service | Scott.Miller@irs.gov |
| Official Committee of Unsecured Creditors | Golden Artist Colors, Inc.<br>c/o Alan Livelsberger<br>alivelsberger@goldenpaints.com<br><br>Masterpiece Artist Canvas, LLC<br>c/o John Sooklaris<br>john@masterpiecearts.com<br><br>Gamblin Artist Colors<br>c/o Peter E.S. Cole<br>pete@gamblincolors.com<br><br>Royal Talens North America, Inc.<br>c/o Caryl Schivley<br>c.schivley@royaltalens.com<br><br>SLS Arts, Inc.<br>c/o Andrew Kimball<br>andrew@slsarts.com |
| Lawrence J. Adlerstein | Kelly McDonald, Esq.<br>kmcdonald@mpmlaw.com |
| Shaub Ellison Company | Anthony J. Manhart, Esq.<br>tmanhart@perkinsthompson.com |
| Tuna 2009 Revocable Trust Dated August 31, 2009 | Fred W. Bopp, III, Esq.<br>fbopp@boppguecia.com |