## Exhibit A
### Rejected Leases

| Contract Counterparty | Contract Description | Location of Store |
|---|---|---|
| A&L LLC | Commercial Lease | 229 Southwest Boulevard, Kansas City, Missouri |
| Iron Stone Phoenixville Enterprises LLC | Commercial Lease | 12-18 West Willow Grove Avenue, Philadelphia, Pennsylvania |