RECEIVED
By USBC Portland at 2:47 pm, 01/27/2026

THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MAINE

| In re: ARTSTOCK d/b/a Artist & Craftsman Supply | Case No. 25-20305 |
|---|---|
| Debtor: | Chapter 11 |

MOTION OF SILVER BRUSH LIMITED

FOR ALLOWANCE AND PAYMENT OF 503(B)(9) ADMINISTRATIVE EXPENSE CLAIM

## I. BACKGROUND

1. On December 21, 2025 (the "Petition Date"), ARTSTOCK d/b/a Artist & Craftsman Supply ("Debtor") commenced its chapter 11 case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code with this Court.

2. The Debtor continues to operate its business and manage its financial affairs pursuant to §§ 1107 and 1108(a) of the Bankruptcy Code. No trustee has been appointed. A Creditors' Committee (the "Committee") has not yet been appointed in this case pursuant to Bankruptcy Code section **1102**.

3. Prior to the Petition Date, SILVER BRUSH LIMITED ("Creditor") sold artists materials including artists brushes (collectively, the "Goods"), to Debtor in the ordinary course of business, on normal terms (net 30 days.) Within twenty (20) days prior to the Petition Date (i.e., between December 1, 2025) and Petition Date), Debtor received delivery of Goods on credit terms from Creditor (the "20-Day Deliveries.") The total value of the 20-Day Deliveries is $730.09 (the "503(b)(9) Claim"). A true and correct copy of the invoice for the 20-Day Delivery is annexed hereto as Exhibit A. Proof of delivery by FedEx on 2 December 2025 is annexed hereto as Exhibit B.

## II. RELIEF REQUESTED

4. By this Motion, Creditor respectfully requests that the Court enter an Order allowing an administrative expense claim for the full value of the Goods delivered to, and received by, Debtor during the twenty (20) days prior to the Petition Date, as permitted by 11 U.S.C. § 503(b)(9), and ordering Debtor to pay said amount not later than seven (7) days after entry of the order approving this Motion.

## III. BASIS FOR RELIEF

5. Section 507(a) of the Bankruptcy Code grants priority to administrative expense claims that are allowed under § 503(b) of the Bankruptcy Code. See 11 U.S.C. § 507(a)(2). Section 503(b)(9) provides that "[a]fter notice and a hearing, there shall be allowed administrative expenses, other than claims allowed under section 502(f) of this title, including—(9) the value of any goods received by the debtor within the 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business." 11 U.S.C. § 503(b)(9)..

## IV. ARGUMENT

6. As of the Petition Date, Debtor owes Creditor $730.09 for the delivery of Goods received by Debtor within the twenty (20) days prior to the Petition Date. There is no question that the Goods sold to Debtor constitute "goods," that these deliveries were received by Debtor within the 20 days prior to the Petition Date, and that the Goods were sold to (and used by) Debtor in the ordinary course of its business.

7. Creditor, easily meeting the statutory requirements set forth above, is entitled to an allowed administrative expense claim in the total amount of $730.09 which is the total amount of Goods that Debtor received during the twenty (20) day period preceding the Petition Date.

8. Creditor further requests that the Court direct Debtor to pay Creditor on account of its administrative expense claim within seven (7) days after the Court's entry of an Order granting this Motion, as other claimants potentially entitled to administrative priority, (e.g., the Debtor's professionals and those of the Committee) are slated to be paid on an on-going basis and the

Debtor should not be allowed to single out particular administrative claims for immediate payment while deferring others.

9. Given the small size of this § 503(b)(9) claim, it is impractical for creditor to hire an attorney to file this motion. We therefore respectfully request that the court accept this pro se motion as filed.

WHEREFORE, Creditor respectfully requests that the Court enter an order, in the form attached hereto: (i) allowing its § 503(b)(9) administrative expense claim in the amount of $730.09; (ii) directing payment of Creditor's administrative expense claim within seven (7) days following the Court's entry of such order; and (iii) granting Creditor such other and further relief as the Court deems just and proper.

Date: 15 January 2026

[Insert electronic signature block as required by your jurisdiction.]

NAME: Edward Flax, Chief Financial Officer
Creditor: SILVER BRUSH LIMITED
14152 63rd Way North, Clearwater, FL 33760 USA
Tel: (609-638-7778)
Email: ejflax@silverbrush.com

**Silver Brush LIMITED**
Since 1991

Exhibit A

14152 63rd Way North
Clearwater, FL 33760-3616 USA
www.silverbrush.com
Ph: +1-609-443-4900
Tax ID # 22-2762226    DUNS # 55-7529849

# Invoice

Invoice #: **00083539**
Date: 11/25/2025    Page: 1
email: order@silverbrush.com

Bill To:
A & C-LA, CA 90021
1053 FOREST AVENUE
Portland, ME 04103

Ship To:
A & C-LA, CA 90021
ARTIST & CRAFTSMAN
1917-1921 E 7th St
LOS ANGELES, CA 90021

| SALES REP. | CUSTOMER PO | SHIP VIA | TERMS | PAYMENT DUE |
|---|---|---|---|---|
| Terr 70 | 020ASBC111425 | Best Way | Net 30 | **12/25/2025** |

| QTY. | UNIT | ITEM NO. | DESCRIPTION | RETAIL | DISC. % | AMOUNT |
|---|---|---|---|---|---|---|
| 3 | EACH | 1901-00 | BRISTLON FLAT LH | $14.75 | 74% | $11.51 |
| 3 | EACH | 1902-0 | BRISTLON BRIGHT LH | $16.00 | 74% | $12.48 |
| 3 | EACH | 1902-2 | BRISTLON BRIGHT LH | $18.80 | 74% | $14.66 |
| 3 | EACH | 1903-00 | BRISTLON FILBERT LH | $16.15 | 74% | $12.60 |
| 2 | EACH | 8203-30 | SILVER JUMBO FILBERT GOLD TAKL | $25.25 | 74% | $13.13 |
| 1 | EACH | 8206-30 | SILVER JUMBO ANGLE GOLD TAKLON | $25.25 | 74% | $6.57 |
| 2 | EACH | 8206-40 | SILVER JUMBO ANGLE GOLD TAKLON | $32.20 | 74% | $16.74 |
| 1 | EACH | 8206-50 | SILVER JUMBO ANGLE GOLD TAKLON | $39.20 | 74% | $10.19 |
| 3 | EACH | 3000S-6 | BLACK VELVET ROUND | $29.50 | 74% | $23.01 |
| 3 | EACH | 3000S-8 | BLACK VELVET ROUND | $38.95 | 74% | $30.38 |
| 3 | EACH | 3000S-10 | BLACK VELVET ROUND | $41.15 | 74% | $32.10 |
| 1 | EACH | 3000S-12 | BLACK VELVET ROUND | $48.50 | 74% | $12.61 |
| 1 | EACH | 3000S-16 | BLACK VELVET ROUND | $68.55 | 74% | $17.82 |
| 1 | EACH | 3000S-20 | BLACK VELVET ROUND | $110.15 | 74% | $28.64 |
| 1 | EACH | 3007S-4 | BLACK VELVET LINER | $23.25 | 74% | $6.05 |
| 1 | EACH | 3007S-8 | BLACK VELVET LINER | $30.80 | 74% | $8.01 |
| 1 | EACH | 3008S-1/4 IN | BLACK VELVET SQUARE WASH | $32.45 | 74% | $8.44 |
| 1 | EACH | 3008S-1/2 IN | BLACK VELVET SQUARE WASH | $47.10 | 74% | $12.25 |
| 1 | EACH | 3008S-3/4 IN | BLACK VELVET SQUARE WASH | $67.70 | 74% | $17.60 |
| 1 | EACH | 3008S-1 IN | BLACK VELVET SQUARE WASH | $85.30 | 74% | $22.18 |
| 1 | EACH | 3008S-1-1/4 IN | BLACK VELVET SQUARE WASH | $115.70 | 74% | $30.08 |
| 1 | EACH | 3008S-1-1/2 IN | BLACK VELVET SQUARE WASH | $133.10 | 74% | $34.61 |
| 1 | EACH | 3009S-3/4 IN | BLACK VELVET OVAL WASH | $69.15 | 74% | $17.98 |
| 1 | EACH | 3014S-1 IN | BLACK VELVET WASH | $90.70 | 74% | $23.58 |
| 1 | EACH | 3014S-1-1/2 IN | BLACK VELVET WASH | $144.65 | 74% | $37.61 |
| 1 | EACH | 3014S-2 IN | BLACK VELVET WASH | $206.95 | 74% | $53.81 |
| 1 | EACH | 3025S-S | BLACK VELVET JBO RD WASH | $44.25 | 74% | $11.51 |
| 1 | EACH | 3025S-M | BLACK VELVET JBO RD WASH | $97.25 | 74% | $25.29 |
| 1 | EACH | 3025S-L | BLACK VELVET JBO RD WASH | $155.75 | 74% | $40.50 |
| 1 | EACH | 1101-12 | SILVERSTONE FLAT | $40.00 | 74% | $10.40 |
| 1 | EACH | 1102-10 | SILVERSTONE BRIGHT | $31.50 | 74% | $8.19 |

Remit Checks to: PO Box 414, Windsor, NJ 08561-0414

| | |
|---|---|
| SUB-TOTAL | |
| FREIGHT | |
| SALES TAX | |
| APPLIED | |

FEDEX 478729340340

| TOTAL DUE | |
|---|---|



**Silver Brush LIMITED**
14152 63rd Way North
Clearwater, FL33760-3616 USA
www.silverbrush.com
Ph: +1-609-443-4900
Tax ID # 22-2762226   DUNS # 55-7529849

Exhibit A
Since 1991

# Invoice

Invoice #: **00083539**
Date 11/25/2025   Page: 2
email: order@silverbrush.com

Bill To:
A & C-LA, CA 90021
1053 FOREST AVENUE
Portland, ME 04103

Ship To:
A & C-LA, CA 90021
ARTIST & CRAFTSMAN
1917-1921 E 7th St
LOS ANGELES, CA 90021

| SALES REP. | CUSTOMER PO | SHIP VIA | TERMS | PAYMENT DUE |
|---|---|---|---|---|
| Terr 70 | 020ASBC111425 | Best Way | Net 30 | **12/25/2025** |

| QTY. | UNIT | ITEM NO. | DESCRIPTION | RETAIL | DISC. % | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | EACH | 1102-12 | SILVERSTONE BRIGHT | $40.00 | 74% | $10.40 |
| 2 | EACH | 1103-14 | SILVERSTONE FILBERT | $67.10 | 74% | $34.89 |
| 1 | EACH | 5504S- 6 | SILVER ALPINE WHITE FAN | $17.60 | 74% | $4.58 |
| 2 | EACH | 5518S-14 | SILVER MOP WHITE ROUND | $20.70 | 74% | $10.76 |
| 6 | EACH | 2500S- 0 | RUBY SATIN ROUND SH | $12.95 | 74% | $20.20 |
| 3 | EACH | 2500S-10 | RUBY SATIN ROUND SH | $25.05 | 74% | $19.54 |

Remit Checks to: PO Box 414, Windsor, NJ 08561-0414

FEDEX 478729340340

| | |
|---|---|
| SUB-TOTAL | $710.90 |
| FREIGHT | $19.19 |
| SALES TAX | $0.00 |
| APPLIED | $0.00 |
| **TOTAL DUE** | **$730.09** |



December 24, 2025

**Exhibit B**

Dear Customer,

The following is the proof-of-delivery for tracking number: 478729340340

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | AALEX | Delivery Location: | 1917 E 7TH ST |
| Service type: | FedEx Ground | | |
| Special Handling: | | | Los Angeles, CA, 90021 |
| | | Delivery date: | Dec 2, 2025 13:37 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 478729340340 | Ship Date: | Nov 25, 2025 |
| | | Weight: | 3.4 LB/1.54 KG |

Recipient:
RECEIVING DEPT, ARTIST & CRAFTSMAN - LOS ANGELES
1917 E 7TH ST
LOS ANGELES, CA, US, 90021120517

Shipper:
Shipping Manager, Silver Brush Limited
14152 63rd Way N
Clearwater, FL, US, 33760

| | |
|---|---|
| Reference | INV 83539 |
| Purchase Order | 020ASBC111425 |
| Invoice | PO # |



A. ALEX
#89, 13:38, 1 Del, 0 NonDel

Thank you for choosing FedEx

