UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

|  |  |
|---|---|
| In re:<br><br>ARTSTOCK d/b/a Artist & Craftsman Supply,<br><br>Debtor. | Chapter 11<br>Case No. 25-20305 |

**ORDER DENYING, IN PART, AND GRANTING, IN PART,
APPLICATION FOR ADMINISTRATIVE EXPENSES**

This matter having come before the Court on the Application for Administrative Expenses (D.E. 118) (the "Application") filed by Silver Brush Limited ("Silver Brush"), the Debtor having objected, and the Court having held a hearing held on February 24, 2026, the Application is partially granted. Silver Brush is hereby allowed a claim under 11 U.S.C. § 503(b)(6) in the amount of $730.09. To the extent the Application seeks immediate payment of that claim, the Application is denied. The claim shall be paid in accordance with the terms of a confirmed plan.

Dated: February 24, 2026

/s/ Peter G. Cary_____
Judge Peter G. Cary
United States Bankruptcy Court