**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>ARTSTOCK d/b/a<br>ARTIST & CRAFTSMAN SUPPLY,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-20305 |

**DEBTOR'S LIMITED RESERVATION OF RIGHTS REGARDING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY VERRILL DANA LLP, EFFECTIVE AS OF JANUARY 15, 2026, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Artstock, d/b/a Artist & Craftsman Supply, the above-captioned debtor and debtor-in-possession (the "**Debtor**"), respectfully submits this limited reservation of rights regarding the *Application of the Official Committee of Unsecured Creditors to Employ Verrill Dana LLP, Effective as of January 15, 2026, as Counsel for the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 328(a) and 1103(a) and Federal Rule of Bankruptcy Procedure 2014* [Dkt. No. 133] (the "**Application**") and states as follows:

1. The Official Committee of Unsecured Creditors (the "**Committee**") filed the Application on February 12, 2026. On February 17, 2026, the Court entered an order granting the Application [Dkt. No. 136]. According to its terms, the order granting the Application shall become final in fourteen days unless a party in interest sooner objects.

2. The Debtor submits this limited reservation of rights regarding the Application as to the hourly rates of the Committee's professionals, including as set forth in Exhibit A to the Application. Section 328(a) of the Bankruptcy Code provides that "a committee appointed under section 1102 of this title, with the court's approval, may employ or authorize the employment of a professional person under section 327 or 1103 of this title, as the case may be,

on any reasonable terms and conditions of employment…."

3. Specifically, the Debtor reserves the right to object to any fee application based on the hourly rates in the Application not being reasonable, including, without limitation, compared to the rates of the Debtor's professionals in this case and the rates of other attorneys and paraprofessionals in this market.[1]

Date: March 3, 2026

Respectfully submitted,

**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

/s/ Adam R. Prescott
D. Sam Anderson, Esq.
Adam R. Prescott, Esq.
100 Middle Street
PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
sanderson@bernsteinshur.com
aprescott@bernsteinshur.com

Counsel to the Debtor and Debtor in Possession

## CERTIFICATE OF SERVICE

The undersign certifies that the above reservation of rights was filed on March 3, 2026, via the Court's CM/ECF filing system, which sent electronic notice to all parties receiving CM/ECF service in this case.

Date: March 3, 2026

*/s/ Adam R. Prescott*
Adam R. Prescott

---

[1] This reservation of rights is in addition to any other grounds for objecting to such fee applications as may exist under applicable law.