**EXHIBIT A**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | |
| | ) | Chapter 11 |
| Artstock d/b/a Artist & Craftsman Supply, | ) | |
| | ) | Case No.  25-20305 |
| Debtor. | ) | |
| | ) | |

### DECLARATION OF ERIC REUBEL, MANAGING DIRECTOR AT DUNDON ADVISERS, LLC, PURSUANT TO 28 U.S.C. § 1746(2), FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014(a) AND LOCAL BANKRUPTCY RULE 2014-1

I, ERIC REUBEL, declare as follows:

1.      I am a Managing Director with Dundon Advisers, LLC (Dundon Advisers"), which has its principal office located at Ten Bank Street, Suite 1100, White Plains, New York 10606. Dundon Advisers' phone number is (914) 341-1188. My e-mail address is er@dundon.com. If called and sworn as a witness, I could, and would, testify competently to the matters set forth herein.

2.      I am authorized to execute this Declaration on behalf of Dundon Advisers.

3.      I submitted this Declaration in support of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of Artstock d/b/a Artist & Craftsman Supply (the "Debtor") to employ Dundon Advisers as financial advisor to the Committee.

4.      Dundon Advisers has significant experience advising various constituencies in Chapter 11 cases throughout the United States, including in this Court.  Dundon Advisers' professionals have advised committees and debtors in cases of similar size and complexity, including but not limited to: Dundon Advisers is a financial advisory firm whose professionals'

experience with distressed assets and the bankruptcy process goes back to the 1990s. Dundon Advisers has advised debtors and committees in numerous chapter 11 cases of similar size and complexity, including, but not limited to: *Whittier Seafoods Inc.* (D. AK), *1 Global* (S.D. Fla.), *Agera Energy* (S.D.N.Y.), *Aequor Management* (E.D. Tex.), *Aerofarms* (D. Del.), *AfterShock Comics* (C.D. Cal.), *Alamo Drafthouse* (D. Del.), *All American Oil and Gas* (W.D. Tex.), *Allegiance Coal* (D. Del. ), *Alpha Entertainment* (D. Del.), *Alpha Media* (E.D. Va.), *AmeriMark* (D. Del.), *American Virtual Cloud Technologies* (D. Del.), *Aralez Pharmaceuticals* (S.D.N.Y.), *Aztec Shaeffer* (W.D. Tex.), *BeavEx* (D. Del.), *Better Nutritionals* (C.D. Cal.), *Big Village* (D. Del.), *Celadon* (D. Del.), *Comcar* (D. Del.), *Endo Pharmaceuticals* (S.D.N.Y.), *Franks Theatres* (D.N.J.), *Front Sight Management* (D. Nev.), *Fuse Media* (D. Del.), *García Grain Trading* (S.D. Tex.), *Glostation USA* (C.D. Cal.), *Gold's Gym* (N.D. Tex.), *Goodrich Quality Theaters* (W.D. Mich.), *Ho Wan Kwok* (Connecticut), *HyreCar* (D. Del.), *Impresa Aerospace* (D. Del.), *In-Shape* (D. Del.), *iPic* (D. Del.), *Jagged Peak/Trade Global* (D. Nev.), *Juno USA* (D. Del.), *K&W Cafeterias* (M.D.N.C.), *Lannett* (D. Del.), *LaSalle Group* (N.D. Tex.), *LBI Media* (D. Del.), *Lifesize* (S.D. Tex.), *Loot Crate* (D. Del.), *Lucira Health* (D. Del.), *Madison Square Boys & Girls Clubs* (S.D.N.Y.), *Maines Paper & Food* (D. Del.), *Mallinckrodt* (D. Del.), *Matheson* (ED CA), *McClatchy* (S.D.N.Y.), *Meridian Restaurants* (D. Utah), *Miles Keller Trucking* (C.D. Ill.), *NewAge* (D. Del.), *NG Purvis Farms* (E.D. Va.), *Nova Shurline Wildcat* (D. Del.), *Open Road Films* (D. Del.), *Pear Therapeutics* (D. Del.), *Peer Street* (D. Del.), *Packable* (D. Del.), *Pipeline Foods* (D. Del.), *Plastiq, Inc.* (D. Del) *Platinum Corral* (E.D.N.C.), *Professional Technical Security Services* (N.D. Cal.), *Proteus Heath* (D. Del.), *Quanergy* (D.N.J.), *Remnant Oil Company* (W.D. Tex.), *Rive Gauche Television* (C.D. Cal.), *Rocking M Media* (D. Kan.), *SIW Holdings* (D. Del.), *Slidebelts* (E.D. Cal.), *South American Beef* (SD IA), *Structurlam* (D. Del.) *Studio Movie Grill* (N.D. Tex.),

*Sunergy* (E.D. Cal.), *Sungard Availability Services* (S.D. Tex.), *Tehum Care Services, Inc.* (S.D. Tex.), *Trinitas Advantaged Agricultural Partners IV, LP, et al* (N.D. Cal)*, TOMS King* (N.D. Ohio), *TPC Group* (D. Del.), *Valmiera Glass* (N.D. Ga.), *UpHealth Inc.* (D. Del.), *Vector Launch* (D. Del.), *Video Corporation of America* (D.N.J.), *Volunteer Energy* (S.D. Ohio), *Wave Technologies* (N.D. Cal.), *YogaWorks* (N.D. Tex.), and *YouFit* (D. Del.), and the Ad Hoc Noteholder Group in the *Woodbridge Group of Companies* (D. Del.), the Ad Hoc Group of Consumer and Worker Litigation Claimants in *Hertz* (D. Del.), the Committee of Customers in *Lear Capital* (D. Del.), the Official Committee of Tort Claimants in *PG&E* (N.D. Cal.), the Ad Hoc Group of Individual Victims in *Purdue* (S.D.N.Y.), the Ad Hoc Group of Second Lien Bondholders in *CalPlant* (D. Del.), the Official Committee of Unsecured Commercial Creditors of the *Roman Catholic Archdiocese of New Orleans* (E.D. La.), the Ad Hoc Group of Equity Security Holders in *RAIT* (D. Del.), and the Ad Hoc Group of Equity Interest Holders in *Voyager* (S.D.N.Y.). All of the foregoing are highly complex chapter 11 cases. In addition to its service as a financial adviser to committees, Dundon Advisers' clients have been appointed to scores of Official Committees of Unsecured Creditors in Districts since April 2016, and Dundon Advisers has taken an active role in the activities of many of those committees. Dundon Advisers also provides financial advisory and investment management services in other bankruptcy and non-bankruptcy contexts.

5.      As set forth below, neither I, Dundon Advisers, nor any managing director, director, associate, or employee thereof, insofar as I have been able to ascertain, hold or represent any interest adverse to the Debtor's estate in the matters upon which Dundon Advisers is proposed to be engaged.

6.      Neither I, Dundon Advisers, nor any of its managing directors, directors, associates, or employees, insofar as I have been able to ascertain:

3

(i)     is a creditor of the Debtor, equity security holder, or insider of the Debtor;

(ii)     is or was, within two years before the date of the filing of the petition, a director, officer, or employee of the Debtor; or

(iii)     has an interest materially adverse to the interest of the estate or any class of creditor or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

7.     To check and clear potential conflicts of interest related to the Debtor's bankruptcy case, Dundon Advisers researched its client database to determine whether Dundon Advisers had any relationships with the following entities:

    a.     Debtor,
    b.     Significant, disputed unsecured creditors,
    c.     Members of the Creditors' Committee,
    d.     Secured creditors, and
    e.     Insiders.

8.     Neither Dundon Advisers nor I have any "connections," as contemplated within Fed. R. Bankr. P. 2014(a), to the parties in interest listed on **Exhibit 1**, except as described on **Exhibit 2** to this Declaration.

9.     Dundon Advisers has not represented any creditor or other entity listed on **Exhibit 1** in any matter related to this case, except as set forth on **Exhibit 2**. In addition, Dundon Advisers may continue to represent other entities listed on **Exhibit 2** in matters unrelated to this case.

10.     To the best of my knowledge, no entity listed on **Exhibit 2** accounted for more than 1% of Dundon Advisers' 2025 annual revenue.

4

11.     Based on the foregoing, to the best of my knowledge, Dundon Advisers is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14), as modified by § 1103(b), of the Bankruptcy Code.

12.     On behalf of Dundon Advisers, I acknowledge the continuing duty to exercise due diligence, and to monitor the reported revenue from those current and former clients disclosed above that may be creditors of the Debtor, and to notify this Court if any of the above information changes.  If Dundon Advisers discovers any additional connections, Dundon Advisers will file a supplemental disclosure with the Court.

13.     No agreement or understanding exists between Dundon Advisers or any other person for any division or sharing of compensation which is prohibited by statute.

14.     In accordance with its billing practices in both bankruptcy and non-bankruptcy matters, Dundon Advisers will bill at its normal hourly rates, subject to the approval of the Court.

15.     Dundon Advisers anticipates that the following professionals will render services to the Committee in conjunction with the case:

| Name | Position | Case Rate |
|---|---|---|
| Eric Reubel | Managing Director | $960 |
| Jennifer Ganzi | Senior Director | $850 |
| Brody Galfus | Associate | $350 |

16.     From time to time, other professionals at Dundon Advisers not listed above may provide services to the Committee at their standard hourly rates.  Dundon Advisers' rates for this case will be as follows:

| Rank | Case Rate |
|---|---|
| Principal | $1,090 |
| Managing Director and Senior Adviser | $960 |
| Senior Director | $850 |
| Director | $755 |
| Associate Director | $650 |
| Senior Associate | $495 |
| Associate | $350 |

To the fullest extent possible, professionals having the requisite expertise who already have knowledge with respect to these areas and/or the matter involved will be assigned to this case so that duplication of effort is avoided.

17.     The hourly rates set forth above are set at a level designated to fairly compensate Dundon Advisers for the work of its professionals and to cover fixed and routine overhead expenses.

18.     The Committee, subject to this Court's approval, also proposes to reimburse Dundon Advisers for its actual and necessary expenses incurred in representing the Committee in this case. It is Dundon Advisers' policy in all areas of practice to charge its clients for expenses incurred in connection with a client's case.  Dundon Advisers will be reimbursed for its reasonable and necessary out-of-pocket expenses (which shall be charged at cost) incurred in connection with this engagement, such as travel, lodging, duplicating, research, messenger, and telephone charges; any necessary travel will be billed at a 50% discount to the agreed blended rate for all professionals. Dundon Advisers will charge the Committee for these expenses in a manner and at rates consistent with the charges made generally to its other clients and consistent with the stand practices and the Local Rules.

19.     Dundon Advisers has not shared or agreed to share any compensation received in this case with any other entity, other than its managing directors, directors, associates, and employees, and no promises have been received by Dundon Advisers or any managing director, director, associate, or employee as to compensation in connection with this case, other than in accordance with the provisions of the Bankruptcy Code.

20.     Dundon Advisers has not agreed to vary from its standard or customary billing arrangements for this engagement.

21.     Dundon Advisers professionals have not varied their rates based on the geographic location of this case.

22.     Dundon Advisers did not represent the Committee or any member in the 12 months prepetition.

23.     Dundon Advisers expects to develop a budget and staffing plan to reasonably comply with the U.S. Trustee's request for information and additional disclosures, as to which Dundon Advisers reserves all rights.  The Committee has approved Dundon Advisers' proposed hourly billing rates.

24.     By reason of the foregoing, I believe that Dundon Advisers is eligible for employment and retention by the Committee pursuant to 11 U.S.C. §§ 1103 and 328 and Bankruptcy Rule 2014(a).

25.     Dundon Advisers has not received any retainer for the services Dundon Advisers will perform in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: March 19, 2026                          FOR DUNDON ADVISERS, LLC

*/s/ Eric Reubel*
Eric Reubel

**EXHIBIT 1**

**Artstock d/b/a Artist & Craftsman Supply**
**Chapter 11, Case No. 25-20305**

**Parties-in-Interest List**

Artstock d/b/a Artist & Craftsman Supply
100 Larrabee, LLC
1000bulbs.Com
1-10 Bush Terminal Owner Lp
1-800-Got-Junk?
4imprint
613 South LLC
A&L LLC
A.W. Faber-Castell USA, Inc
Accord Financial
Accoutrements
Ace Eight Calling LLC
Alarm Grid, Inc
Amazon
American Easel, LLC
American Express
American Kusa Corporation D/B/A Yasutomo
American Tombow Inc.
Andrew Mack Brush Company
Angelus Shoe Polish Co. Inc
Armadillo Art & Craft
Art Supply Enterprises, Inc., dba Macpherson
Artresin, Inc
Asmodee
Baggu
Balance Building LLC
Bavvy Milliman
BC USA
Beadalon / Artistic Wire
Benjamin Clay
BGE
Black Feather Funding
Blackwing
Blick Art Materials
Blue Q
Blue Ridge Esop Associates
Board of Equalization (Sacremento, Ca)
Bob's Fine Vine Charcoal
Braintree C/O Paypal, Inc.

1

Brewer Sewing Supplies
Broadway Realty Holdings LLC
Cambridge Savings Bank
Canwil Textiles, Inc.
Cavallini Papers & Co
Celerant Technology Corp
Central Maine Power Co.
Charleston County Treasurer
Charleston Water System
Chartpak
Chestnut Hill Business Association
Cigna Healthcare
City of Madison Treasurer
City of Portland (Maine)
City of Seattle
City of Tacoma
City Treasurer (San Diego, Ca)
Colart
Colonial Supplemental Insurance
Color Aid
Commerce Com Us Inc
Commonwealth of Massachusetts
Commuter Benefit Solutions
Comptroller of Maryland
Consolidated Edison Company
Consolidated Edison Company of New York, Inc
Constellation Newenergy - Gas Division
Copernicus Toys
Craft Time LLC
Crazy Aaron's Enterprises, Inc
Creative Art Materials Lt
Crescent Brands
Crossroads Financial, LLC
Dead River
Dear Hancock
Dimension
Dispatchit Inc
Dixon Ticonderoga Company
Djeco-Us
Dominion Energy
Dover Publications
Dover Publications, Inc.
Dri Printing Services

Drop Box Inc
Dus-Trol Rental Company
Edward C Lyons
Eeboo
Energy Savers Inc.
Evergy  Inc
Evergy, Inc.
Eversource
Exaclair Inc.
Excel Blades Corporation
Fascinations
Firstlight Fiber
Fish Window Cleaning
Fisher & Phillips LLP
Fletcher - Terry Co
Flexcut Tool Company
Flipside Products
Folkmanis Inc
Franchise Tax Board
Gamblin Artist Colors
Gelli Arts LLC
Generation 3 Electric & Hvac
Geocentral
Github Software Company
Glen Davis
Global Solutions, Inc
Golden Artist Colors, Inc.
Google HQ
Gorham Properties LLC
Grafix Arts Systems
Granite Telecommunications
Graphic Arts Systems Inc
Graphic Products Corporation
Gregory Daniels Fine Arts, Inc.
GW Helfrich Realty LLC
Hachette Book Group
Hammer Family Collections LLC
Handy Art
Handy Art, Inc.
HK Holbein Inc
Hobart Wightman Associates
House of Marbles
HP Investments, LLC

3

Hybrid Heating & Air Conditioning
Indeed, Inc
Internal Revenue Service
Ishiico, Inc. dba Midwest Products Co
Itoya Profolio
Iwata Medea
J.J. Keller & Associates, Inc.
Jet Messenger Service, Inc.
JJC Industries LLC
JMS Air Conditioning & Heating
John Bead USA Corp
Jotform Inc
JSF Realty LLC
K&S Precision Metals
Kcmo Water Services Dept
KCP Advisory
Kemper Tools
Kentucky State Treasurer
Keystone Sign & Company
Kikkerland Design
Kilpatrick Townsend & Stockton LLP
King County Treasury
Kyocera Document Solutions New England
Los Angeles Dept. of Water & Power
Lawrence J. Adlerstein
Le Puzz
Legion Paper Corporation
Les Encadrements Apollon
LG&E
Libeco
Lighthouse Publications, Inc
Logan Graphic Products
Los Angeles County Treasurer And Tax Collector
Luxury Brands of America
Mailchimp
Maine Revenue Services
Marc Levasseur
Margie Kaufman
Marjorie E Kaufman
Massachusetts Dept of Revenue
Masterpiece Artist Canvas LLC
MCS Industries
MGE

4

Michael David Kaplan D/B/A Kaplan 540 LLC
Missouri Department of Revenue
Mood Media
MRT BWR, Corp
Mutual of Omaha Insurance Company
National Grid
Nature Print Paper
Netwolves Network Services LLC
New England Graphics & Me
New Wave LLC
New York State Dept. of Tax & Finance
Nortech Graphics, Inc.
Notion Labs
Notions Marketing
NW Natural
NYC Department of Finance
NYC Water Board
NYS Dept of Taxation & Finance
NYS Sales Tax Processing
Old Dominion Freight Line Inc
Ook Industrial
Oregon Department of Revenue
Orkin
PA Bureau of Corp Taxes
PA Department of Revenue
Paasche Airbrush Co
Pacific Arc, Inc.
Pandora Marketing LLC
Paoli Clay Co
Paypal, Inc.
Peco Energy Co
Penguin Random House LLC
Pennsylvania Department of Revenue
Pentel of America
Philadelphia Gas Works
Playmonster, LLC
Plus-Plus USA
Plymouth Yarn Company
Pomegranate Communications, Inc
Portland General Electric
Portland Water District
Pro Tapes LLC
Puget Sound Energy

Puppet Company
Purcor Pest Solutions
Quench USA, Inc.
R&F Handmade Paints, Inc.
Rainier Northwest Group
Red Cap Cards
Richeson & Co, Inc
Ringcentral, Inc.
Roadrunner Recycling, Inc
Robert Landry
Rockynook
Royal Brush Mfg. Inc.
Royal Talens North America Inc
Royer Advisors & Accountants
Rupert, Gibbon & Spider
Rustic Creations
Safari Programs, Inc
Sage Software, Inc
Sakura of America
Sarahvision LLC
SC Department of Revenue
Schylling Inc
SDG&E
Seafree Commercial LLC
Seattle City Light
Sehak Tuna
Sepp Leaf Products, Inc.
Shaub Ellison Company
Shaub St Helens LLC
Shelf Tag Supply
Shift4 Payments Inc.
Ship Station
Shogun Labs
Silver Brush Limited
SLS Arts
Smb Bankruptcies
Smooth-On
Southern Connecticut Gas Co.
Speedball Art Products
Spire Inc.
SPS Commerce
Staedtler Inc
Stamps.Com

6

Staples
Staples Credit Plan
State of Maine
State of Washington
Steelclad Self Storage
Sullivans USA
Sureswift Capital Inc
Takach Press Corporation
Tattly Temporary Tattoos
Tax Collector City of New Haven
Team Plastics Inc.
Teamlogic It Northeast Ma
The Law Properties LLC
The Little Red House
The Sherwin-Williams Company
The Webstaurant Store
Tiger Appraisal - Tiger Group
Time Warner Cable
Town of Saugus (Massachusetts)
Townsend Pricing, Inc.
TPX Communications
Tranquility Property Management
Travelers
Treetop Publishing
Trever Webster
Trion Industries, Inc.
Tuna 2009 Revocable Trust Dated August 31, 2
U.S. Small Business Administration
Uchida of America, Corp
U-Haul Moving & Storage
Uline
Unemployed Philosophers Guild
Unitil
University Products
UPS
Verizon
Verizon Business
Vortex Industries LLC
WA Department of Revenue
Washington Gas
Washington Suburban Sanitary Commission
Waste Connections of New York, Inc
WCB Group LLC, D/B/A Aitoh Co.

7

Wisconsin Department of Revenue
X-L Supplies & Sundries
Yellow Owl Workshop

**EXHIBIT 2**

**Disclosure of Connections**

| Interested Party | Nature of Connection to Dundon Advisers |
|---|---|
| Amazon | Through the normal course of its business, Dundon Advisers from time-to-time makes certain purchases from Amazon |
| Drop Box Inc. | Dundon Advisers uses Drop Box as a primary cloud storage provider |
| Kilpatrick Townsend & Stockton LLP | Dundon Advisers has worked with Kilpatrick Townsend in prior bankruptcy cases |
| Drop Box Inc. | Dundon Advisers uses Drop Box as a primary cloud storage provider |
| Staples | Through the normal course of its business, Dundon Advisers from time-to-time purchases goods and/or services from Staples |

1