**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| |
|---|
| **In re:**<br><br>**ARTSTOCK d/b/a Artist &**<br>**Craftsman Supply,**<br><br>**Debtor** |

**Chapter 11**
**Case No. 25-20305-PGC**

**UNITED STATES TRUSTEE'S LIMITED OBJECTION TO THE APPLICATION OF THE DEBTOR FOR ORDER AUTHORIZING: (I) EMPLOYMENT OF CARON BLETZER, PLLC, AS EMPLOYEE STOCK OWNERSHIP PLAN AUDITOR FOR THE DEBTOR AND (II) PAYMENT OF ONE-TIME AUDIT FEE**

Pursuant to 28 U.S.C. § 586, 11 U.S.C. § 327 and Fed. R. Bankr. P. 2014, William K. Harrington, United States Trustee for Region 1 ("**United States Trustee**") submits this limited objection to the debtor's application for an order authorizing the employment of Caron Bletzer, PLLC ("**Bletzer**").

In support of his objection, the United States Trustee respectfully submits as follows:

**PROCEDURAL STATUS**

1.      On December 21, 2025 ("**Petition Date**"), ARTSTOCK d/b/a Artist & Craftsman Supply ("**Debtor**") commenced the above-captioned voluntary chapter 11 case.  ECF No. 1.

2.      Upon information and belief, the Debtor is a Maine business corporation that operates a chain of independent art material retail locations in multiple states in addition to selling goods online.

3.      On March 11, 2026, the Debtor filed an *Application of the Debtor for Order Authorizing: (I) Employment of Caron Bletzer, PLLC, As Employee Stock Ownership Plan Auditor for the Debtor and (II) Payment of One-Time Audit Fee* ("**Application to Employ**"). ECF No. 180.  In support of the Application to Employ the Debtor submitted a Declaration of

John Bletzer (ECF No. 180, Ex. A) and a proposed order.  ECF No. 180-1 ("**Proposed**

**Order**").

4.      The Debtor seeks authorization to pay Bletzer a flat fee of $14,000 before

performing the proposed audit services as ESOP auditor and without the requirement of filing a

fee application.  *See* Application to Employ, p. 2-4; Proposed Order, ¶ 4.

5.      Bletzer estimates the total cost of services to be rendered in the Debtor's case to

be approximately $14,000.  Application, p. 5.

**LIMITED OBJECTION**

6.      ***No Fees or Expenses Should Be Paid Without the Filing and Court Approval of***

***a Fee Application***.  Pursuant to §§ 330 and 331 and Federal Rule of Bankruptcy Procedure 2016,

an appropriate fee application must be filed by an entity seeking interim or final compensation

from the bankruptcy estate.  Here, the Application improperly seeks the approval of payment of

$14,000 to Beltzer before services are provided and without the requirement of filing of a fee

application.  Bletzer estimates this amount to be the total cost of services to be rendered in the

Debtor's case.  Application, p. 5.

7.      The United States Trustee objects to the payment of fees or reimbursement of

expenses without the filing of an appropriate fee application reviewed and approved pursuant to

the provisions of § 330 and Rule 2016.  There is no "necessity of payment" exception to the fee

application requirements of the Bankruptcy Code and Rules.  Furthermore, compliance with

Bankruptcy Code and Rules would require relatively minimal effort given the simplicity of the

fee application that would be required.

8.      ***Additional Information Should Be Provided Regarding the ESOP***.  Regarding

the reasonableness and necessity of the proposed audit fee, additional information should be

2

provided regarding the status of the ESOP and whether it has already been terminated or will be. It is also unclear from the record whether the fees for ESOP auditing services have been paid by the Debtor historically or whether those expenses are required to be paid by the stock plan itself.

WHEREFORE, the United States Trustee respectfully submits this limited objection to the *Application of the Debtor for Order Authorizing: (I) Employment of Caron Bletzer, PLLC, As Employee Stock Ownership Plan Auditor for the Debtor and (II) Payment of One-Time Audit Fee* [ECF No. 180].

Respectfully submitted,

WILLIAM K. HARRINGTON,
UNITED STATES TRUSTEE

Dated: April 8, 2026          By:          /s/ Ann Marie Dirsa
                                           Ann Marie Dirsa BNH# 06121
                                           Office of the United States Trustee
                                           53 Pleasant Street, Ste. 2300
                                           Concord, NH 03301
                                           (603) 333-2781

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below I served copies of the foregoing pleading(s) entitled United States Trustee's Limited Objection to the Application of the Debtor for Order Authorizing: (I) Employment of Caron Bletzer, PLLC, As Employee Stock Ownership Plan Auditor for the Debtor and (II) Payment of One-Time Audit Fee to all parties named below by United States first class postage prepaid mail at the address(es) listed or in such other manner as I have indicated:

Via U.S. Mail, postage prepaid to:          N/A

Via the Court's CM/ECF system to:

- D. Sam Anderson, Esq.
- Brendan T. Barry, Esq.
- Letson Douglass Boots, Esq.
- Fred W. Bopp, III, Esq.
- John Patrick Burke, Jr.
- Aaron P. Burns, Esq.

- Bodie B. Colwell, Esq.
- David C. Johnson, Esq.
- Thomas A. Knowlton, Esq.
- Kenneth Warren Laughton
- Anthony J. Manhart, Esq.
- Kelly McDonald, Esq.
- Lindsay Zahradka Milne, Esq.
- Jennifer Novo, Esq.
- Adam R. Prescott, Esq.
- Brendan C. Recupero, Esq.

I, Ann Marie Dirsa, certify that I am eighteen (18) years of age or older, and under penalty of perjury, that the foregoing is true and correct.

Dated: April 8, 2026          By:          /s/ Ann Marie Dirsa
                                                     Ann Marie Dirsa, BNH 06121
                                                     Office of the U.S. Trustee
                                                     53 Pleasant Street, Suite 2300
                                                     Concord, NH 03301
                                                     (603) 333-2781