**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>ARTSTOCK, d/b/a ARTIST & CRAFTSMAN SUPPLY,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 25-20305 PGC |

**NOTICE OF HEARING**

Verrill Dana LLP ("**Verrill**"), as counsel for the Official Committee of Unsecured Creditors (the "**Committee**"), has filed the First Interim Application for Compensation and Reimbursement of Expenses Verrill Dana LLP as Counsel to the Official Committee of Unsecured Creditors for the Period of January 15, 2026, through April 30, 2026 (the "**Fee Application**").

A hearing on the Fee Application is set to take place at the United States Bankruptcy Court, District of Maine, 537 Congress Street, 2nd Floor, Portland, ME 04101, on **June 16, 2026**, at **9:00 a.m.** (the "**Hearing**"). Any party wishing to participate in the Hearing may do so (a) in person in the courtroom in Portland; or (b) by telephone pursuant to the Court's Administrative Procedures for Telephonic Participation set forth in Appendix B to the Court's Local Rules. If you intend to participate in the Hearing via telephone, you are required to register with CourtCall at 1-866-582-6878, no later than 3:00 p.m. the last business day prior to the Hearing.

By the Fee Application, Verrill seeks approval of fees and expenses on an interim basis in the total amount of **$80,327.45**, which is comprised of **$80,315.45** for professional services and **$12.00** for reimbursement of expenses incurred during the period of January 15, 2026, through April 30, 2026. The Fee Application is Verrill's first interim fee application in this case.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to approve the Fee Application, or if you want the Court to consider your views on the Fee Application, then on or before **May 29, 2026**, you or your attorney must file with the court a written response explaining your position. If you are not able to access the CM/ECF Filing System, your response should be served upon the Court and counsel for the Committee at:

[1] The last four digits of the Debtor's federal taxpayer identification number are 6772, and its principal place of business is 540 Deering Avenue, Portland, ME.

Monica Bigley, Clerk of Court
United States Bankruptcy Court for the District of Maine
537 Congress St., 2nd Floor
Portland, ME 04101

-and-

Lindsay Milne, Esq.
Verrill Dana LLP
One Portland Square, 10 Floor
Portland, ME 04101-4054

If you have to mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Fee Application and may enter an order granting that relief.

Dated: May 15, 2026

Respectfully submitted,

VERRILL DANA LLP

/s/ Lindsay Z. Milne
Lindsay Z. Milne, Esq.
One Portland Square, 10th Floor
Portland, Maine 04101-4054
Telephone: (207) 774-4000
Facsimile: (207) 774-7499
lmilne@verrill-law.com
*Counsel to the Official Committee of Unsecured Creditors*