**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **In re:**<br><br>**ARTSTOCK d/b/a Artist & Craftsman Supply,**<br><br>**Debtor.**[1] | **Chapter 11**<br><br>**Case No. 25-20305** |

**<u>NOTICE OF HEARING</u>**

Bernstein, Shur, Sawyer & Nelson, P.A. ("**<u>BSSN</u>**"), as counsel to Artstock d/b/a Artist & Craftsman Supply (the "**<u>Debtor</u>**"), has filed the *First Interim Application for Compensation and Reimbursement of Expenses for Bernstein, Shur, Sawyer & Nelson, P.A. . as Counsel to the Debtor for the Period of December 21, 2025, through May 31, 2026* (the "**<u>Fee Application</u>**").

A hearing on the Fee Application is set to take place at the United States Bankruptcy Court, 537 Congress Street, 2nd Floor, Portland, ME 04101 on **<u>July 21, 2026, at 9:00 a.m.</u>** (the "**<u>Hearing</u>**"). Any party wishing to participate in the Hearing may do so (a) in person in the courtroom in Portland; (b) by video from the United States Bankruptcy Court located at 202 Harlow Street, 3rd Floor, Bangor, or (c) by telephone pursuant to the Court's Administrative Procedures for Telephonic Participation set forth in Appendix B to the Court's Local Rules. If you intend to participate in the Hearing via telephone, you are required to register with CourtCall at 1-866-582-6878, no later than 3:00 p.m. the last business day prior to the Hearing.

By the Fee Application, BSSN seeks approval of fees and expenses on an interim basis in the total amount of **<u>$175,134.18</u>**, which is composed of **<u>$173,229.50</u>** for professional services and **<u>$1,904.68</u>** for reimbursement of expenses incurred during the period of December 21, 2025, through May 31, 2026. The Fee Application is BSSN's first interim fee application in this case.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to approve the Fee Application, or if you want the Court to consider your views on the Fee Application, then **<u>on or before July 6, 2026</u>**, you or your attorney must file with the court a written response explaining your position. If you are not able to access the CM/ECF Filing System, your response should be served upon the Court and counsel for the Debtor at:

---

[1] The last four digits of Artstock d/b/a Artist & Craftsman Supply's federal taxpayer identification number are 6772, and its principal place of business is 100 Larrabee Road, Westbrook, Maine.

Monica Bigley, Clerk of Court
United States Bankruptcy Court for the District of Maine
MC Smith Federal Building
202 Harlow Street, 3rd Floor
Bangor, ME 04401

-and-

Adam R. Prescott, Esq.
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle St., PO Box 9729
Portland, Maine 04104-5029

If you have to mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Fee Application and may enter an order granting that relief.

Dated: June 15, 2026

Respectfully submitted,
**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*<u>/s/ Adam R. Prescott</u>*
Adam R. Prescott, Esq.
D. Sam Anderson, Esq.
100 Middle Street, PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
aprescott@bernsteinshur.com
sanderson@bernsteinshur.com

Counsel to the Debtor and Debtor in Possession