**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **In re:**<br><br>**ARTSTOCK d/b/a Artist & Craftsman Supply,**<br><br>**Debtor.**[1] | **Chapter 11**<br><br>**Case No. 25-20305** |

**CERTIFICATE OF SERVICE**

I, Laura T. Unfricht, being over the age of eighteen and an employee of Bernstein, Shur, Sawyer & Nelson, P.A., in Portland, Maine, hereby certify that on June 15, 2026, the *First Interim Application for Compensation and Reimbursement of Expenses for Bernstein, Shur, Sawyer & Nelson, P.A. as Counsel to the Debtor for the Period of December 21, 2025, through May 31, 2026* (the "**Application**") [Docket No. 330], the *Proposed Order* (the "**Proposed Order**") [Docket No. 330-1], and the *Notice of Hearing* (the "**Hearing Notice**") [Docket No. 330-2] were filed via the Court's CM/ECF electronic filing system ("**CM/ECF**"), which sent notice to all parties receiving notification through CM/ECF.

I further certify that on June 15, 2026, the Application, Proposed Order, and Hearing Notice were served via electronic mail or facsimile upon the parties as indicated on the attached Service List.

I further certify that on June 16, 2026, I caused to be mailed the Hearing Notice upon the parties set forth in the attachment hereto via U.S. First Class Mail.

Dated: June 16, 2026

*/s/ Laura T. Unfricht*
Laura T. Unfricht
Bernstein, Shur, Sawyer & Nelson,
100 Middle Street, PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200

[1] The last four digits of Artstock's federal taxpayer identification number are 6772, and its principal place of business is 100 Larrabee Road, Westbrook, Maine.

**SERVICE LIST**

**The Application, Proposed Order, and Hearing Notice were served upon the following parties via electronic mail or facsimile on June 15, 2026:**

| CREDITOR | EMAIL/FAX |
|---|---|
| Office of the U.S. Trustee | Ann.marie.dirsa@usdoj.gov; Sandra.nicholls@usdoj.gov; |
| Cambridge Savings Bank | info@cambridgesavings.com; brecupero@riemerlaw.com; jbobbin@cambridgesavings.com; SFox@riemerlaw.com; JKoff@riemerlaw.com; dcj@marcusclegg.com; btb@marcusclegg.com; bankruptcy@marcusclegg.com; |
| US SBA | CESC@sba.gov; diane.sturgeon@sba.gov; Maine_DO@sba.gov; |
| Kilpatrick Townsend & Stockton LLP | aleib@ktslaw.com; |
| 100 Larrabee, LLC | smckenna@boulos.com; |
| 1-10 Bush Terminal Owner Lp | nshears@industrycity.com; bcolwell@PRETI.COM; |
| 613 South LLC | orcorealty@gmail.com; |
| A&L LLC | aaron.berger@ubc.com; |
| A.W. Faber-Castell USA, INC | victoria.georgussis@fabercastell.com; |
| Accoutrements | sorbo@accoutrements.com; |
| Ace Eight Calling LLC | victorw@metrometalsnw.com; |
| Alarm Grid, Inc | billing@alarmgrid.com; |
| Adlerstein | Jake.adlerstein@gmail.com; adlerstein.m@gmail.com; kmcdonald@mpmlaw.com; |
| Amazon | cs-reply@amazon.com; |
| American Easel, LLC | tammy@americaneasel.com; |
| American Express | mirage-bankruptcyteam1@aexp.com; |
| American Kusa Corporation DBA: Yasutomo | csr@yasutomo.com; |
| American Tombow Inc. | receivables@tombowusa.com; |
| Andrew Mack Brush Company | orders@mackbrush.com; |
| Armadillo Art & Craft | info@armadilloart.com; |
| Artresin, Inc | sales@artresin.com; |
| Asmodee | customerservice@asmodeena.com; |
| Baggu | ar@baggu.com; |
| Balance Building LLC | david@greyeye.com; |
| Beadalon / Artistic Wire | accounting@wire-cablespecialties.com; |
| Benjamin Clay | BCLAYIMAGES@GMAIL.COM; |
| Blackwing | wholesale@blackwing602.com; |

| | |
|---|---|
| Blick Art Materials | 8006218293@fax.bssn.com; orders@dickblick.com; jfischer@preti.com; |
| Blue Q | credit@blueq.com; s.leoncini@blueq.com; |
| Bob's Fine Vine Charcoal | gabe@bobsfinevinecharcoal.com; |
| Brewer Sewing Supplies | rgarcia@brewersewing.com; |
| Broadway Realty Holdings LLC | byd321@yahoo.com; |
| Canwil Textiles | jaya@canwiltextiles.com; |
| Cavallini Papers & Co | accounting@cavallini.com; |
| Central Maine Power Co. | Customer.service@cmpco.com; |
| Charter Communications | Resibankruptcy@charter.com; Edward.majkowski@charter.com; |
| Chartpak | adextraze@chartpak.com; |
| Chestnut Hill Business Association | office@chestnuthillpa.net; |
| City of Madison Treasurer | assessor@cityofmadison.com; |
| City of Portland | biztaxhelp@portlandoregon.gov; |
| City of Portland | ajames@portlandmaine.gov; treasury@portlandmaine.gov; |
| City of Seattle | tax@seattle.gov; |
| City of Tacoma | taxinfo@tacoma.gov; |
| C.M. Paula Company | Tcollier@cmpaula.com; |
| Colart | pamela.gamboa@colart.com; |
| Color Aid | service@coloraid.com; |
| Comptroller of Maryland | kstephens@marylandtaxes.gov; |
| Copernicus Toys | peggy@copernicustoys.com; |
| Craft Time LLC | collections@multicraft.ca; |
| Creative Art Materials Lt | kdivis@creativeartmaterials.com; |
| Crescent Brands | receivables@crescentcardboard.com; |
| Dear Hancock | DEARHANCOCK@GMAIL.COM; |
| Dimension | support@getdimension.com; |
| Dixon Ticonderoga Company | armailbox@dixonusa.com; |
| Djeco-Us | ar@totalbizfulfillment.com; |
| Dover Publications | cabreu@doverpublications.com; |
| Edward C Lyons | sales@eclyons.com; |
| Eeboo | rebecca@eeboo.com; |
| Evergy, Inc. | ir@evergy.com; |
| Energy Savers Inc. | energysavershvac@gmail.com; |
| Eversource | Customer_Service@eversource.com; |
| Exaclair Inc. | accounting@exaclair.com; |
| Excel Blades Corporation | toshanna@excelblades.com; |
| Firstlight Fiber | customerservice@firstlight.net; |
| Fisher & Phillips LLP | Accountsreceivable@Fisherphillips.Com; |
| Flexcut Tool Company | sbain@flexcut.com; |
| Flipside Products | orders@flipsideproducts.com; |
| Folkmanis Inc | dan@folkmanis.com; |
| Gamblin Artist Colors | cassie@gamblincolors.com; pete@gamblincolors.com; |

| | |
|---|---|
| Gelli Arts LLC | LGLEASON@GELLIARTS.COM; |
| Global Solutions | cathy@globalsolutionsonline.com; |
| Golden Artist Colors, Inc. | accountsreceivable@goldenpaints.com; alivelsberger@goldenpaints.com; |
| Gorham Properties LLC | shsncpatax@gmail.com; aburns@pearcedow.com; |
| Grafix Arts Systems | cindy@grafixarts.com; |
| Granite Telecommunications | bankruptcy@granitenet.com; |
| Gregory Daniels Fine Arts, Inc. | invoices@gregdaniels.com; |
| Gw Helfrich Realty LLC | gwhelfrichinc@gmail.com; |
| Hachette Book Group | JANET.ORDWAY@HBUSA.COM; |
| Handy Art | ACCOUNTING@HANDYART.COM; |
| Hammer Family Collections LLC | orders@hammerfamilycollections.com; |
| Hk Holbein Inc | holbeinusainfo@aol.com; |
| Hobart Wightman Associates | sdubois@meyersmanagement.com; |
| House of Marbles | accountsusa@houseofmarbles.com; |
| Hp Investments, LLC | renthighlands502@gmail.com; |
| Internal Revenue Service | Scott.miller@irs.gov; 18553839723@fax.bssn.com; |
| Itoya Profolio | accountsreceivable@itoya.com; |
| Iwata Medea | ar@iwata-medea.com; |
| JJC Industries LLC | customerservice@jjcindustries.com; |
| John Bead USA Corp | aruna.ganesh@johnbead.com; |
| Jsf Realty LLC | joe@crifasi.com; |
| K&S Precision metals | accounting@ksmetals.com; |
| Kemper Tools | ar@kempertools.com; |
| Kentucky State Treasurer | 5025646545@fax.bssn.com; treasury.web@ky.gov; |
| Kilpatrick Townsend | aleib@ktslaw.com; |
| Kikkerland Design | nora@kikkerland.com; |
| King County Treasury | kingcountytreasurer@kingcounty.gov; |
| La Dept. of Water & Power | DWPPS.coordination@ladwp.com; |
| Le Puzz | wholesale@lepuzz.com; |
| Legion Paper Corporation | emily@legionpaper.com; |
| Les Encadrements Apollon | dtanguay@gotrickinc.com; |
| Libeco | laurette.kading@libeco.com; |
| Lighthouse Publications, Inc | nicole.payne@lighthouse.us; |
| Logan Graphic Products | mvanlue@logangraphic.com; |
| Luxury Brands of America | john@luxurybrandsusa.com; |
| Maine Revenue Services | compliancebk.mrs@maine.gov; john.burke@maine.gov; corporate.tax@maine.gov; Thomas.A.Knowlton@maine.gov; |
| Maryland Dept of Revenue | Sdat.cscc@maryland.gov; |
| Mass Dept of Revenue | dormedia@dor.state.ma.us; |

| | |
|---|---|
| Masterpiece Artist Canvas LLC | sia@masterpiecearts.com; john@masterpiecearts.com; |
| MCS Industries | aschuste@mcsframe.com; |
| Michael David Kaplan | kaplancompany@msn.com; |
| Missouri Department of Revenue | corporate@dor.mo.gov; |
| Mood Media | a.stefan@moodmedia.com; |
| National Grid | customerservice@nationalgrid.com; |
| Nature Print Paper | info@natureprintpaper.com; |
| New Wave LLC | keith@newwaveart.com; |
| Notion Labs | team@makenotion.com; |
| Notions Marketing | remit@notionsmarketing.com; |
| NYC Department of Finance | customerservice@dep.nyc.gov; |
| NYC Water Board | customerservice@dep.nyc.gov; web.questions@dps.ny.gov; |
| Official Committee of Unsecured Creditors | lmilne@verrill-law.com; nhull@verrill-law.com; |
| Orkin | branch391@rollins.com; |
| Orkin | vcurnell@orkin.com; |
| PA Department of Revenue | 7177056236@fax.bssn.com; |
| Pacific Arc, Inc. | accounting@pacificarc.us; |
| Pandora Marketing LLC | legal@pandora.com; |
| Pentel of America | arcustomers@pentel.com; |
| Philadelphia Gas Works | Res.com@pgworks.com; |
| Plus-Plus USA | INFO@PLUS-PLUS.US; |
| Vortex Industries LLC | seasc@vortexind.com; |
| Pomegranate Communications, Inc | receivables@pomegranate.com; |
| Portland General Electric | business.outreach@pgn.com; |
| Portland Water Bureau | PWBCustomerService@portlandoregon.gov; |
| Portland Water District | info@pwd.org; |
| Puget Sound Energy | Customer.care@pse.com; |
| Quench Usa, Inc. | rnehy@culliganquench.com; |
| R&F Handmade Paints, Inc. | billing@rfpaints2.com; |
| Rainier Northwest Group | dhhsiao@rainiernw.com; |
| Red Cap Cards | info@redcapcards.com; |
| Richeson & Co, Inc | ar@decoart.com; |
| Roadrunner Recycling, Inc | finance@roadrunnerwm.com; |
| Robert Landry | blandry@artistcraftsman.com; |
| Rockynook | SCOTT@ROCKYNOOK.COM; |
| Royal Brush Mfg. Inc. | accounts.usa@royalbrush.com; |
| Royal Talens North America Inc | receipts.rtna@royaltalens.com; c.schivley@royaltalens.com; |
| Sakura of America | accounting@sakuraofamerica.com; |
| San Diego Gas & Electric | NetMetering@sdge.com; |
| SC Department of Revenue | bankruptcyclaims@dor.sc.gov; |
| Seafree Commercial LLC | gseago@seafreecommerical.com; |
| Seattle City Light | SCL_ExternalComms@seattle.gov; |

| | |
|---|---|
| Sehak Tuna | tunasaro@gmail.com; |
| Sepp Leaf Products, Inc. | lauren@seppleaf.com; |
| Shaub St Helens LLC | mccall@shaubellison.com; |
| Shaub Ellison Company | tmanhart@perkinsthompson.com; |
| Ship Station | info@shipstation.com; |
| Shogun Labs | support@getshogun.com; |
| Silver Brush Limited | order@silverbrush.com; |
| SLS Arts | sydnee@slsarts.com; andrew@slsarts.com; |
| Speedball Art Products | tammyknight@speedballart.com; |
| Spire Inc. | bankruptcy.dept@spireenergy.com; |
| SPS Commerce | remittance@spscommerce.com; |
| Staedtler Inc | ar.ca@staedtler.com; |
| Stamps.com | arsupport@auctane.com; |
| Staples | Sharon.williams@staples.com; |
| Staples | bankruptcy@Staples.com; David.Anderson@staples.com; |
| State of Washington | 3607056655@fax.bssn.com; |
| Steelclad Self Storage | billing@steelcladselfstorage.com; |
| Sullivans USA | sulorders@sullivansusa.net; |
| Tattly Temporary Tattoos | wholesale@tattly.com; |
| Tax Collector City of New Haven | taxoffice@newhavenct.gov; |
| Teamlogic It Northeast Ma | accounting62101@teamlogicit.com; |
| The Law Properties LLC | pamelalaw@gmail.com; |
| The Little Red House | natalie@thelittleredhouse.co; |
| The Sherwin-Williams Company | holly.l.keleman@sherwin.com; |
| Town of Saugus | treasurer@saugus-ma.gov; |
| Tranquility Property Management | dugganx2@me.com; ndglaw2014@gmail.com; aaron@tranquilitysandiego.com; |
| Tuna 2009 Revocable Trust | fbopp@boppguecia.com; |
| U.S. Small Business Administration | CESC@sba.gov; lending@sba.gov; diane.sturgeon@sba.gov; MAINE_DO@sba.gov; juan.romero−sanchez@sba.gov; |
| Uchida of America, Corp | nildefonso.ar@uchida.com; |
| Uline | info@uline.com; arbankruptcy@uline.com; |
| Unitil | info@unitil.com; credit@unitil.com; |
| University Products | kjcousineau@lineco.com; |
| Washington Gas | customersupport@washgas.com; |
| Washington Suburban Sanitary Commission | customerservice@wsscwater.com; |
| Waste Connections of New York, INC | nyservice@wasteconnections.com; |
| Wcb Group LLC, Dba Aitoh | accounting@aitoh.com; |
| Wisconsin Department of Revenue | DORbankruptcyspecialist@wisconsin.gov; |
| X-L Supplies & Sundries | vikkixl@sbcglobal.net; |
| Yellow Owl Workshop | ap@yellowowlworkshop.com; |
| | |

**The Hearing Notice was served upon the following parties via U.S. First Class Mail on June 16, 2026:**

See attached matrix.

100 Larrabee, LLC
110 Marginal Way
Suite 292
Portland, ME 04101

1000Bulbs.com
2140 Merritt Drive
Garland, TX 75041

1-10 Bush Terminal Owner Lp
220-36Th Street
Suite 2A
Brooklyn, NY 11232

1-10 Bush Terminal Owner Lp
c/o Bodie B. Colwell, Esq Preti
Flaherty
P.O. Box 9546
Portland, ME 04112-9546

1-800-Got-Junk?
FILE 2429 1001 W Olympic BLVD
Pasadena, CA 91199-2429

4Imprint
101 Commerce Street
Oshkosh, WI 54901

A&L LLC
667 W 70th Street
Kansas City, MO 64113

A.W. Faber-Castell USA, INC
PO Box 634500
Cincinnati, OH 45263-4500

Accord Financial
c/o Matthew Panosian
75 Beattie Place, Suite 910
Greenville, SC 29601

Accoutrements
10915 47Th Avenue W
Mukilteo, WA 98275

Ace Eight Calling LLC
5611 NE Columbia BLVD
Portland, OR 97218

Alarm Grid, Inc
2510 NE 47th Street
Lighthouse Point, FL

Amazon
440 Terry Ave N
Seattle, WA 98109

American Easel, LLC
340 Thelma Lane NE
Salem, OR 97301

American Express
P.O. Box 981535
El Paso, TX 79998-1535

American Kusa Corporation DBA:
Yasutomo
3740 Skypark Drive
Torrance, CA 90505

American Tombow Inc.
355 Satelite Blvd NE
Suite 300
Suwanee, GA 30024

Andrew Mack Brush Company
P.O. Box 157
Jonesville, MI 49250

Angelus Shoe Polish Co. Inc
c/o Daren M. Schlecter, Esq.
10866 Wilshire Blvd, Suite 1270
Los Angeles, CA 90024

Angelus Shoe Polish Co. Inc
PO Box 3066
Cerritos, CA 90703

Armadillo Art & Craft
PO Box A
Belle Mead, NJ 08502

Art Supply Enterprises, Ind. Dba
MacPherson's
P.O. Box 429
Edenton, NC 27932

Artresin, Inc
2300 APOllo Circle
Carrollton, TX 75006

Asmodee
1995 West County Road B2
Roseville, MN 55113

Auctane fka Stamps.com
4301 Bull Creek Road
Austin, TX 78731

Baggu
Attn AR
2415 3RD ST Suite 239
San Francisco, CA 94107

Balance Building LLC
12 W Willow Grove Avenue
Philadelphia, PA 19118

Bavvy Milliman
18295 Capitol Avenue
Suite 400
Omaha, NE 68022

BC USA
1551 MINNESOTA Street
San Francisco, CA 94107

Beadalon / Artistic Wire / Wire &
Cable Specialties
440 Highlands Blvd
Coatsville, PA 19320

Benjamin Clay
4 Province Avenue
Falmouth, ME 04105

BGE
PO Box 13070
Philadelphia, PA 19101

Bigcommerce
11920 Alterra Parkway D11
Suite 100, 8th Floor
Austin, TX 78758

Black Feather Funding
c/o David Ellis
2222 N. Alamo Street, #301
San Antonio, TX 78215

Blackwing
2385 Arch Airport Road
Suite 500
Stockton, CA 95206

Blick Art Materials
P.O. Box 1267
Galesburg, IL 61402-1267

Blick Art Materials, LLC
c/o Aaron L. Hammer, Esq.
500 West Madison St, Suite 3700
Chicago, IL 60661

Blue Q
703 West Housatonic Street
Pittsfield, MA 01201

Blue Ridge Esop Associates
154 Hansen Rd. Suite 102
Charlottesville, VA 22911

Board of Equalization
PO Box 942879
Sacramento, CA 94279-8022

Bob's Fine Vine Charcoal
24525 Ervin Road
Philomath, OR 97370

Braintree c/o Paypal, Inc.
2211 North First Street
San Jose, CA 95131

Brewer Sewing Supplies
25341 Network Place
Chicago, IL 60673

Broadway Realty Holdings LLC
143 Division Avenue
Brooklyn, NY 11211

Cambridge Savings Bank
81 Wyman Street
Waltham, MA 02451

Cambridge Savings Bank
c/o Brendan Barry, Esq. Marcus Clegg
16 Middle Street, Suite 501A
Portland, ME 04101

Cambridge Savings Bank
c/o David Johnson, Esq. Marcus Clegg
16 Middle Street, Suite 501A
Portland, ME 04101

Canwil Textiles
1520 University Drive
Auburn, GA 30011-3386

Cavallini Papers & Co
401 Forbes Boulevard
South San Francisco, CA 94080

Celerant Technology Corp
485 US1 Building B, Suite 210
Iselin, NJ 08830
Staten Island, NY 10309

Central Maine Power Co.
PO Box 847810
Boston, MA 02284-7810

Charleston County Treasurer
PO Box 878
Charleston, SC 29402-0863

Charleston Water System
PO Box 568
Charleston, SC 29402-0568

Charter Communications
Box 223085
Pittsburgh, PA 15251-2085

Chartpak
PO Box 712119
Philadelphia, PA 19171-2119

Chestnut Hill Business Association
10 E Springfield Avenue
Philadelphia, PA 19118

Cigna Healthcare
C/O Wells Fargo Bank
DEPT 59
Denver, CO 80291

City of Madison Treasurer
PO Box 20
Madison, WI 53701

City of Portland
Revenue Division
PO Box 8038
Portland, OR 97207-8038

City of Portland
Michael Goldman, Esq.
389 Congress Street, Rm 211
Portland, ME 04101

City of Portland
PO Box 4216
Portland, OR 97208

City of Seattle
PO Box 35178
Seattle, WA 98124

City of Tacoma
Tax & License Division
P.O. Box 11640
Tacoma, WA 98411-6640

City of Tacoma
PO Box 11010
Tacoma, WA 98411-1010

City Treasurer
Public Utilities Dept Cust Care Ctr
PO Box 129020
San Diego, CA 92112-9020

Colart
2 Corporate Place South
Piscataway, NJ 08854

Colonial Supplemental Insurance
Premium Processing
PO Box 903
Columbia, SC 29202-0903

Color Aid
38 Lafayette Street
Hudson Falls, NY 12839

Commonwealth of MA
Ma Dept Of Revenue
PO Box 419272
Boston, MA 02241-9272

Commuter Benefit Solutions
Edenred Benefits LLC
265 Winter Street 3rd Floor
Waltham, MA 02451

Comptroller of Maryland
PO Box 8888
Annapolis, MD 21401-8888

Consolidated Edison Company
Jaf Station
PO Box 1702
New York, NY 10116-1702

Consolidated Edison Company
Attn: Bankruptcy/EAG Group
4 Irving Place, 9th Floor
New York, NY 10003

Constellation Newenergy - Gas
Division
PO Box 5471
Carol Stream, IL 60197-5471

Copernicus Toys
PO Box 2307
Charlottesville, VA 22902

Craft Time LLC
7916 Drew Circle
Unit 5
Fort Myers, FL 33967

Crazy Aaron'a Enterprises, Inc
PO Box 4944
Lancaster, PA 17604

Creative Art Materials Lt
1214 River Hwy Unit G
Mooresville, NC 28117

Crescent Brands
100 W Willow Road
Wheeling, IL 60090

Crossroads Financial, LLC
1200 North Federal Highway
Suite 201
Boca Raton, FL 33432

Dead River
PO Box 70354
Philadelphia, PA 19178-0354

Dear Hancock
PO Box 4258
Richmond, VA 23220

DecoArt, LLC
220 Lexington Green Circle, Suite
400
Lexington, KY 40503

Dimension
PO Box 208089
Dallas, TX 75320-8089

Dispatchit Inc
PO Box 88832
Milwaukee, WI 53288-8832

Dixon Ticonderoga Company
2525 N. Casaloma Drive
Appleton, WI 54913

Djeco-Us
PO Box 600
Grantsville, MD 21536

Dominion Energy South Carolina
220 Operation Way
MC-OSC1A Bankruptcy
Cayce, SC 29033

Dover Publications
PO Box 830319
Philadelphia, PA 19182-0319

Dover Publications, Inc.
Victoria Demid
1325 Franklin Ave., Suite 250
Garden City, NJ 11530

Dri Printing Services
8000 Haskell Avenue
Los Angeles, CA 91406

Drop Box Inc
1800 Owens Street
San Francisco, CA 94158

Duquesne Light Company
Payment Processing Center
PO Box 10
Pittsburgh, PA 15230-0010

Dus-Trol Rental Company
P.O. Box 1321
Saco, ME 04072

Edward C Lyons
3646 White Plains Road
Bronx, NY 10467

Eeboo
170 West 74Th Street
Suite 102
New York, NY 10023

Energy Savers Inc.
PO Box 2829
Oregon City, OR 97045

Evergy
P.O. Box 418679
Kansas City, MO 64141-9679

Evergy
P.O. Box 11739
Kansas City, MO 64138

Eversource
300 Cadwell Drive
Springfield, MA 01104

Exaclair Inc.
143 West 29Th Street
Suite 1000
New York, NY 10001

Fascinations
19224 Des Moines Way South
Suite 100
Seattle, WA 98148

Firstlight Fiber
PO Box 1301
Williston, VT 05495

Fish Window Cleaning
P.O. Box 1738
Saco, ME 04072

Fisher & Phillips LLP
1200 Abernathy Road
Suite 950
Atlanta, GA 30328

Fletcher - Terry Co
91 Clark Drive
East Berlin, CT 06023

Flexcut Tool Company
8105 Hawthorne Drive
Erie, PA 16509

Flipside Products
Lockbox 639048
Cincinnati, OH 45263-9048

Folkmanis Inc
PO Box 99471
Emeryville, CA 94662-9471

Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531

Fred W. Bopp III, Esq.
Bopp & Guecia
121 Main Street
Yarmouth, ME 04096

Gamblin Artist Colors
2734 Se Raymond Street
Portland, OR 97202

Gelli Arts LLC
525 S 4Th Street
Suite 246
Philadelphia, PA 19147

Generation 3 Electric & Hvac
1257 S 26Th Street
Philadelphia, PA 19146

Geocentral
Geocentral
6049 HI TEK COURT
Mason, OH 45040

Github Software Company
88 Colin P Kelly Jr Street
San Francisco, CA 94107

Glenn Davis
15 Madeline Way
Conway, NH 03818

Global Solutions
PO Box 27576
Seattle, WA 98165

Golden Artist Colors, Inc.
188 Bell Road
New Berlin, NY 13411

Google Hq
1600 Amphitheatre Parkway
Mountain View, CA 94043

Gorham Properties LLC
5702 Claredon Drive
Madison, WI 53711

Gorham Properties LLC
c/o Aaron P. Burns, Esq. Pearce Dow & Burns, LLP
P.O. Box 108
Portland, ME 04112

Grafic Arts Systems
5800 Pennsylvania Avenue
Maple Heights, OH 44137

Granite Telecommunications
1 Heritage Drive
Quincy, MA 02171

Graphic Products Corporation
455 Maple Avenue
Carpentersville, IL 60110-3004

Gregory Daniels Fine Arts, Inc.
PO Box 320014
San Francisco, CA 94132

Gw Helfrich Realty LLC
2516 Maryland Avenue
Baltimore, MD 21218

Hachette Book Group
PO Box 8828
JFK STATION
Boston, MA 02114

Hammer Family Collections LLC
P.O. Box 278
Bedford, NY 10506-0278

Handy Art
365 Sunnyside Drive
Milton, WI 53563

Hk Holbein Inc
PO Box 555
Wiliston, VT 05495

Hobart Wightman Associates
1823 Penn Avenue
Pittsburgh, PA 15221

House of Marbles
PO Box 5814
Hillsborough, NJ 08844

Hybrid Heating & Air Conditioning
PO Box 329
Cornelius, OR 97113

Indeed, Inc
Mail Code 5160
PO Box 660367
Dallas, TX 75266-0367

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
1111 Constitution Avenue NW
Washington, DC 20224

Ishiico, Inc. dba Midwest Products Co IN
400 S Indiana Street
Hobart, IN 46342

Itoya Profolio
20725 S Western Avenue
Suite 136
Torrance, CA 90501

Iwata Medea
2730 Nw 31St Avenue
Portland, OR 97210

J.J. Keller & Associates, Inc.
PO Box 735492
Chicago, IL 60673-5492

Jack Richeson & Co., Inc.
220 Lexington Green Circle, Suite 400
Lexington, KY 40503

Jet Messenger Service, Inc.
PO Box 95271
Pittsburgh, PA 15223

JJC Industries LLC
PO Box 24009
Seattle, WA 98124

JMS Air Conditioning & Heating
7640 Burnet Avenue
Van Nuys, CA 91405

John Bead USA Corp
4271 Lake Avenue
Hamburg, NY 14219

Jotform Inc
4 Embarcadero Center
Suite 780
San Francisco, CA 94111

Jsf Realty LLC
62-70 Fresh POnd Road
Ridgewood, NY 11385

Justin Steiner
17930 International Blvd., #120
Attn: legal
SeaTac, WA 98188

K&S Precision metals
6911 W. 59th Street
Chicago, IL 60638

Kaplan 540 LLC
c/o Cope Law Firm
P.O. Box 1398
Portland, ME 04105

Kcmo Water Services Dept
PO Box 807045
Kansas City, MO 64180

KCP Advisory
c/o Brian Jacobson, CPA
700 Technology Park Dr.
Billerica, MA 01821

KCP&L
PO Box 219330
Kansas City, MO 64121

Kentucky Department of Revenue
Division of Sales and Use Tax
Station 67, P.O. Box 181
Frankfort, KY 40602-0181

Keystone Sign & Company
630 Reed Street
Philadelphia, PA 19147

Kikkerland Design
C/O JP Morgan Chase Lockbox
Service
PO Box 30892
New York, NY 10087

Kikkerland Design Co.
c/o Altus Receivables Management
2121 Airline Drive, Suite 520
Metairie, LA 70000

Kilpatrick Townsend & Stockton
LLP
Attn: Alan D. Leib
500 West Madison St, Suite 3700
Chicago, IL 60661

King County Treasury
201 S Jackson Street #710
Seattle, WA 98104-2340

Kyocera Document Solutions New
England
PO Box 830421
Philadelphia, PA 19182-0421

La Dept. of Water & Power
PO Box 30808
Los Angeles, CA 90030-0808

Lawrence Adlerstein
c/o Kelly W. McDonald, Esq
P.O. Box 9785
Portland, ME 04104

Lawrence Adlerstein
c/o Michael Adlerstein
115 Tice Hill Road
Ghent, NY 12075

Le Puzz
53 Scott Avenue Unit 403
Brooklyn, NY 11237

Legion Paper Corporation
38 East 32ND Street
5th Floor
New York, NY 10016

Les Encadrements Apollon aka
Apollon Gotrick, Inc.
320 Calixa-Lavallee
Vercheres, Quebec J0L 2R0

LG&E
820 West Broadway
Louisville, KY 40202

Libeco
230 5TH Avenue
Suite 1300
New York, NY 10001

Lighthouse Publications, Inc
10 New Maple Avenue
Suite 300
Pine Brook, NJ 07058

Logan Graphic Products
1100 Brown Street
Wauconda, IL 60084

Los Angeles County Tax Collector
PO Box 54027
Los Angeles, CA 90054-0027

Luxury Brands of America
132 Leah Lane
Troutman, NC 28166

MacDonald-Miller Facility
Solutions
17930 International Blvd., #120
SeaTac, WA 98188

Mailchimp
405 N. Angier Avenue, NE
Atlanta, GA 30308

Maine Bureau of Revenue Services
Compliance Division
P.O. Box 1060
Augusta, ME 04332-1060

Maine Revenue Services
PO Box 9101
Augusta, ME 04332-9101

Marc Levasseur
86 Shaw Road
Sanford, ME 04073

Marjorie E Kaufman
41 Juniper Lane
Newton Center, MA 02459

Mass Dept of Revenue
PO Box 7039
Boston, MA 02204-7039

Masterpiece Artist Canvas LLC
826 Orange Avenue #111
San Diego, CA 92118

MCS Industries
2280 Newlins Mill Road
Easton, PA 18045

MGE
PO Box 1231
Madison, WI 53701-1231

Michael David Kaplan
d/b/a Kaplan 540 LLC
49 Ocean Avenue
Portland, ME 04103-5722

Missouri Department of Revenue
P.O. Box 475
Jefferson City, MO 65105

Missouri Department of Revenue
Taxation Division
PO Box 840
Jefferson City, MO 65105

Mood Media
1701 Directors Blvd
Suite 920
Austin, TX 78744

Mrt Bwr, Corp
73-10 Edsall Avenue
Glendale, NY 11385-8220

Mutual of Omaha Insurance Company
Payment Processing Center
PO Box 2147
Omaha, NE 68103-2147

National Grid
170 Data Drive
Waltham, MA 02451

Nature Print Paper
PO Box 591234
Houston, TX 77259

Netwolves Network Services LLC
Lbx 2317 PO Box 95000
Philadelphia, PA 19195-0001

New England Graphics & Me
312 Danbury Road
New Milford, CT 06776

New Wave LLC
2965 E High Street Unit 2
Pottstown, PA 19464

Nortech Graphics, Inc.
14950 Industrial Park Avenue
Lead Hill, AR 72644

Notion Labs
685 Market Street
Suite 300
San Francisco, CA 94105

Notions Marketing
517 Crofton SE
Grand Rapids, MI 49507

NW Natural
Attn: Bankruptcy
P.O. Box 3288
Portland, OR 97208

NW Natural
PO Box 6017
Portland, OR 97228

NYC Department of Finance
PO Box 2307 Peck Slip Station
New York, NY 10272-2307

NYC Water Board
PO Box 11863
Newark, NJ 07101-8163

NYS Dept of Taxation & Finance
P.O. Box 5300
Albany, NY 12205-0300

NYS Dept of Taxation & Finance
Corp-V
P.O. Box 15163
Albany, NY 12212-5163

Office of Attorney General
Attn: Thomas Knowlton, Esq.
6 State House Station
Augusta, ME 04333

Office of Attorney General
Attn: John P. Burke, Esq.
6 State House Station
Augusta, ME 04333

Office of the U.S. Attorney
100 Middle Street, East Tower 6th Floor
Portland, ME 04101

Official Comtee of Unsec Creditors
c/o Lindsay Zahradka Milne, Esq
One Portland Square
Portland, ME 04101

Old Dominion Freight Line Inc
PO Box 415202
Boston, MA 02241-5202

OOK Industrial
PO Box 534524
Atlanta, GA 30353-4524

Oregon Department of Revenue
P.O. Box 14790
Salem, OR 97309-0470

Oregon Department of Revenue
955 Center St NE
Salem, OR 97301-2555

Orkin
662-Seattle Commercial WA
PO Box 740300
Cincinnati, OH 45274-0300

Orkin
PO Box 740300
Cincinnati, OH 45274-0300

Orkin
126 Lakefront Drive
Cockeysville, MD 21030-2215

Orkin
315-New York City Commercial NY
PO Box 740847
Cincinnati, OH 45274-0847

Orkin
43-32 Ditmars Blvd
Queens, NY 11105

Orkin
4995 Lacross Road
Suite 1150
Charleston, SC 29406-6542

Orkin
10805 Bluegrass Pkwy
Louisville, KY 40299-2215

Orkin
608-Madison WI
PO Box 740589
Cincinnati, OH 45274-0589

Orkin
43-32 Ditmars Blvd
Queens, NY 11105

Orkin
989-Portland ME
PO Box 740847
Cincinnati, OH 45274-0847

PA Bureau of Corp Taxes
PO Box 280502
Harrisburg, PA 17128-0502

PA Department of Revenue
PO Box 280405
Harrisburg, PA 17128-0405

Paasche Airbrush Co
9511 58Th Place
Kenosha, WI 53144

Pacific Arc, Inc.
1020 Agnes Road
Richmond, TX 77469

Pandora Marketing LLC
2100 Franklin Street, Suite 700
Oakland, CA 94612

Paoli Clay Co
6879 Paoli Road
Paoli, WI 53508-9743

PayPal, Inc. Deposit into BofA
Attn: Legal Specialists, RE Notices
P.O. Box 45950
Omaha, NE 68145-0950

PECO Energy Co
PO Box 37629
Philadelphia, PA 19101

PECO Energy Co
PO Box 13608
Philadelphia, PA 19101

Penguin Random House LLC
Dept CH 10401
Palatine, IL 60055

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128

Pentel of America
2715 Columbia Street
Torrance, CA 90503

Philadelphia Gas Works
Bankruptcy Department 3FL
800 W Montgomery Avenue
Philadelphia, PA 19122

Philadelphia Gas Works
PO Box 11700
Newark, NJ 07101

Playmonster, LLC
PO Box 772889
Detroit, MI 48277-2889

Plus-Plus USA
1801 Rutherford Road, Bldg 4
Greenville, SC 29609

Plymouth Yarn Company Attn:
Ruthann Greed
500 Lafayette Street
Bristol, PA 19007

Pomegranate Communications, Inc
Attn: Accounts Receivable
105 SE 18TH Avenue
Portland, OR 97214

Portland General Electric
PO Box 4438
Portland, OR 97208

Portland General Electric
7895 SW Mohawk St.
Tualatin, OR 97062

Portland General Electric
121 SW Salmon Street
Portland, OR 97204

Portland Water Bureau
City Of Portland
PO Box 4216
Portland, OR 97208

Portland Water District
P.O. Box 3553
Portland, ME 04104-3553

Puget Sound Energy
Vendor Collections BOT-02O
P.O. Box 97034
Bellevue, WA 98009-7034

Puget Sound Energy
PO Box 91269
Bellevue, WA 98009

Puppet Company
1900 Industrial Park Rd.
Federalsburg, MD 21632

Puppet Company Agent Euler Hermes
Attn: Guy P. Young Jr.
100 International Drive, 22nd Fl
Baltimore, MD 21202

Purcor Pest Solutions
P.O. Box 600607
Jacksonville, FL 32260-0607

Quench Usa, Inc.
PO Box 735777
Dallas, TX 75373-5777

R&F Handmade Paints, Inc.
84 Ten Broeck Avenue
Kingston, NY 12401

Rainier Northwest Group
1200 Fifth Avenue Suite 1925
Seattle, WA 98101

Red Cap Cards
PO Box 412019
Los Angeles, CA 90041

Richeson & Co, Inc
PO Box 160
Kimberly, WI 54136-0160

Ringcentral, Inc.
20 Davis Drive
Belmont, CA 94002

Roadrunner Recycling, Inc
PO Box 6011
Hermitage, PA 16148

Robert Landry
540 Deering Avenue
Portland, ME 04103

Rockynook
1010 B Street
Suite 350
San Rafael, CA 94901

Royal Brush Mfg. Inc.
c/o Sharon M. Miller, Esq.
3900 Key Center, 127 Public Square
Cleveland, OH 44114-1291

Royal Brush Mfg. Inc.
515 W 45th Street
Munster, IN 46321

Royal Talens North America Inc
30 Industrial Drive
Northampton, MA 01060

Royer Advisors & Accountants
Certified Public Accountants
6 Fundy Road Suite 100
Falmouth, ME 04105

Rupert, Gibbon & Spider
PO Box 425
Healdsburg, CA 95448

Rustic Creations
P.O. Box 174
Streetman, TX 75859

SAFARI LTD
8010 Westside Industrial Dr.
Jacksonville, FL 32219

Safari Programs, Inc
PO Box 96529
Charlotte, NC 28296-0529

Sage Software, Inc
14855 Collection Center Dr
Chicago, IL 60693

Sakura of America
30780 San Clemente Street
Hayward, CA 94544

San Diego Gas & Electric
PO Box 25111
Santa Ana, CA 92799-5111

Sarahvision LLC
4350 8th Avenue NE
Seattle, WA 98105

SC Department of Revenue
300A Outlet Pointe Blvd.
Columbia, SC 29210

SC Department of Revenue
Sales Tax Return
Columbia, SC 29214-0101

SC Department of Revenue
Corporation
PO Box 100153
Columbia, SC 29202

Schylling Inc
C/O Berkshire Bank
PO Box 941
Worcester, MA 01613-0941

Schylling Inc. Agent Euler Hermes
Attn: Guy P. Young Jr.
100 International Drive, 22nd Fl
Baltimore, MD 21202

Seafree Commercial LLC
68 Cannon Street
Suite F
Charleston, SC 29402

Seattle City Light
Attn: Dawn Lindell
P.O. Box 34023
Seattle, WA 98124-4023

Sehak Tuna
3846 Humboldt Drive
Huntington Beach, CA 92649

Sepp Leaf Products, Inc.
381 Park Avenue South
Suite 1301
New York, NY 10016

Shaub Ellison
c/o Anthony J. Manhart, Esq.
200 Middle Street
Portland, ME 04112-0426

Shaub St Helens LLC
Attn: Rane Shaub
1117 Broadway Suite 500
Tacoma, WA 98402

Shelf Tag Supply
17005 Westfield Park Rd., Suite 100
Westfield, IN 46074

Shift4 Payments Inc.
3501 Corporate Parkway
Center Valley, PA 18034

Ship Station
4301 Bull Creek Road
Austin, TX 78731

Shogun Labs
440 N. Barranca Ave
Suite 1085
Covina, CA 91723

Silver Brush Limited
92 North Main Street 19-I
PO Box 414
Windsor, NJ 08561-0414

SLS Arts
5524 Mounes Street
New Orleans, LA 70123

Smooth-On
5600 Lower Macungie Road
Macungie, PA 18062

Southern Connecticut Gas Co.
60 Marsh Hill Rd.
Orange, CT 06477

Spectrum Business
P.O. Box 223085
Pittsburgh, PA 15251-2085

Spectrum fka Time Warner Cable
400 Washington Blvd.
Stamford, CT 06902

Speedball Art Products
Lockbox Number 232957
2957 Momentum Place
Chicago, IL 60689

Spire Inc.
700 Market ST.
Saint Louis, MO 63101

SPS Commerce
PO Box 205782
Dallas, TX 75320

Staedtler Inc
8335 Winnetka Avenue # 7
Winnetka, CA 91306

Staples
PO Box 70242
Philadelphia, PA 19176-0242

Staples Credit Plan
Dept 51-7819279968
PO Box 70612
Philadelphia, PA 19176-0612

Steelclad Self Storage
547 Riverside Street
Portland, ME 04103

Sullivans USA
4341 Middaugh Avenue
Downers Grove, IL 60515

Sureswift Capital Inc
5201 Eden Avenue
Suite 300
Minneapolis, MN 55436

Takach Press Corporation
3207 Morningside Drive NE
Albuquerque, NM 87110

Tattly Temporary Tattoos
C/O Bic HQ
One Bic Way
Shelton, CT 06484

Tax Collector City of New Haven
PO Box 1927
New Haven, CT 06509-1927

Team Plastics Inc.
3901 WEST 150TH Street
Cleveland, OH 44111

The Law Properties LLC
Attn: Pamela Law
P.O. Box 83748
Portland, OR 97283

The Little Red House
43188 Christy Street
Fremont, CA 94538

The Sherwin-Williams Company
PO Box 198050
Atlanta, GA 30384-8050

The Webstaurant Store
42 Industrial Circle
Lancaster, PA 17601

Tiger Appraisal - Tiger Group
60 E. 42nd Street, Suite 2036
New York, NY 10165

Town of Saugus
Attn: Town Clerk Office
PO Box 4157
Woburn, MA 01888-4157

Townsend Pricing, Inc.
PO Box 395
Thief River Falls, MN 56701

TPX Communications
aka US Telepacific Corp.
3300 N. Cimarron Rd.
Las Vegas, NV 89129

Tranquility Property Management
8354 University Avenue
La Mesa, CA 91942

Travelers
Cl Remittance Center
PO Box 660317
Dallas, TX 75266

Treetop Publishing
450 S 92ND Street
Milwaukee, WI 53214

Trever Webster
5522 Fieldstone Lane, Apt. 4
Madison, WI 53704

Trion Industries, Inc.
PO Box 640764
Pittsburgh, PA 15264-0764

U.S. Small Business Administration
409 3rd Street W
Washington, DC 20416

U.S. Telepacific Corp. aka TPX
Communications
330 N. Cimarron Rd.
Las Vegas, NV 89129

Uchida of America, Corp
3535 Del Amo Blvd
Torrance, CA 90503

U-Haul Moving & Storage
PO Box 52128
Phoenix, AZ 85072-2128

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

Unemployed Philosophers Guild
105 Atlantic Avenue, #1
Brooklyn, NY 11201

United Parcel Service
102 1/2 S Lombard Rd.
Addison, IL 60101

Unitil
PO Box 981077
Boston, MA 02298-1077

University Products
517 Main Street
Holyoke, MA 01041

UPS
55 Glenlake Parkway, NE
Atlanta, Ga 30328

Verizon
PO Box 15124
Albany, NY 12212-5124

Verizon Business
PO Box 15062
Albany, NY 12212-5062

Vortex Industries LLC
PO Box 846952
Los Angeles, CA 90084-6952

Washington Gas
PO Box 37747
Philadelphia, PA 19101

Washington State Dept of Revenue
Attn: Bankruptcy Unit
2101 4th Avenue, Suite 1400
Seattle, WA 98121

Washington Suburban Sanitary Commission
14501 Sweitzer Lane
Laurel, MD 20707

Waste Connections of New York, INC
BIC No. 1059
PO Box 535233
Pittsburg, PA 15253-5233

Wcb Group LLC, Dba Aitoh
2720 Mountain Pine Road
Hot Springs National Park, AR 71913

Wisconsin Department of Revenue
PO Box 3028
Milwaukee, WI 53201-3028

Wisconsin Department of Revenue
Special Procedures Unit
P.O. Box 8901
Madison, WI 53708-8901

Wisconsin Department of Revenue
P.O. Box 93389
Milwaukee, WI 53293-0389

X-L Supplies & Sundries
PO Box 6686
Fullerton, CA 92834-6686

Yellow Owl Workshop
375 Potrero Avenue
Unit 1
San Francisco, CA 94103

Jeremy R. Fischer, Esq.
Preti Flaherty
P.O. Box 9546
Portland, ME 04112-9546