**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **In re:**<br><br>**ARTSTOCK d/b/a Artist & Craftsman Supply,**<br><br>**Debtor.**[1] | **Chapter 11**<br><br>**Case No. 25-20305** |

**CORRECTED SUMMARY OF FEES DURING SECOND INTERIM COMPENSATION PERIOD**

Please find below a corrected Summary of Fees During Second Interim Compensation Period (Total Fees) regarding the *Second Interim and Final Application for Compensation and Reimbursement of Expenses for Bernstein, Shur, Sawyer & Nelson, P.A. as Counsel to the Debtor from Petition Date to Confirmation Date* [Docket No. 400, Pg. 3]. The total amount of fees and expenses requested is unchanged.

| Name of Professional (Position) | Year Admitted | Hourly Rate | Hours Billed | Fees Billed |
|---|---|---|---|---|
| Sam Anderson, Shareholder | 2005 | $665.00 | 36.60 | $24,339.00 |
| Steven Gerlach, Shareholder | 2006 | $605.00 | 1.10 | $665.50 |
| Adam R. Prescott, Shareholder | 2012 | $545.00 | 42.70 | $23,271.50 |
| Kenny W. Laughton, Associate | 2022 | $320.00 | 18.00 | ***$5,760.00*** |
| Katherine Flynn, Paralegal | N/A | $180.00 | 7.60 | $1,368.00 |
| Evelyn A. Kitchen, Paralegal | N/A | ***$275.00*** | 3.70 | $1,017.50 |
| Giselle Paquette, Paralegal | N/A | $285.00 | 1.20 | $342.00 |
| Laura T. Unfricht, Paralegal | N/A | $235.00 | 9.10 | $2,138.50 |
| Total | | | 120.00 | $58,902.00 |

Dated: September 15, 2026

*<u>/s/ Adam R. Prescott</u>*
Adam R. Prescott
Bernstein, Shur, Sawyer & Nelson, PA
100 Middle Street, PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
aprescott@bernsteinshur.com

Counsel to the Debtor

[1] The last four digits of Artstock's federal taxpayer identification number are 6772, and its principal place of business is 100 Larrabee Road, Westbrook, Maine.

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing document via this Court's CM/ECF system on all parties requesting CM/ECF notice in this chapter 11 case.

Dated: September 15, 2026

Respectfully submitted,

**BERNSTEIN, SHUR, SAWYER
& NELSON, P.A.**

*/s/ Adam R. Prescott*
Adam R. Prescott, Esq.
100 Middle Street, P.O. Box 9729
P.O. Box 9729
Portland, Maine 04101
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
aprescott@bernsteinshur.com

Counsel to the Debtor